JEFFREY S. SHINBROT, ESQ. (SBN 155486)
jeffrey@shinbrotfirm.com
JEFFREY S. SHINBROT, APLC
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone: (310) 659-5444
Fax: (310) 878-8304

Counsel for THOMAS H. CASEY,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>STUART MOORE (USA), LTD.,<br>STUART MOORE, LTD.<br>STUART MOORE (NEWPORT BEACH), LTD.,<br>STUART MOORE (SAN FRANCISCO), LTD.,<br><br>Debtors.<br><br><br>This pleading affects:<br>All Debtors        ☒<br>Stuart Moore (USA), Ltd.     ☐<br>Stuart Moore, Ltd.      ☐<br>Stuart Moore (Newport Beach), Ltd.  ☐<br>Stuart Moore (San Francisco), Ltd.  ☐ | Jointly Administered Under Case Number: 8:16-bk-12110-ES<br><br>Chapter 7<br><br>**MOTION FOR ORDER APPROVING SALE PROCEDURES; DECLARATION OF THOMAS H. CASEY IN SUPPORT**<br><br><u>Hearing:</u><br>Date: August 31, 2017<br>Time: 10:30 a.m.<br>Ctrm: 5A |

# TABLE OF CONTENTS

I.      FACTS ..................................................................................................... 1

II.     THE AGREEMENT ................................................................................ 3

III.    OVERBID PROCEDURES ...................................................................... 7

IV.     MOTION ................................................................................................. 9

        A.      The Trustee Should be Authorized to Sell the Purchased Assets Pursuant to
                §§ 105(a) and 363(b)(1) of the Bankruptcy Code. ................................ 10

        B.      The Sale Will Not Be Free and Clear of Liens Unless the Secured Creditors
                Consent..................................................................................... 12

        C.      MDL Acted in Good Faith and Is Entitled to Protections Under § 363(m)
                of the Bankruptcy Code. .............................................................. 13

        D.      The Proposed Bidding Procedures Are Reasonable and Appropriate and
                Should Be Approved. .................................................................... 14

        E.      Notice of the Proposed Sale Is Reasonable Under the Circumstances. ............... 15

        F.      The Court Should Schedule the Auction and Sale Hearing. .................... 16

        G.      Request for Waivers of Stay under Bankruptcy Rules 6004(h) and 6006(d). ...... 16

V.      CONCLUSION ....................................................................................... 16

DECLARATION OF THOMAS H. CASEY ............................................................ 1

# TABLE OF AUTHORITIES

## Cases

*Comm. Of Equity Sec. Holders v. Lionel Corp. (In re Lionel Corp.)*, 780 F.2d 1223 (2d Cir. 1983) .................................................................................. 11

*Doehring v. Crown Corp. (In re Crown Corp.)*, 679 F.2d 774, 775 (9th Cir. 1982) ......... 14

*Ewell v. Diebert (In re Ewell)*, 958 F.2d 276 (9th Cir. 1992) ........................................ 13

*In re Abbots Dairies of Pennsylvania, Inc.*, 788 F.2d 143 (3d Cir. 1986) ....................... 11

*In re Barbecues Galore, Inc.*, Case No. 08-16036-MT (Bankr. C.D.Cal. Sept. 4, 2008) .. 14

*In re Canyon P'ship*, 55 B.R. 520, 524 (Bankr. S.D. Cal. 1985) .................................... 10

*In re Delaware & Hudson Ry.*, 124 B.R. 169, 180 (Bankr. D. Del. 1991) ........................ 15

*In re Equity Funding Corp.*, 492 F.2d 793 (9th Cir. 1974) ............................................ 10

*In re Huntington Ltd.*, 654 F.2d 578 (9th Cir. 1991) ..................................................... 10

*In re Lionel Corp.*, 722 F.2d 1063 (2d Cir. 1983) ........................................................ 11

*In re PW, LLC*, 391 B.R. 25 (9th Cir. BAP 2008) .................................................. 12, 13

*In re Victor Valley Community Hospital*, Case No. 10-39537 (Bankr. C.D. Cal. Oct. 7, 2010) ........................................................................................ 14

*In re Walter*, 83 B.R. 14 (B.A.P. 9th Cir. 1988) .......................................................... 11

*Institutional Creditors of Continental Air Lines, Inc. v. Continental Air Lines, Inc. (In re Continental Air Lines, Inc.)*, 780 F.2d 1223 (5th Cir. 1986) .......................................... 11

*Paulman v. Gateway Venture Partners III, L.P. (In re Filtercorp, Inc.)*, 163 F.3d 570 (9th Cir. 1998) ................................................................................................. 13

## Statutes

11 U.S.C. § 105(a) ........................................................................................... 10

11 U.S.C. § 363(b) ..................................................................................... 11, 12

11 U.S.C. § 363(b)(l) ........................................................................................ 10

11 U.S.C. § 363(f) ........................................................................................... 12

11 U.S.C. § 363(m) .......................................................................................... 13

11 U.S.C. § 363(n) ........................................................................................... 13

## Rules

Fed. R. Bankr. P. 2002 ..................................................................................... 15

Fed. R. Bankr. P. 6004(f)(1) ......................................................................... 10, 14

Fed. R. Bankr. P. 6004(h) .................................................................................. 15

1

Fed. R. Bankr. P. 6006(d) ............................................................................................. 15

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SALE PROCEDURES MOTION

**TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE, AND TO ALL PARTIES ON THE ANNEXED SERVICE LIST:**

Thomas H. Casey, Chapter 7 trustee ("Trustee") for the bankruptcy estates ("Estates") of Stuart Moore, Ltd., Stuart Moore (USA), Ltd., Stuart Moore (Newport Beach), Ltd., and Stuart Moore (San Francisco), Ltd. ("Debtors") requests that the Court enter an order (1) approving the overbid procedures; (2) scheduling the auction and sale approval hearing auction; (3) approving the notice of auction annexed below as Exhibit 1; (4) authorizing the sale to moore design [usa], ltd. for $350,000 under the terms set forth in the Agreement annexed below as Exhibit 2 or the winning bidder at the auction; and (5) approving moore design [usa], ltd. as the stalking horse bidder.  As explained below, the Trustee believes that an auction with qualifying overbids will result in the most funds for the Estate and is in the best interest of creditors and the Estate.

## I.    FACTS[1]

1.    On May 18, 2016, involuntary petitions were also filed against the following Debtors: Stuart Moore, Ltd., case no. 8:16-bk-12106-ES; Stuart Moore (USA), Ltd., case no. 8:16-bk-12110-ES; Stuart Moore (Newport Beach), Ltd., case no. 8:16-bk-12109-ES; and Stuart Moore, Ltd. (San Francisco), case no. 8:16-bk-12112-ES.  The four entities are referred to herein as the "Debtor Entities."

2.    No opposition was filed to the involuntary petitions, and on June 23, 2016, the Court entered the Orders for Relief and Orders to File Schedules.

3.    On July 19, 2016, the Trustee was appointed as Chapter 7 trustee of the four Debtor Entities.

4.    On July 20, 2016, Debtors filed their Schedules and Statement of Financial Affairs.

5.    Stuart Moore is a shareholder, former officer, and principal of Stuart Moore (USA), Ltd. ("Parent").  Stuart Moore (USA), Ltd. is the sole shareholder of Stuart Moore

---

[1] The facts are based on the Declaration of Thomas H. Casey ("Casey Decl.") annexed below.

SALE PROCEDURES MOTION

(Newport Beach), Ltd., Stuart Moore (San Francisco), Ltd., and Stuart Moore Ltd. ("Subsidiaries").  Prior to the Petition Date, the Subsidiaries owned and operated jewelry stores.  Each of the Estates of the Subsidiaries owns jewelry inventory, including but not limited to all inventory listed in the Debtors' Schedules ("Inventory").  Attached as Exhibit 3 below are lists identifying the Inventory of each of the Estates.

6.      On the Petition Date, Moore was the record owner of the copyright in a work entitled "Stuart Moore Designs Series 1 Ellipse Shaped Models," including but not limited to copyright in a collection of jewelry (ring) designs comprising ellipse-shaped rings and jewelry, and Certificate of Registration No. VAu566-244, and all derivatives and compilations thereof, including the right to sue for past, present or future infringement (the "Copyright").

7.      The amount of $421,117.53 is due and owing by the Debtors to Anthony M.C. Brown as of May 17, 2017.   The amount of $298,390.25 is due and owing by Debtors to Rev. Charles A.E. Lawrence and Dr. Lorraine M. Lawrence as of May 17, 2017 (the "Secured Loans").  The Secured Loans are secured by the assets of the Debtor Entities, including but not limited to the Inventory.  The Secured Loans continue to accrue interest at the contractual rate.  Collectively, Anthony M.C. Brown, Rev. Charles A.E. Lawrence and Dr. Lorraine M. Lawrence are referred to herein as the "Secured Creditors." The Trustee has reviewed the notes, security agreements, UCC-1 financing statements, and proof of funding for the Secured Loans and believes that the security interests in the Inventory are valid.

8.      The Trustee has reviewed the Debtors' Schedules and Statement of Financial Affairs and conducted 341a meetings of the Debtors and has determined that the Estates own valuable items that should be sold, including but not limited to the Inventory, furniture, fixtures, equipment, intellectual property, trademarks, trade names, copyrights, goodwill, claims, and other general intangibles owned by the Estates.

9.      The Trustee has engaged in extensive negotiations with Stuart Moore and the Secured Creditors to sell subject to overbid the Debtor Entities' assets to moore design

SALE PROCEDURES MOTION

1  [usa], ltd. ("MDL"), an entity affiliated with Stuart Moore, pay the Secured Creditors, and

2  provide proceeds for the Estates. The Trustee also negotiated with petitioning creditor

3  Andrew Moore for a potential sale of the Debtor's business, but no deal was reached.

## II.    THE AGREEMENT

5  MDL will be the stalking horse bidder for the Purchased Assets.  If MDL is the

6  winning bidder at the sale, the Trustee will ask the Court to approve the sale to MDL

7  under the terms set forth in the Agreement annexed below as Exhibit 2.  In summary, the

8  terms of the Agreement are as follows.

9  a.    The "Purchased Assets" include, but are not limited to, all Inventory

10  (as defined above and specifically identified in Exhibit 3 below), furniture, fixtures,

11  equipment, intellectual property, trademarks, trade names, copyrights, goodwill,

12  claims, and other general intangibles owned by the Estates. If MDL is the

13  successful bidder, the Purchased Assets shall also include all claims of the Estates

14  against Moore, and all rights in the Copyright.

15  b.    Consignment items held by the Estates will not be purchased by

16  MDL but shall be returned to the original, pre-consignment owners ("Consignors").

17  MDL will assist the Trustee in effectuating the return of such items.  If MDL is

18  unsuccessful in tracing any particular Consignor for a period of six months

19  following the Effective Date, any items consigned by such Consignor shall

20  irrevocably be deemed to constitute Inventory free and clear of the claims of such

21  Consignor and all provisions of this Agreement governing Inventory shall apply to

22  such items.  Although not required by the Agreement, the Trustee will provide

23  written notice within 14 days of the Effective Date of the Agreement to each of the

24  Cosignors of (1) the Agreement, (2) their opportunity to collect their consigned

25  jewelry, and (3) the consequences of failure to collect their consigned jewelry

26  within six months of the Effective Date.

27  c.    The Agreement is subject to Bankruptcy Court approval.

28

SALE PROCEDURES MOTION

d.      The Agreement requires the Trustee to seek approval of the overbid procedures set forth below in section "III. OVERBID PROCEDURES" of this Motion.

e.      If MDL is the successful bidder at the auction, the Trustee shall seek an order of the Court that MDL is a good faith purchaser subject to the provisions and protections of 11 U.S.C. § 363(m).

f.      If MDL is the winning bidder at the auction, the Trustee shall sell the Purchased Assets to Moore for a total purchase price of $350,000 paid on the following terms:

i.      $20,000 payable by cashier's check or other certified funds ("Down Payment") on the Effective Date of the Agreement.  The Effective Date shall be the date upon which the order of the Bankruptcy Court approving the Agreement (the "Sale Order") becomes a "Final Order."  The Sale Order becomes a Final Order on the date that the Sale Order (i) is not subject to a pending appeal and the time period for appeal of such order has passed, or, (ii) is subject to a pending appeal but as to which no stay has been issued by any court of competent jurisdiction and no motion for a stay is pending (the "Final Order").

ii.      A written and executed Assignment of the Stuart Moore Copyright, which shall be security for the deferred portion of the purchase price and compliance by MDL with the terms of this Agreement. Upon payment in full of the Purchase Price, the Trustee shall irrevocably assign the Copyright to MDL within 30 calendar days following payment in full of the Purchase Price

iii.      Upon the Effective Date, MDL shall take immediate possession of the Inventory and commence efforts to liquidate it.  MDL will provide an initial accounting of the entire Inventory to the Trustee and the Secured Creditors, on or before the 90th day following delivery of

possession of the Inventory to Moore (the "Commencement Date"). Thereafter, MDL will provide a quarterly accounting to the Trustee of the status of the inventory including a list of all items sold, which Debtor owned the item, and the distribution of the proceeds therefrom. The quarterly accounting will continue until the Purchase Price has been paid in full. The proceeds of the sale of the inventory shall be distributed as follows:

- Payment of the transaction costs of sale, which shall not exceed two percent (2%) of any sale (the "Transaction Costs");

- Until the Purchase Price has been paid in full, seventy percent (70%) of all sale proceeds net of Transaction Costs shall be paid on a pro-rata basis to the Secured Creditors and thirty percent (30%) shall be paid to the Trustee and applied to the Purchase Price;

- The net sale proceeds shall be distributed on a monthly basis with all proceeds from a given month distributed by the tenth day of the following month.

iv.    The balance of the Purchase Price following payment of the down payment (i.e., $330,000), will be paid over 36 months following the Commencement Date.  Not including the down payment, MDL shall pay to the Trustee a minimum of $80,000 in the first 12 months following the Commencement Date, a minimum of $180,000 over the first 24 months following the Commencement Date (including the payments in the first 12 months); and the total deferred portion of the purchase price of $330,000 over a period of 36 months following the Commencement Date.

g.    Bill of Sale.  Upon payment of a total of $350,000 by MDL to the Trustee under this Agreement, the Trustee shall deliver to MDL a bill of sale for all right, title and interest of the Estates in all Inventory, furniture, fixtures, equipment,

5                    SALE PROCEDURES MOTION

trademarks, trade names, intellectual property, copyrights, including the Copyright, goodwill, claims and other general intangibles.

h.    <u>Trustee's Inspection Rights</u>.  Until the Purchase Price has been paid in full, the Trustee shall have the right to inspect the remaining unsold Inventory at any time upon 30 days' notice.

i.    <u>Intellectual Property</u>.  From and after the Effective Date, Moore shall be entitled to use the intellectual property held by the Estates, including all trademarks, trade names, and copyrights, including but not limited to "Stuart Moore" and "Stuart Moore Collection" without additional compensation.  The authorization for such use shall cease upon occurrence of a "Terminating Event" as defined in the agreement.

j.    <u>Secured Creditors' Subordination and Trustee's Release of Secured Creditors</u>.  The Agreement provides for payment to the Secured Creditors and they have consented to and are parties to the Agreement.  In exchange for the Secured Creditors' agreement to subordinate their secured claims to allow a portion of the proceeds of the Inventory to be distributed to the Estates prior to payment of the Secured Creditors' secured claims in full, the Trustee shall release the Secured Creditors of all claims of the Estates against them.  A copy of the Subordination Agreement, Release, and Consent to Sale entered between the Secured Creditors and the Trustee, which is itself subject to court approval and conditioned upon approval of this Agreement, is attached as Exhibit A to the Agreement.

k.    <u>Default</u>.  MDL will be deemed to be in "Default" if any of the following occur:

i.    MDL fails to timely distribute to the Trustee monthly net proceeds of the sale of any Inventory item;

ii.    MDL fails to comply with an inspection request by the Trustee;

6                    SALE PROCEDURES MOTION

iii.       The total amount paid to the Trustee by MDL in the first 12 months following the Commencement Date, not including the Down Payment, from the sale of Inventory and any other monies provided by MDL is less than $80,000;

iv.       The total amount paid to the Trustee by MDL in the first 24 months following the Commencement Date, not including the Down Payment, from the sale of Inventory and any other monies provided by MDL is less than $180,000;

v.       The full purchase price of $350,000 has not been paid by MDL to the Trustee within 36 months following the Commencement Date.

l.       <u>Trustee's Rights Upon Default; Terminating Event</u>.   In the event of a Default, the Trustee shall provide written notice to MDL, with a copy to Moore, and Secured Creditors and a demand for a cure of the Default.  If a cure of the Default has not occurred within 30 days following delivery of the notice of Default, then a "Terminating Event" will be deemed to have occurred.  Upon occurrence of a Terminating Event, the Estates shall be deemed to be the owner of the Copyright and the Trustee can undertake appropriate steps to sell the Copyright, free and clear of all claims of Moore to the Copyright.

m.       Moore unconditionally, absolutely and irrevocably guarantees the punctual and complete payment and performance when due under the Agreement and any and all such obligations of Moore and MDL are joint and several.

n.       The Agreement includes mutual releases.

### III.    OVERBID PROCEDURES

In accordance with the Agreement, the Trustee requests Court approval of the following overbid procedures:

1.       Bids must be submitted to and received by the Trustee's counsel in writing at: JEFFREY S. SHINBROT, APLC, 8200 Wilshire Boulevard, Suite 400, Beverly Hills, California 90211 or jeffrey@shinbrotfirm.com and counsel for

SALE PROCEDURES MOTION

Stuart Moore at Todd C. Ringstad, 2030 Main Street, Suite 1600, Irvine, CA 92614 or todd@ringstadlaw.com not later than 21 days prior to the auction.

2.    For any competing bidder, the Purchased Assets will not include any rights in the Copyright.

3.    To qualify as an over-bidder, the overbid must at a minimum, include: (i) a purchase price for the Purchased Assets that will provide not less than $400,000 to the Trustee; (ii) security to the Trustee for any deferred portion of the purchase price with a value at least equal to the deferred portion of the purchase price in the form of a Letter of Credit from a qualified bank or financial institution, or equivalent security other than a security interest in the Inventory; and (iii) the consent of the Secured Creditors to the release of the Inventory to the over-bidder or, in the alternative, such over-bidder must pay the Secured Loans in full by the date of the closing of the transaction.

4.    Qualifying overbidders must appear at the auction.

In addition, the Trustee requests that the Court approve the following overbid procedures that are not expressly required by the Agreement but will assist in the efficient sale of the assets:

5.    The Trustee proposes that an auction be conducted at a sale hearing to be set not less than 35 days after entry of the order approving this sale procedures Motion.  That will allow the Trustee to provide approximately 14 days' notice of the date in which initial overbids are due, with the auction and sale hearing to follow 21 days thereafter.  This schedule will allow the Trustee a reasonable amount of time to serve the order setting the auction and setting forth the sale procedures and allow time for potential overbidders to submit their bids.

6.    Qualifying overbidders must have completed and acknowledge completion of their due diligence of the Purchased Assets.  No bids shall be subject to any conditions or further diligence.

SALE PROCEDURES MOTION

7.      If there are qualifying overbid(s), the Trustee shall conduct an auction between Moore and all such overbidder(s).

8.      The minimum bid increments must be $10,000.

9.      The Trustee shall review each bid to determine whether it meets the bid requirements and is otherwise satisfactory to the Trustee.  Such bidders shall be deemed "Qualified Bidders" and permitted to participate in the auction of the Purchased Assets.

10.      At the sale hearing, the Trustee shall conduct an auction at the sale hearing and determine the winning bidder and a next-highest bidder in the event that the winning bidder is unable to close for any reason.  The Trustee shall request at the sale hearing that the Court approve the sale to the winning bidder and the next-highest bidder in the event the winning bidder is unable to close.

11.      MDL shall not be entitled to any break-up fee.

The Trustee proposes the following timeline of events related to the overbid procedures:

| Event | Date |
|---|---|
| Deadline to serve notice of auction and sale hearing | September 5, 2017 |
| Deadline for overbids to be received by the Trustee's counsel and Stuart Moore's counsel | September 29, 2017 |
| Date of auction and sale hearing | October 12, 2017, 10:30 a.m. |

## IV.    MOTION

The Trustee requests that the Court enter an order (1) approving the overbid procedures; (2) scheduling the auction and sale approval hearing; (3) approving the notice of auction attached as Exhibit 1; (4) authorizing the sale to MDL on the terms set forth in

the Agreement or the winning bidder at the auction; and (5) approving MDL as the stalking horse bidder.

## A.     The Trustee Should be Authorized to Sell the Purchased Assets Pursuant to §§ 105(a) and 363(b)(1) of the Bankruptcy Code.

Section 363(b)(1) of the Bankruptcy Code governs sales of assets outside the ordinary course of business and provides as follows:

> The trustee [or debtor-in-possession], after notice and a hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate.

11 U.S.C. § 363(b)(l).[2] Section 105(a) provides, in relevant part, that "[t]he court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a).

The Ninth Circuit has ruled in bankruptcy cases that a sale of a debtor's property should be approved if it is in the best interests of the estate and creditors.  *In re Huntington Ltd.*, 654 F.2d 578, 589 (9th Cir. 1991); *In re Equity Funding Corp.*, 492 F.2d 793, 794 (9th Cir. 1974).  The application of the business judgment test affords the debtor in possession discretion in balancing the costs and benefits of administering or disposing of estate assets according to the needs of the estate.  *See In re Canyon P'ship*, 55 B.R. 520, 524 (Bankr. S.D. Cal. 1985).

In determining whether any sale of assets out of the ordinary course of business should be approved, bankruptcy courts consider the following factors:

- Whether a sufficient business reason exists for the sale;
- Whether the proposed sale is in the best interest of the estate, which in turn consists of the following factors:
  - o  that terms of the sale are fair and reasonable;
  - o  that the proposed sale has been adequately marketed;

---

[2] Federal Rule of Bankruptcy Procedure 6004 authorizes sales outside of the ordinary course of business to be conducted privately or by public auction. Fed. R. Bankr. P. 6004(f)(1).

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- o   that the proposed sale terms have been properly negotiated and proposed in good faith;

- o   that the purchaser is involved in an "arms-length" transaction with the seller; and

- • Whether notice of the sale was sufficient.

*See In re Walter*, 83 B.R. 14, 19-20 (B.A.P. 9th Cir. 1988).

Courts have uniformly held that approval of a proposed sale of property pursuant to § 363(b) of the Code is appropriate if a court finds that the transaction represents a reasonable business judgment on the part of the debtor or trustee. *See Institutional Creditors of Continental Air Lines, Inc. v. Continental Air Lines, Inc. (In re Continental Air Lines, Inc.)*, 780 F.2d 1223, 1226 (5th Cir. 1986) (stating that "there must be articulated business justifications for using, selling, or leasing the property outside of the ordinary course of business); *Comm. Of Equity Sec. Holders v. Lionel Corp. (In re Lionel Corp.)*, 780 F.2d 1223, 1226 (2d Cir. 1983). Courts have permitted a proposed sale of all or substantially all the assets of a debtor outside the ordinary course of business if such a sale is necessary to preserve the value of the assets for the estate, its creditors, or interest holders. *See In re Abbots Dairies of Pennsylvania, Inc.*, 788 F.2d 143 (3d Cir. 1986); *In re Lionel Corp.*, 722 F.2d 1063 (2d Cir. 1983).

Here, a business justification exists for the sale of the Purchased Assets as a sale is the only way for the estate to obtain value for the creditors. (The Trustee cannot operate the jewelry stores.) The Trustee has negotiated at length with Stuart Moore, MDL, and the Secured Creditors to reach a sale agreement that will provide the most funds possible to the Estate. (Casey Decl., ¶¶ 7, 8.) The Trustee also negotiated with petitioning creditor Andrew Moore to attempt to obtain more favorable sale terms, but no deal was reached. The Trustee has reviewed the notes, security agreements, UCC-1 financing statements, and proof of funding for the Secured Loans and believes that they are valid. The Secured Creditors' agreement to subordinate their security interest to allow the Estate to be paid from the sale of the Inventory was essential to the transaction and will provide

substantial benefit to the Estate.  The Trustee does not have any connections to Stuart Moore, MDL, or the Secured Creditor outside of these bankruptcy cases, and the negotiations have been at arm's length.  The Trustee has entered into the Agreement in good faith.  The Trustee believes that 35 days' notice of the auction, which provides 14 days' notice for the deadline to submit overbids and 21 additional days thereafter before the Trustee conducts the auction, is sufficient notice to any potential overbidder.

**B.**      **The Sale Will Not Be Free and Clear of Liens Unless the Secured Creditors Consent.**

The Bankruptcy Code authorizes a debtor-in-possession to sell property of the estate under § 363(b) free and clear of any interest or lien in such property if one of the following five criteria is met:

1.      applicable non-bankruptcy law permits sale of such property free and clear of such interest;

2.      such entity consents;

3.      such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property;

4.      such interest is in bona fide dispute; or

5.      such entity could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such interest.

U.S.C. § 363(f).

Section 363(f) is written in the disjunctive; thus, satisfaction of any one of the five conditions is sufficient to sell property free and clear of all liens and the relevant bases for the sale being "free and clear" will be set forth in the applicable notice. *In re PW, LLC*, 391 B.R. 25, 41 (9th Cir. BAP 2008).

Here, the Secured Creditors, who have the only known lien on the Purchased Assets, have consented to the Agreement to sell the Purchased Assets to MDL.  Under the bid procedures, any overbidder must obtain the consent of the Secured Creditors or provide payment in full to the Secured Creditors plus consideration of at least $400,000 to

12                    SALE PROCEDURES MOTION

the Estate. Thus, the Trustee will only ask for the sale to be free and clear of liens if the Secured Creditors consent or are paid in full, and § 363(b) will therefore be satisfied.

**C.      MDL Acted in Good Faith and Is Entitled to Protections Under § 363(m) of the Bankruptcy Code.**

Section 363(m) of the Bankruptcy Code provides:

> The reversal or modification on appeal of an authorization under subsection (b) or (c) of this section of a sale or lease of property does not affect the validity of a sale or lease under such authorization to an entity that purchased or leased such property in good faith, whether or not such entity knew of the pendency of the appeal, unless such authorization and such sale or lease were stayed pending appeal.

11 U.S.C. § 363(m).

Section 363(m) is a codification of some aspects of equitable mootness with respect to sales. Unlike equitable mootness, however, § 363(m) provides for specific procedures and findings in order to provide certainty for sales. *In re PW, LLC*, 391 B.R. at 35.

"A good faith buyer 'is one who buys 'in good faith' and 'for value.''" *In re Filtercorp, Inc.*, 163 F.3d 570, 577 (9th Cir. 1998) (citing *Ewell v. Diebert (In re Ewell),* 958 F.2d 276, 281 (9th Cir.1992); *In re Abbotts Dairies of Pennsylvania, Inc.*, 788 F.2d 143, 147 (3d Cir.1986)). "Lack of good faith is typically shown by 'fraud, collusion between the purchaser and other bidders or the trustee, or an attempt to take grossly unfair advantage of other bidders.'" *Id*. (quoting *Ewell v. Diebert (In re Ewell),* 958 F.2d 276, 281 (9th Cir.1992) and *Community Thrift & Loan v. Suchy (In re Suchy)*, 786 F.2d 900, 902 (9th Cir.1985)) (internal modifications omitted).

Here, the Agreement represents a zealously negotiated, arms-length transaction, in which the Stuart Moore, MDL, and the Trustee have acted in good faith, without collusion or fraud. (Casey Decl., ¶¶ 13, 14.) The Trustee does not have any connection to MDL, the Debtors, or Stuart Moore other than the present bankruptcy case. Thus there is no risk

1    of insiders being favored in the sale.  Moreover, the Trustee did not negotiate for a sale

2    solely to MDL.  The Trustee engaged in competing negotiations with Petitioning Creditor,

3    Andrew Moore, to attempt to sell the Estates' assets for a higher price.  All of the terms of

4    the sale to MDL have been fully disclosed, and overbidders will have an equal

5    opportunity to purchase the assets if they are willing to pay a higher price.  Thus the sale

6    terms are fair to all bidders and will result in the highest value for the assets.

7        Therefore, the Trustee requests that the Court find that MDL has purchased the

8    Purchased Assets in good faith within the meaning of § 363(m) of the Bankruptcy Code,

9    and is entitled to the protections of § 363(m) as reflected in the Sale Order.  *See Paulman*

10   *v. Gateway Venture Partners III, L.P. (In re Filtercorp, Inc.)*, 163 F.3d 570 (9th Cir.

11   1998); *Ewell v. Diebert (In re Ewell)*, 958 F.2d 276, 280 (9th Cir. 1992).[3]  The Trustee

12   also respectfully requests that the Court find that MDL has not colluded with any other

13   party and is entitled to a finding that the sale is not subject to any avoidance under Section

14   363(n).

### D.    The Proposed Bidding Procedures Are Reasonable and Appropriate and Should Be Approved.

17       In accordance with Bankruptcy Rule 6004(f)(1), sales of property outside the

18   ordinary course of business may be by private sale or by auction. The Trustee has

19   obtained the bid from MDL for the Purchased Assets, and seeks authority to conduct the

20   auction (if applicable) at which MDL's bid will be subjected to higher and/or better offers.

21   The bidding procedures described above are reasonably calculated to encourage a buyer to

22   submit a bid within the range of reasonably anticipated values and to maximize the value

23   of the Purchased Assets for the benefit of the Estates.

24       The bidding procedures are designed to maximize the purchase price that should be

25   realized from the sale of the Purchased Assets. The Trustee submits that the timeframes

26

---

27   [3] If a party other than MDL emerges as the winning bidder, the Trustee intends to make the
appropriate showing at the Sale Hearing that such winning bidder satisfies the requirements of

28   "good faith" and similarly is entitled to relief under §§ 363(m) and 363(n).

SALE PROCEDURES MOTION

are appropriate as it is in the best interest of the Estate to sell the assets quickly to allow MDL to begin liquidating the inventory as soon as possible but after sufficient notice to give overbidders time to prepare qualifying bids that might result in more money for the Estates on a quicker timeline. Therefore, the Trustee submits that good cause exists to approve such procedures and provisions because they are fair and reasonable under the circumstances and will encourage competitive bidding and the highest and best price for the Purchased Assets.

Courts frequently approve competitive bidding procedures like the proposed bidding procedures as a means of ensuring that such sales will maximize value for the estate. *See, e.g. Doehring v. Crown Corp. (In re Crown Corp.)*, 679 F.2d 774, 775 (9th Cir. 1982) (district court required specific minimum overbid amounts, deposits, and comparable deal terms to be used by all overbidders); *In re Victor Valley Community Hospital*, Case No. 10-39537 (Bankr. C.D. Cal. Oct. 7, 2010) (J. Bauer) (order approving qualified bidder, overbidding and other sale/auction procedures); *In re Barbecues Galore, Inc.*, Case No. 08-16036-MT (Bankr. C.D.Cal. Sept. 4, 2008) (J. Tighe) (similar).

**E.    Notice of the Proposed Sale Is Reasonable Under the Circumstances.**

By no later than three business day following entry of the bid procedures order, the Trustee will serve the Auction and Hearing Notice, substantially in the form attached as Exhibit 1, by U.S. mail upon (a) the Office of the United States Trustee, (b) all creditors of the Debtor Entities' entitled to notice; (c) Stuart Moore; (d) MDL; (e) the Debtors; (f) the parties that file with the Court requests for notice of all matters in accordance with Bankruptcy Rule 2002; and (g) all entities known to the Trustee to have asserted any liens or other interests in any Purchased Assets, which includes only the Secured Creditors.

Under Bankruptcy Rule 2002(a) and (c), the Trustee is required to notify creditors of the proposed sale, disclosure of the time and place of the auction, the terms and conditions of the sale, and the deadline for filing any objections thereto. The notice prepared by the Trustee contains the type of information required under Bankruptcy Rule 2002, and other relevant information. This information will enable interested parties to

1    participate in the sale process, the sale hearing auction if they so choose. Thus, the Trustee

2    submits that adequate notice of this motion and the auction and sale hearing has been and

3    will be provided. *See, e.g., In re Delaware & Hudson Ry.*, 124 B.R. 169, 180 (Bankr. D.

4    Del. 1991) (the disclosures necessary in a sale notice need only include the terms of the

5    sale and the reasons why such a sale is in the best interests of the estate and do not need to

6    include the functional equivalent of a disclosure statement).

7    **F.    The Court Should Schedule the Auction and Sale Hearing.**

8    The Trustee requests that the Court schedule a hearing for the auction, if there are

9    overbidders, and to approve the sale immediately after the auction.

10   **G.    Request for Waivers of Stay under Bankruptcy Rules 6004(h) and 6006(d).**

11   In order to allow the immediate realization of value from the proposed sale, the

12   Trustee respectfully requests that any orders on the Motion be effective immediately,

13   notwithstanding the fourteen-day stay imposed by Bankruptcy Rules 6004(h) and 6006(d)

14   or otherwise.

15   As the Trustee expressed above, his goal is to efficiently and expeditiously

16   administer the Estates' assets. An expedient conclusion to the sale process will inure to

17   the benefit of the Estates and their creditors. Waiver of any stay will permit the proposed

18   sale to take place as early as possible under the circumstances.

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26

27

28

SALE PROCEDURES MOTION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## V.    CONCLUSION

Based on the foregoing, the Trustee respectfully requests that the Court enter an order (1) approving the overbid procedures; (2) scheduling the auction and sale approval hearing auction; (3) approving the notice of auction attached as Exhibit 1; (4) authorizing the sale to MDL for $350,000 on the terms set forth in the Agreement or the winning bidder at the auction; and (5) approving MDL as the stalking horse bidder.

Dated:  August 16, 2017                    THE SHINBROT FIRM

By: /s/ *Jeffrey S. Shinbrot*

JEFFREY S. SHINBROT, Attorneys for Thomas H. Casey, Chapter 7 Trustee of Stuart Moore, Ltd., Stuart Moore, Ltd. (USA), Stuart Moore, Ltd. (Newport Beach), and Stuart Moore, Ltd. (San Francisco)

## DECLARATION OF THOMAS H. CASEY

I, Thomas H. Casey, declare:

1. I am the Chapter 7 Trustee for the four Debtor Entities, as defined in the motion above, Stuart Moore, Ltd., case no. 8:16-bk-12106-ES; Stuart Moore (USA), Ltd., case no. 8:16-bk-12110-ES; Stuart Moore (Newport Beach), Ltd., case no. 8:16-bk-12109-ES; and Stuart Moore, Ltd. (San Francisco), case no. 8:16-bk-12112-ES.

2. The following facts are based on my personal knowledge, unless otherwise stated.

3. According to the Court's Pacer website, involuntary petitions for relief under Chapter 7 of the United States Bankruptcy Code were filed against the Debtor Entities on May 18, 2016, ("Petition Date").

4. According to Pacer, no opposition was filed to the involuntary petitions, and on June 23, 2016, the Court entered the Orders for Relief and Orders to File Schedules.

5. On July 19, 2016, I was appointed as Chapter 7 trustee of the four Debtor Entities.

6. According to Pacer, on July 20, 2016, Debtors filed their Schedules and Statement of Financial Affairs.

7. I am informed that Stuart Moore is a shareholder, former officer, and principal of Stuart Moore (USA), Ltd. ("Parent"). I am informed that Stuart Moore (USA), Ltd. is the sole shareholder of Stuart Moore (Newport Beach), Ltd., Stuart Moore (San Francisco), Ltd., and Stuart Moore Ltd. ("Subsidiaries"). I am informed that prior to the Petition Date, the Subsidiaries owned and operated jewelry stores. I am informed that each of the Estates of the Subsidiaries owns jewelry inventory, including but not limited to all inventory listed in the Debtors' Schedules ("Inventory"). I accessed the Court's Pacer website and obtained the Inventory lists that were attached to Debtors' Schedules. True and correct copies are attached as Exhibit 3.

8. I am informed that on the Petition Date, Moore was the record owner of the copyright in a work entitled "Stuart Moore Designs Series 1 Ellipse Shaped Models,"

including but not limited to copyright in a collection of jewelry (ring) designs comprising ellipse-shaped rings and jewelry, and Certificate of Registration No. VAu566-244, and all derivatives and compilations thereof, including the right to sue for past, present or future infringement (the "Copyright").

9.    I am informed that the amount of $421,117.53 is due and owing by the Debtors to Anthony M.C. Brown as of May 17, 2017 and that the amount of $298,390.25 is due and owing by Debtors to Rev. Charles A.E. Lawrence and Dr. Lorraine M. Lawrence as of May 17, 2017(the "Secured Loans").  I am informed that the Secured Loans are secured by the assets of the Debtor Entities, including but not limited to the Inventory.  I am informed that the Secured Loans continue to accrue interest at the contractual rate.  Collectively, Anthony M.C. Brown, Rev. Charles A.E. Lawrence and Dr. Lorraine M. Lawrence are referred to herein as the "Secured Creditors."

10.    I have reviewed the security agreements, notes, UCC-1 financing statements, and evidence of funding ("Loan Documents") for the loans from Dr. Loraine M. Lawrence and Rev. Charles A.E. Lawrence to Debtor and from Anthony M.C. Brown to Debtor.  The Loan Documents for the Lawrences' loan are annexed as Exhibit 4 below. The Loan Documents for Brown's loan are annexed as Exhibit 5 below.

11.    Based on my review of the Loan Documents, I believe that the Secured Creditors' loans are valid debts owed by the Debtor and that it is in the best interest of the Estate to waive claims against the Lawrences and Mr. Brown in order to facilitate a sale of the Estate's assets to moore design [usa], ltd.  In the Agreement, the Secured Creditors have agreed to subordinate their liens to allow the Estate to receive proceeds from the sale of the Inventory before the Secured Creditors are paid in full, which will provide substantial value to the Estate.

12.    I have reviewed the Debtors' Schedules and Statement of Financial Affairs and conducted 341a meetings of the Debtors and have determined that the Estates own valuable items that should be sold, including but not limited to the Inventory, furniture,

2    DECLARATION OF THOMAS H. CASEY

fixtures, equipment, intellectual property, trademarks, trade names, copyrights, goodwill, claims, and other general intangibles owned by the Estates.

13.    Through counsel, I have engaged in extensive arms-length negotiations with Stuart Moore and the Secured Creditors to sell the Debtor Entities' assets to MDL, pay the Secured Creditors, and provide proceeds for the Estates.  I also negotiated, through counsel, with petitioning Andrew Moore, Debtor's estranged son for a sale of the business.  Andrew Moore is adverse to Debtor and the Trustee attempted to negotiate more favorable sale terms with Andrew Moore than the Trustee was able to negotiate with MDL.  No deal was reached with Andrew Moore.  A true and correct copy of the Agreement that I entered with MDL is attached as Exhibit 2.  The Agreement contains all the terms agreed to between MDL and me.

14.    I believe that a sound business justification exists for the sale of the Purchased Assets as a sale is the only way for the estate to obtain value for the creditors. I negotiated at length with Stuart Moore, MDL, and the Secured Creditors to reach a sale agreement that will provide the most funds possible to the Estate.  I do not have any connections to Stuart Moore, MDL, or the Secured Creditor outside of this case, and the negotiations have been at arm's length.  I have entered into the agreement in good faith.

15.    I believe that 14 days' notice for the deadline to submit overbids and 21 additional days thereafter before I conduct the auction is sufficient notice to any potential overbidder.

16.    I am informed that the Secured Creditors have the only lien on the Purchased Assets.  I will only ask for the sale to be free and clear of liens if the Secured Creditors consent or are paid in full.

17.    The proposed bidding procedures are designed to maximize the purchase price that should be realized from the sale of the Purchased Assets.  I submit that the timeframes are appropriate as it is in the best interest of the Estate to sell the assets quickly to allow MDL to begin liquidating the inventory as soon as possible but after sufficient notice to give overbidders time to prepare qualifying bids that might result in

3    DECLARATION OF THOMAS H. CASEY

1  more money for the Estates on a quicker timeline.  Therefore, I submit that good cause

2  exists to approve such procedures and provisions because they are fair and reasonable

3  under the circumstances and will encourage competitive bidding and the highest and best

4  price for the Purchased Assets.

5        I declare under penalty of perjury of the laws of the United States that the

6  foregoing is true and correct.

7  Dated:  8/17/2017

8                  THOMAS H. CASEY

# EXHIBIT 1

1  JEFFREY S. SHINBROT, ESQ. (SBN 155486)
   jeffrey@shinbrotfirm.com
2  JEFFREY S. SHINBROT, APLC
   8200 Wilshire Boulevard, Suite 400
3  Beverly Hills, California 90211
   Telephone:  (310)  659-5444
4  Fax:  (310)  878-8304                    PROPOSED

5  Counsel for THOMAS H. CASEY,
   Chapter 7 Trustee
6

7

8              UNITED STATES BANKRUPTCY COURT

9      CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

10

11  In re                                Jointly Administered Under Case
                                         Number: 8:16-bk-12110-ES
12  STUART MOORE (USA), LTD.,
    STUART MOORE, LTD.                    Chapter 7
13  STUART MOORE (NEWPORT BEACH), LTD.,
    STUART MOORE (SAN FRANCISCO), LTD.,   NOTICE OF SALE
14                                        PROCEDURES, AUCTION
              Debtors.                    AND SALE HEARING
15
                                         Hearing:
16  This pleading affects:               Date: October 12, 2017
    All Debtors                    ☒     Time: 10:30 a.m.
17  Stuart Moore (USA), Ltd.        ☐     Ctrm: 5A
    Stuart Moore, Ltd.             ☐
18  Stuart Moore (Newport Beach), Ltd. ☐
    Stuart Moore (San Francisco), Ltd. ☐
19

20

21

22      **PLEASE TAKE NOTICE** that on October 12, 2017, Thomas H. Casey, Chapter 7

23  trustee ("Trustee") for the bankruptcy estates ("Estates") of Stuart Moore, Ltd., Stuart

24  Moore (USA), Ltd., Stuart Moore (Newport Beach), Ltd., and Stuart Moore (San

25  Francisco), Ltd. ("Debtors") will conduct an auction of substantially all of the assets of the

26  Estates at Courtroom 5A of the Ronald Reagan Federal Building and Courthouse, 411

27  West Fourth Street, Santa Ana, CA 92701-4593.  The stalking horse bidder is moore

28  design [usa], ltd. whose address is Attn: Stuart Moore, 295 Madison Avenue, Suite 1200,

New York, NY 10017.  The assets to be auctioned include but are not limited to, all inventory, furniture, fixtures, equipment, intellectual property, trademarks, trade names, copyrights, goodwill, claims, and other general intangibles owned by the Estates.

The Trustee will only ask for the sale to be free and clear of liens if the secured creditors, Anthony M.C. Brown and Rev. Charles A.E. Lawrence and Dr. Lorraine M. Lawrence, consent or are paid in full.

The full tax consequences of the sale are unknown and any concerned party in interest should conduct an investigation of the possible tax consequences.

**PLEASE TAKE FURTHER NOTICE** that the Court has approved the following overbid procedures.  moore design [usa], ltd. ("MDL"), an entity affiliated with Stuart Moore, an individual and the owner of Stuart Moore (USA), Ltd., has submitted a stalking horse bid that will provide $350,000 to the Estates.  A complete copy of the agreement between MDL and the <u>Trustee</u> is annexed as Exhibit 2 to the Motion for Order Approving Sale Procedures filed as Docket No.__.

1.      Bids must be submitted to and received by the Trustee's counsel in writing at: JEFFREY S. SHINBROT, APLC, 8200 Wilshire Boulevard, Suite 400, Beverly Hills, California 90211 or jeffrey@shinbrotfirm.com and counsel for MDL at Todd C. Ringstad, 2030 Main Street, Suite 1600, Irvine, CA 92614 or todd@ringstadlaw.com not later than 21 days prior to the auction.

2.      For any competing bidder, the Purchased Assets will not include any rights in the Copyright.

3.      To qualify as an over-bidder, the overbid must at a minimum, include: (i) a purchase price for the Purchased Assets that will provide not less than $400,000 to the Trustee; (ii) security to the Trustee for any deferred portion of the purchase price with a value at least equal to the deferred portion of the purchase price in the form of a Letter of Credit from a qualified bank or financial institution, or equivalent security other than a security interest in the Inventory; and (iii) the

consent of the Secured Creditors to the release of the Inventory to the over-bidder or, in the alternative, such over-bidder must pay the Secured Loans in full by the date of the closing of the transaction.

4.    Qualifying overbidders must appear at the auction.

5.    An auction will be conducted on October 12, 2017 at 10:30 a.m. at Courtroom 5A of the Ronald Reagan Federal Building and Courthouse, 411 West Fourth Street, Santa Ana, CA 92701-4593.

6.    Qualifying overbidders must have completed and acknowledge completion of their due diligence of the Purchased Assets.  No bids shall be subject to any conditions or further diligence.

7.    The minimum bid increments must be $10,000.

8.    The Trustee shall review each bid to determine whether it meets the bid requirements and is otherwise satisfactory to the Trustee.  Such bidders shall be deemed "Qualified Bidders" and permitted to participate in the auction of the Purchased Assets.  If no qualifying overbids are received by September 29, 2017, the date that is 21 calendar days prior to the auction, then the auction will be cancelled, no overbids received thereafter will be accepted, and the Trustee wills seek court approval of the sale of assets to MDL at the hearing on the motion to approve the sale.

9.    At the sale hearing, the Trustee shall conduct an auction at the sale hearing and determine the winning bidder and a next-highest bidder in the event that the winning bidder is unable to close for any reason.  The Trustee shall request at the sale hearing that the Court approve the sale to the winning bidder and the next-highest bidder in the event the winning bidder is unable to close.

10.    MDL, the stalking horse bidder, shall not be entitled to any break-up fee.

The following chart contains the relevant dates:

| Event | Date |
|---|---|
| Deadline to serve notice of auction and sale hearing | September 5, 2017 |
| Deadline for overbids to be received by the Trustee's counsel and MDL's counsel | September 29, 2017 |
| Date of auction and sale hearing | October 12, 2017, 10:30 a.m. |

**PLEASE TAKE FURTHER NOTICE** that the Court will conduct a sale hearing to approve the sale to the winning bidder immediately after the auction and at the same location.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Sale Procedures, Auction, and Sale Hearing is subject to the full terms and conditions of the Motion for Order Approving Sale Procedures filed with the Court as Docket No. __. Further information concerning the sale terms, including the definition of all underlined and capitalized terms used in this Notice, may be found therein.  Any party that has not received a copy of the Motion or order thereon that wishes to obtain a copy may make such a request in writing to Jeffrey S. Shinbrot at the address and contact information on the upper left corner of the first page of this Notice.

Dated:  August 17, 2017

THE SHINBROT FIRM

By: _____

JEFFREY S. SHINBROT, Attorneys for Thomas H. Casey, Chapter 7 Trustee of Stuart Moore, Ltd., Stuart Moore, Ltd. (USA), Stuart Moore, Ltd. (Newport Beach), and Stuart Moore, Ltd. (San Francisco)

EXHIBIT 2

# ASSET PURCHASE AND RELEASE AGREEMENT

This Asset Purchase and Release Agreement ("Agreement") is entered into this ___ day of July, 2017, by and between Thomas H. Casey, in his capacity as the Chapter 7 Trustee ("Trustee") of the Bankruptcy Estates ("Estates") of Stuart Moore, Ltd., Case No. 8:16-12106-ES; Stuart Moore (USA), Ltd., Case No. 8:16-12110-ES; Stuart Moore (Newport Beach), Ltd., Case No. 8:16-12109-ES; and Stuart Moore (San Francisco), Ltd., Case No. 8:16-12112-ES, moore design [usa], ltd., a Delaware corporation, ("MDL") and Stuart Moore, individually ("Moore").   Stuart Moore Ltd., Stuart Moore (USA), Ltd., Stuart Moore (Newport Beach), Ltd., and Stuart Moore (San Francisco), Ltd., are referred to herein as the "Debtors."  The Trustee, the Estates, Moore and MDL are referred to herein as the "Parties."

# RECITALS

A.    On May 18, 2016, involuntary petitions for relief under Chapter 7 of the Bankruptcy Code were filed against each of the Debtors (the "Petition Date").

B.    No oppositions were filed to the involuntary petitions, and on June 23, 2016, the United States Bankruptcy Court (the "Court") entered its Orders for Relief.

C.    On July 19, 2016, the Trustee was appointed as Chapter 7 trustee of the Estates of each of the Debtors.

D.    Moore is a shareholder, former officer, and principal of Stuart Moore (USA), Ltd. ("Parent").  Stuart Moore (USA), Ltd. is the sole shareholder of Stuart Moore (Newport Beach), Ltd., Stuart Moore (San Francisco), Ltd., and Stuart Moore Ltd. ("Subsidiaries").  Prior to the Petition Date, the Subsidiaries owned and

1

operated jewelry stores.  Each of the Estates of the Subsidiaries owns jewelry inventory, including but not limited to all inventory listed in the Debtors' Schedules ("Inventory").

E.      On the Petition Date, Moore was the record owner of the copyright in a work entitled "Stuart Moore Designs Series 1 Ellipse Shaped Models," including but not limited to copyright in a collection of jewelry (ring) designs comprising ellipse-shaped rings and jewelry, and Certificate of Registration No. VAu566-244, and all derivatives and compilations thereof, including the right to sue for past, present or future infringement (the "Copyright").

F.      The Trustee desires to sell and MDL desires to purchase all of the Purchased Assets as that term is defined below.

G.      The Purchased Assets are encumbered by a lien in favor of Mr. Anthony M.C. Brown and a lien in favor of Rev. Charles A.E. Lawrence and Dr. Lorraine M. Lawrence (collectively, "Secured Creditors").

H.      The amount of $421,117.53 is due and owing by the Debtors to Anthony M.C. Brown as of May 17, 2017, and the amount of $298,390.25) is due and owing by Debtors to Rev. Charles A.E. Lawrence and Dr. Lorraine M. Lawrence as of May 17, 2017(the "Secured Loans").  The Secured Loans continue to accrue interest at the contractual rate.

## **AGREEMENT**

1.      <u>Incorporation of Recitals</u>.  The Parties hereby incorporate the Recitals above as though fully set forth herein, and the Recitals are hereby made part of this Agreement.

2

2.      Trustee's Capacity.     The Trustee is signing this Agreement in his

capacity solely as Chapter 7 trustee of the Estates.  Nothing contained herein shall in any

way impute liability to the Trustee, personally or as a member of any professional

organization or anyone acting on his behalf.

3.      Effective Date.   The "Effective Date" shall be the date upon which

the order of the Bankruptcy Court approving this Agreement (the "Sale Order") becomes

a "Final Order."  The Sale Order becomes a Final Order on the date that the Sale Order

(i) is not subject to a pending appeal and the time period for appeal of such order has

passed, or, (ii) is subject to a pending appeal but as to which no stay has been issued by

any court of competent jurisdiction and no motion for a stay is pending (the "Final

Order").

4.      The Purchased Assets.  The "Purchased Assets" include but are not

limited to, all Inventory, furniture, fixtures, equipment, intellectual property, trademarks,

trade names, copyrights, goodwill, claims, and other general intangibles owned by the

Estates. The Purchased Assets shall also include all claims of the Estates against Moore,

and all rights in the Copyright described in paragraph E hereof in accordance with the

terms of paragraph 6, hereof.  All consignment items held by the Estates will not be

purchased by MDL but shall be returned to the original, pre-consignment owners

("Consignors").  MDL will assist the Trustee in effectuating the return of such items.  If

MDL is unsuccessful in tracing any particular Consignor for a period of six months

following the Effective Date, any items consigned by such Consignor shall irrevocably be

deemed to constitute Inventory free and clear of the claims of such Consignor and all provisions of this Agreement governing Inventory shall apply to such items.

5.    <u>Purchase Price and Terms</u>.  The total purchase price shall be $350,000, paid on the terms set forth herein:

a.    On or before the Effective Date, MDL will pay the down payment of $20,000 by cashier's check or other certified funds to the Trustee.

b.    On or before the Effective Date, Moore will issue to the Trustee a written and executed Assignment of the Copyright (the "Assignment"), in return for a full release of all claims of the Estates against Moore, including a waiver of unknown claims under California Civil Code Section 1542.  The Trustee shall hold the Copyright as security for the deferred portion of the purchase price and compliance by MDL with the terms of this Agreement.  Upon payment in full of the Purchase Price, the Trustee shall irrevocably assign the Copyright to MDL within 30 calendar days following payment in full of the Purchase Price.

c.    Upon the Effective Date, MDL may take immediate possession of the Inventory and commence efforts to liquidate it.  MDL will provide an initial accounting of the entire Inventory to the Trustee and the Secured Creditors, on or before the 90th day following delivery of possession of the Inventory to Moore (the "Commencement Date"). Thereafter, MDL will provide a quarterly accounting to the Trustee and the Secured Creditors of the status of the Inventory including a list of all items sold, which Debtor owned the item, and the distribution of the proceeds therefrom. The quarterly accounting will continue

4

until the Purchase Price has been paid in full.  The proceeds from the sale of the

Inventory shall be distributed as follows:

> i.      Payment of the transaction costs of sale, which shall not
>
> exceed two percent (2%) of any sale (the "Transaction Costs");
>
> ii.     Until the Purchase Price has been paid in full, seventy percent
>
> (70%) of all sale proceeds net of Transaction Costs shall be paid on a
>
> pro-rata basis to the Secured Creditors and thirty percent (30%) shall
>
> be paid to the Trustee and applied to the Purchase Price;
>
> iii.    The net sale proceeds shall be distributed on a monthly basis
>
> with all proceeds from a given month distributed by the tenth day of
>
> the following month.

d.      The balance of the Purchase Price following payment of the down

payment (i.e., $330,000), will be paid over 36 months following the

Commencement Date.  Not including the down payment, MDL shall pay to the

Trustee a minimum of $80,000 in the first 12 months following the

Commencement Date, a minimum of $180,000 over the first 24 months following

the Commencement Date (including the payments in the first 12 months); and the

total deferred portion of the purchase price of $330,000 over a period of 36

months following the Commencement Date.

6.      Bankruptcy Court Approval.  Sale of the Purchased Assets is subject to and

conditioned upon approval of the Bankruptcy Court.  Within seven days of execution of

this Agreement, the Trustee shall file a motion for approval of sale procedures for the sale

of all of the assets of the Estates ("Sale Procedures Motion").   In the Sale Procedures

Motion, the Trustee shall request court approval to conduct an auction of the Purchased

Assets with the following overbid requirements:

a.      If there are qualifying overbid(s), the Trustee shall conduct an

auction between MDL and all such over-bidder(s).

b.      All competing bids must be presented to the Trustee with a copy to

counsel for Moore and MDL at least 21 days prior to the date scheduled for the

auction.

c.      For any competing bidder, the Purchased Assets will not include any

rights in the Copyright described in Paragraph E of the Recitals.

d.      To qualify as an over-bidder, the overbid must at a minimum,

include: (i) a purchase price for the Purchased Assets that will provide not less

than $400,000 to the Trustee; (ii) security to the Trustee for any deferred portion

of the purchase price with a value at least equal to the deferred portion of the

purchase price in the form of a Letter of Credit from a qualified bank or financial

institution, or equivalent security other than a security interest in the Inventory;

and (iii) the consent of the Secured Creditors to the release of the Inventory to the

over-bidder or, in the alternative, such over-bidder must pay the Secured Loans in

full by the date of the closing of the transaction.

e.      Qualifying over-bidders must appear at the auction.

43604v1/1099-001

7.      If MDL is the successful bidder at the auction, or if there are no overbids and the Trustee is requesting approval of the sale to MDL pursuant to the provisions hereof, the Trustee shall seek an order of the Court that MDL is a good faith purchaser subject to the provisions and protections of 11 U.S.C. § 363(m).  A finding by the Bankruptcy Court that MDL is a good faith purchaser subject to the provisions and protections of 11 U.S.C. § 363(m) is a condition precedent to MDL's obligations hereunder.

8.      If (i) the Bankruptcy Court approves the sale procedures set forth above or on other terms acceptable to both the Trustee and MDL; (ii) MDL is the winning bidder at the auction or there are no qualifying overbids, and; (iii) the Court enters an order the terms of which are satisfactory to both the Trustee and MDL approving the sale to MDL on the terms hereof, which order is not subject to a pending appeal and the time period for appeal of such order has passed, or, alternatively, an order subject to a pending appeal but as to which no stay has been issued by any court of competent jurisdiction and no motion for a stay is pending (the "Final Order"), the Trustee shall sell the Purchased Assets to MDL on the Effective Date .

9.      <u>Bill of Sale</u>.  Upon payment of a total of $350,000 by MDL to the Trustee under this Agreement, the Trustee shall deliver to MDL a bill of sale for all right, title and interest of the Estates in all Inventory, furniture, fixtures, equipment, trademarks, trade names, intellectual property, copyrights, including the Copyright, goodwill, claims and other general intangibles.

7

10.    <u>Trustee's Inspection Rights</u>.  Until the Purchase Price has been paid in full, the Trustee shall have the right to inspect the remaining unsold Inventory at any time upon 30 days' notice.

11.    <u>Intellectual Property</u>.  From and after the Effective Date, Moore shall be entitled to use the intellectual property held by the Estates, including all trademarks, trade names, and copyrights, including but not limited to "Stuart Moore" and "Stuart Moore Collection" without additional compensation.  The authorization for such use shall cease upon occurrence of a "Terminating Event" as defined below.

12.    <u>Secured Creditors' Subordination and Trustee's Release of Secured Creditors</u>.  In exchange for the Secured Creditors' agreement to subordinate their secured claims to allow a portion of the proceeds of the Inventory to be distributed to the Estates prior to payment of the Secured Creditors' secured claims in full, the Trustee shall release the Secured Creditors of all claims of the Estates against them.  A copy of the Subordination Agreement, Release, and Consent to Sale entered between the Secured Creditors and the Trustee, which is itself subject to court approval and conditioned upon approval of this Agreement, is attached as Exhibit A to this Agreement.

13.    <u>Default</u>.  MDL will be deemed to be in "Default" if any of the following occur:

a.    MDL fails to timely distribute to the Trustee monthly net proceeds of the sale of any Inventory item in accordance with the provisions of paragraph 6(c)(v), above;

b.    MDL fails to comply with an inspection request by the Trustee;

8

      c.     The total amount paid to the Trustee by MDL in the first 12 months following the Commencement Date, not including the Down Payment, from the sale of Inventory and any other monies provided by MDL is less than $80,000;

      d.     The total amount paid to the Trustee by MDL in the first 24 months following the Commencement Date, not including the Down Payment, from the sale of Inventory and any other monies provided by MDL is less than $180,000;

      e.     The full purchase price of $350,000 has not been paid by MDL to the Trustee within 36 months following the Commencement Date.

14.    <u>Trustee's Rights Upon Default; Terminating Event</u>.  In the event of a Default, the Trustee shall provide written notice to MDL, with a copy to Moore, and Secured Creditors and a demand for a cure of the Default.  If a cure of the Default has not occurred within 30 days following delivery of the notice of Default, then a "Terminating Event" will be deemed to have occurred.  Upon occurrence of a Terminating Event, the Estates shall be deemed to be the owner of the Copyright and the Trustee can undertake appropriate steps to sell the Copyright, free and clear of all claims of Moore to the Copyright.

15.    Moore unconditionally, absolutely and irrevocably guarantees the punctual and complete payment and performance when due under this Agreement and any and all such obligations of Moore and MDL are joint and several.

16.    <u>Notice</u>.  Any notice required to be given under this Agreement shall be delivered to the following addresses and shall be deemed to be "delivered" upon placing in the U.S. Mail with a return receipt requested:

<div align="center">9</div>

a.  To MDL:

    Moore Design LTD
    Attn: Stuart Moore
    295 Madison Avenue
    Suite 1200
    New York, NY 10017

b.  To Moore:

    Stuart Moore
    144 Avenue de Bonne Source
    Pornichet, France 44380

c.  With a Copy to:

    Todd C. Ringstad
    Ringstad & Sanders LLP
    4343 Von Karman Avenue, Third Floor
    Newport Beach, CA 92660

d.  To the Trustee:

    Thomas H. Casey
    22342 Avenida Empresa, Suite 200
    Rancho Santa Margarita, CA 92688

e.  With a Copy to:

    Jeffrey S. Shinbrot
    8200 Wilshire Boulevard, Suite 400
    Beverly Hills, California 90211

e.  To the Secured Creditors:

    Secured Creditors
    c/o Kelly Sweeney
    Spiwak & Iezza LLP
    555 Marin Street, Suite 140
    Thousand Oaks, CA 91360

43604v1/1099-001

17.    <u>Releases</u>.  Upon entry of a Final Order approving this Agreement, for good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, the Parties, on behalf of themselves and their past, present, and future trustees, heirs, assigns, successors, and agents and the Trustee on behalf of the Estates release and forever discharge the other Party and his/its past and present trustees, heirs, assigns, successors, and agents from any and all liability, demands, causes of action, or responsibility of any kind for claims whether known or unknown, whether or not known to exist, whether or not suspected or claimed, (collectively referred to herein as "claims"), which relate to the Estates, the Debtors, the Inventory, and/or the Copyright, including but not limited to all claims arising under sections 542, 543, 544, 546, 547, 548, 549, 550, 551, and 553 of the Bankruptcy Code and that were made or could have been made up to the Effective Date of this Agreement.  This release does not release the Parties from any obligations created by this Agreement.

18.    <u>Waiver of Civil Code Section 1542.</u>  With respect to the releases provided above, the Parties on behalf of themselves and their past, present, and future trustees, heirs, assigns, successors, and agents and the Trustee on behalf of the Estates, hereby knowingly, voluntarily and expressly waive any and all rights that such parties may have pursuant to Section 1542 of the California Civil Code, which reads as follows:

**A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.**

11

The Parties on behalf of themselves and their past, present, and future trustees, heirs, assigns, successors, and agents and the Trustee on behalf of the Estates, acknowledge that they may hereafter discover facts different from or in addition to those now known or believed to be true with respect to the matters released hereunder, and agree that this Agreement and the releases provided above shall remain effective in all respects notwithstanding the discovery or existence of any such different or additional facts.

19.     Authority.  The signatories to this Agreement acknowledge that they have the authority and have obtained the requisite approval to enter this Agreement and to act on behalf of and bind any entity on whose behalf they are signing.

20.     No Attorneys' Fees.  The Parties shall bear the cost of their respective attorneys' fees and costs incurred in connection with this Agreement.

21.     Governing Law.  This Agreement shall be governed and construed in accordance with the laws of the State of California and the United States Bankruptcy Code.  The Parties agree that any dispute concerning this Agreement shall be submitted to the United States Bankruptcy Court for the Central District of California.

22.     Construction of Agreement.  This Agreement shall not be construed or interpreted for or against any party hereto because said party drafted any of its provisions, but shall be construed as if all Parties had prepared this Agreement.

23.     Representation by Counsel. The Parties have been represented by legal counsel during the course of the negotiations and execution of this Agreement.

24.    <u>Entire Agreement</u>.  The Parties to this Agreement represent and warrant that they have read this Agreement in its entirety; that they fully understand their rights and obligations under this Agreement; that they have executed this Agreement freely and voluntarily; that this Agreement constitutes the entire understanding and agreement between the Parties with respect to the matters referred to herein; and that there are no other representations, covenants, or other prior or contemporaneous agreements which are not specifically incorporated herein.

25.    <u>Binding Agreement</u>.  This Agreement is and shall be binding upon and shall inure to the benefit of the heirs, assigns, principals, and successors of both of the Parties.

26.    <u>Amendments</u>.  Any amendment, modification or other change to this Agreement must be in writing.

27.    <u>Counterparts</u>.  This Agreement may be executed in counterparts, each of which shall be deemed an original and all of which shall together constitute the same instrument.  The Parties will accept facsimile, email, and/or PDF signature pages.

//

//

13

THE UNDERSIGNED HAVE READ THE FOREGOING AND ACCEPT AND
AGREE TO THE PROVISIONS CONTAINED HEREIN, AND HEREBY EXECUTE
IT, KNOWINGLY, VOLUNTARILY, AND WITH FULL UNDERSTANDING OF ITS
CONSEQUENCES.

IN WITNESS WHEREOF, the Parties hereto have executed this Agreement on the dates
indicated below.

MOORE DESIGN (USA), LTD.

DATED:  July 2, 2017          By:

                                   Its:  Director.

DATED:  July __, 2017          _____
                               STUART MOORE

DATED:  July __, 2017          _____
                               THOMAS H. CASEY in his capacity as
                               Chapter 7 trustee of the Estates

APPROVED AS TO FORM:

THE SHINBROT FIRM

By: _____
    JEFFREY S. SHINBROT
    Attorneys for Chapter 7 Trustee,
    Thomas H. Casey

RINGSTAD & SANDERS, LLP

By: _____
    TODD C. RINGSTAD
    Attorneys for Stuart Moore and
    moore design [usa], ltd.

14

43604v1/1099-001

*EXHIBIT A*

## SUBORDINATION AGREEMENT, RELEASE, AND CONSENT TO SALE

This agreement is made between THOMAS H. CASEY, in his capacity as Chapter 7 Trustee ("**Trustee**") of the Bankruptcy Estates ("**Estates**") of Stuart Moore, Ltd. ("**SM**") (United States Bankruptcy Court, Central District of California (the "**Bankruptcy Court**") Case No. 8:16-12106-ES), Stuart Moore (USA), Ltd. ("**SM USA**") (Bankruptcy Court Case No. 8:16-12110-ES), Stuart Moore (Newport Beach), Ltd. ("**SM Newport Beach**") (Bankruptcy Court Case No. 8:16-12109-ES), and Stuart Moore (San Francisco), Ltd. ("**SM San Francisco**" (Bankruptcy Court Case No. 8:16-12112-ES) (SM San Francisco, together with SM, SM USA, and SM Newport Beach, the "**Debtors**"), and ANTHONY M.C. BROWN, an individual ("**Mr. Brown**"), REV. CHARLES A.E. LAWRENCE, an individual ("**Rev. Lawrence**"), and DR. LORRAINE M. LAWRENCE, an individual ("**Dr. Lawrence**"; together with Rev. Lawrence, the "**Lawrences**"; together with Rev. Lawrence and Mr. Brown, the "**Secured Creditors**").

Mr. Brown made two loans jointly to the Debtors, which are evidenced by a Demand Loan Note dated June 11, 2014 (the "**2014 Brown Note**") and a Demand Loan Note dated February 12, 2015 (the "**2015 Brown Note**"; together with the 2014 Brown Note, the "**Brown Notes**"). The Brown Notes include a pledge of all of Debtors' assets, including all of Debtors' inventory, as security for the notes. Mr. Brown's security interest for the Brown Notes was perfected by the filing of a UCC Financing Statement on February 13, 2015.

The Lawrences made two loans jointly to the Debtors, which are evidenced by a Demand Loan Note dated February 26, 2015 in the principal amount of $125,000 (the "**February 2015 Lawrence Note**") and a Demand Loan Note (2) dated March 27, 2015 in the principal amount of $125,000 (the "**March 2015 Lawrence Note**"; together with the February 2015 Lawrence Note, the "**Lawrence Notes**"). The Lawrence Notes include a pledge of all of Debtors' assets, including all of Debtors' inventory, as security for the notes. The Lawrences' security interest for the Lawrence Notes was perfected by the filing of a UCC Financing Statement on February 24, 2015.

The Trustee has entered into an agreement with moore design [usa] ltd. a Delaware corporation ("**MDL**"), which provides for the orderly sale of all the Debtors' assets to MDL for the purchase price of $350,000.00, paid over 36 months as more fully set forth in the agreement, and which provides that until the purchase price has been paid in full, 70% of all sale proceeds of the purchased assets, net of allowed transaction costs, will be paid to the Secured Creditors and 30% shall be paid to the Trustee and applied to the purchase price (the "**Trustee-MDL Agreement**").

In return for the agreements and releases in this agreement, the Secured Creditors are willing to subordinate their security interests in the assets of Debtors solely in order to allow a portion of the proceeds from the sale of the assets to be distributed to the Estates as specified in the Trustee-MDL Agreement. The parties therefore agree as follows:

1.    **Approval by Bankruptcy Court.** The Trustee will make a motion in the Bankruptcy Court for approval of this agreement concurrently with the motion for approval of the Trustee-MDL Agreement. This agreement will have no force or effect until both this agreement and the Trustee-MDL Agreement are approved by the Bankruptcy Court.

2.    **Allowed Claims.** The Secured Creditor's claims against each of the Estates, shall be allowed in the amounts set forth in this section without defense, counterclaim, right of setoff, reduction, avoidance, recharacterization, disallowance (including under Section 502(d) of the Bankruptcy Code), except as provided for in this agreement and the Trustee-MDL Agreement. The allowed claim of Mr. Brown under the Brown Notes in each of the Estates as of May 18, 2016 is $386,213.46. The allowed claim of the Lawrences under the Lawrence Notes in each of the Estates as of May 18, 2016 is $278,445.05. The parties agree that as oversecured creditors, the Secured Creditors' claims continue to accrue post-petition interest at the contractual rates. As of August 21, 2017, the amount due under the Brown Notes is $430,251.08 (interest accruing at $95.89/day). As of August 21, 2017, the amount due under the Lawrence Notes is $303,609.43 (interest accruing at $54.79/day).

3.    **Consent to Sale.** The Secured Creditors consent to the Trustee-MDL Agreement and stipulate to the Bankruptcy Court's entry of an order approving the Trustee-MDL Agreement.

4.    **Subordination.** The Secured Creditors' rights and interest in the assets of the Debtors and property of the Estates shall be subordinate to the Trustee's right to payment set forth in the Trustee-MDL Agreement.

5.    **Release and Waivers.** Except with respect to the obligations created by this agreement, the Trustee, on behalf of the Estates, does hereby release the Secured Lenders and each of their agents, representatives, attorneys, heirs, successors, and assigns of and from any and all claims, actions, causes of action, demands, rights, damages, costs, loss of service, liens, attorneys' fees, expenses and compensation whatsoever, whether now known or unknown, suspected or unsuspected, which they now have or which may hereafter accrue on account of, relating to, or in any way arising out of the Brown Notes, the Lawrence Notes, or the Debtors' bankruptcy cases. The Trustee agrees that all rights the Estates have under Section 1542 of the Civil Code of California and any similar law of any state or territory of the United States are hereby expressly waived. Said section reads as follows:

> "A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor."

6.    **Miscellaneous.** This agreement shall be binding upon and inure to the benefit of the parties and their respective heirs, successors and permitted assigns. This agreement constitutes the entire agreement of the parties relating to the subject matter of this agreement and supersedes all other oral or written agreements relating thereto. Each party acknowledges that no other party or any agent or attorney of any other party has made any promise, representation or warranty, express or implied, written or oral, not contained in this agreement to induce any party to execute this agreement, and each party acknowledges that such party has not executed this agreement in reliance on any promise, representation or warranty not contained or referenced in this agreement. Each party represents that such party has the power and authority to enter into this agreement, and that no challenge to the validity of this agreement will be brought at any future date based upon any alleged incapacity of such party to enter into this agreement. If any provision of this agreement is unenforceable to any extent, the remainder of this agreement, or application of that provision to any persons or circumstances other than those as to which it is held unenforceable, will not be affected by that unenforceability and will be enforceable to the fullest extent permitted by law. This agreement shall be construed and enforced in accordance with the laws of California and the United States Bankruptcy Code and any dispute submitted to the United States Bankruptcy Court for the Central District of California. The parties shall sign and deliver such other documents and shall take such other action as may be reasonably necessary to effectuate the purposes of this agreement. Each party represents that, prior to executing this agreement, such party had the benefit of independent legal counsel of the party's own selection, and that the party has entered into this agreement voluntarily. This agreement has been jointly negotiated and drafted. The language of this agreement shall be construed as a whole, according to its fair meaning, and not strictly for or against any of the parties hereto. This agreement is made for the sole benefit of the parties and their respective successors and assigns. Nothing in this agreement, express or implied, is intended to or shall confer upon any other person any right, benefit or remedy of any nature whatsoever under or by reason of this agreement. This agreement is not intended to create, and does not create, any agency, partnership, joint venture or any like relationship between any of the parties. No amendment of this agreement will be effective unless it is in writing and signed by the parties. This agreement may be executed in counterparts, each of which shall be deemed to be an original, but all of which, taken together, shall constitute one and the same agreement. The parties agree that a true and correct copy of the fully-signed agreement may be used in lieu of an original document for all purposes.

[SIGNATURE PAGE FOLLOWS]

construed as a whole, according to its fair meaning, and not strictly for or against any of the parties hereto. This agreement is made for the sole benefit of the parties and their respective successors and assigns. Nothing in this agreement, express or implied, is intended to or shall confer upon any other person any right, benefit or remedy of any nature whatsoever under or by reason of this agreement. This agreement is not intended to create, and does not create, any agency, partnership, joint venture or any like relationship between any of the parties. No amendment of this agreement will be effective unless it is in writing and signed by the parties. This agreement may be executed in counterparts, each of which shall be deemed to be an original, but all of which, taken together, shall constitute one and the same agreement. The parties agree that a true and correct copy of the fully-signed agreement may be used in lieu of an original document for all purposes.

Each party is signing this agreement on the date stated opposite that party's signature.

Dated: _August 22, 2017_ _____

THOMAS H. CASEY, in his capacity as Chapter 7 Trustee of the Estates

Dated: _____ _____

ANTHONY M.C. BROWN

Dated: _____ _____

DR. LORRAINE M. LAWRENCE

Dated: _____ _____

REV. CHARLES A.E. LAWRENCE

SUBORDINATION AGREEMENT, RELEASE, AND CONSENT TO SALE                              Page 3 of 3

*EXHIBITS TO SUBORDINATION AGEEMENT OMITTED*

EXHIBIT 3

In re Stuart Moore (San Francisco) Ltd
Chapter 7 Case No. 8:-16-bk-12112 ES

# San Francisco Inventory
# Held in Newport Beach Safe Deposit Box

# Inventory Report - Filtered Items

| GH# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 13552 | 30/01/2206/S | | The Stuart Moore Collection | SPG595 | Biband/ 5mm wide/ flat/ centered/ in platinum and 18kt gray gold  size 57 | $2,013.70 | $6,025.00 |
| 14566 | 30/01/2381/S | | The Stuart Moore Collection | SPG605 | Biband/ 5mm wide/ flat/ offset/ in platinum and 18kt gray gold | $1,782.00 | $5,750.00 |
| 11699 | 30/01/2385/S | | The Stuart Moore Collection | SPR595 | Biband/ 5mm wide/ flat/ centered/ in platinum, and 18kt rose gold/ matte finish/ size 63 | $1,883.00 | $5,650.00 |
| 11699 | 30/01/2387/S | | The Stuart Moore Collection | SPR625 | Ying Yang band/ 5mm wide/ soft/ in platinum and 18kt rose gold | $1,900.00 | $5,695.00 |
| 11699 | 30/01/2388/S | | The Stuart Moore Collection | SPY594 | Biband/ 4mm wide/ flat/ centered / in platinum and 18kt yellow gold | $1,522.00 | $4,895.00 |
| 11699 | 30/01/2389/S | | The Stuart Moore Collection | SPP616 | Ying-Yang band/ 6mm wide/ flat/ in platinum | $2,585.00 | $7,755.00 |
| 14743 | 30/01/2618/S | | The Stuart Moore Collection | SPGP578 | Triband/ 8mm wide/ flat/ offset/ in platinum and 18kt gray gold size 59 | $2,800.00 | $9,025.00 |
| 14566 | 30/01/2626/O | | The Stuart Moore Collection | MG125 | 5mm wide / hard / straight / 18k yellow gold band Small $1975 / Large $2150. | $997.35 | $2,150.00 |
| 12068 | 30/02/1981/S | | The Stuart Moore Collection | SPGP566 | Triband / 6mm wide / flat / centered / in platinum and 18kt gray gold / size 54 | $2,383.00 | $7,150.00 |
| 11699 | 30/02/2204/S | | The Stuart Moore Collection | MP102/PR | Galassia pave set band/ platinum/ matching Talus engagement rings, set with 135 round brilliant cut diamonds, 0.9 & 1.0mm, 0.54ct total weight, F/VS / IN 18K GOLD $8450 | $2,867.00 | $8,525.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 13199 | 30/02/2247/S | | Carl Dau | SR-F 19 | 9mm wide stainless steel two piece ring. US size 8 - EURO size 57 S | $175.06 | $525.00 |
| 13196 | 30/02/2301/S | | Acredo | E10499/30/Pt | Platinum, 3mm wide, hard profile, wedding ring, size 52. *S* | $820.00 | $2,000.00 |
| 14566 | 30/02/2302/S | | The Stuart Moore Collection | MGG122 | 2mm wide / hard / straight / 18k gray gold band $1025 / $1095 | $400.00 | $1,095.00 |
| 11699 | 30/02/2440/S | | The Stuart Moore Collection | SPG615 | Ying-Yang band / 5mm wide/ flat/ in platinum and 18kt gray gold | $1,760.00 | $5,970.00 |
| 11699 | 30/02/2441/S | | The Stuart Moore Collection | SPY624 | Ying-Yang band/ 4mm wide/ rounded/ in platinum and 18k yellow gold | $1,568.00 | $5,025.00 |
| 11699 | 30/02/2443/S | | The Stuart Moore Collection | SPR604 | Biband/ 4mm wide/ flat /offset / in platinum and 18kt rose gold | $1,584.00 | $4,815.00 |
| 14566 | 30/04/1503/S | | The Stuart Moore Collection | MP023/CP | Aronade band ring/small// soft straight in platinum with12 princess cut diamonds/2.5mm/ 1.06ct total weight F/VVS | $3,451.30 | $10,395.00 |
| 14566 | 30/04/1519/S | | The Stuart Moore Collection | MG023/CP | Aronade band/small/soft straight/ in 18kt yellow gold with platinum channel/ 11 princess cut diamonds 2.5mm F/VVS/ Approx. 1.10ct tw | $3,186.59 | $9,475.00 |
| 14479 | 30/04/1720/S | | The Stuart Moore Collection | MP095/PR | Abamurus/ hard/ pave set band/ platinum / matching Abamurus engagement rings, set with 79 round brilliant cut diamonds, .08 & .09mm, 0.29ct total weight, F/VS | $2,358.19 | $2,360.00 |
| 5824 | 30/04/1737/S | | The Stuart Moore Collection | MP097 | Abamurus band/ soft/medium/ in platinum, matching the Abamurus engagement rings. | $1,637.93 | $3,375.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 14566 | 30/04/2047/S | | The Stuart Moore Collection | MP102/PR | Galassia pave set band/ platinum/ matching Talus engagement rings, set with 135 round brilliant cut diamonds, 0.9 & 1.0mm, 0.54ct total weight, F/VS | $2,916.00 | $8,525.00 |
| 14139 | 30/04/2485/S | | The Stuart Moore Collection | MP213/LR | Memory band / small / Soft / straight / in platinum Lockset with 14 round brilliant cut diamonds, approx. 0.40ct total weight, F/VS (2mm) | $1,563.00 | $5,250.00 |
| 14018 | 30/04/2538/S | | The Stuart Moore Collection | MP174/LR | Petite Anteris lockset band / soft/ straight / in platinum, lockset with 15 round brilliant cut diamonds, approx. 0.20ct total weight, F/VS, 1.4mm, matching the Petite Anteris lockset engagement rings | $1,228.40 | $3,875.00 |
| 14566 | 30/04/2952/S | | Stuart Moore | WE1700 | Eternity band, in platinum, set with Radiant cut diamonds, 2.64ct tw, F/VS. Size 53 (6.5). *S*, shipped 2/1 for stuart new york appointment ny | $6,200.00 | $18,600.00 |
| 13294 | 30/04/2960/S | | Stuart Moore | WE1900 | Eternity band, in platinum, set with emerald cut and round brilliant diamonds, 1.60ct tw, and 0.72ct tw, F/VS. *S* shipped to stuart 2/1 for clients appointment ny | $5,100.00 | $14,950.00 |
| 13196 | 30/04/2962/S | | Stuart Moore | WE1100 | Eternity band in platinum set with round brilliant cut diamonds, 2.30ct total weight F/VS. Size 52mm/US size 6 *S* | $4,875.00 | $14,950.00 |
| 13883 | 30/04/2968/S | | Prive | WE1300 | Eternity band, in platinum, set with emerald cut diamonds, 3.14ct tw, F/SI | $7,250.00 | $21,750.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 14025 | 30/04/3188/S | | The Stuart Moore Collection | MP087/CR | Arcati band/small/ in platinum, set with 15 round brilliant cut diamonds, 0.50ct total weight, F/VS | $2,775.00 | $7,225.00 |
| 11699 | 30/04/3189/S | | The Stuart Moore Collection | MP085/CP | Arcati band/ large/ tapered/ in platinum set with 15 princess cut diamonds 0.72ct total weight F/VVS1. / IN 18K GOLD $8725 | $3,308.00 | $9,850.00 |
| 11699 | 30/04/3190/S | | The Stuart Moore Collection | MP086/CP | Arcati band/ medium/ in platinum set with 15 princess cut diamonds/2.0mm/ 0.74ct total weight F/VVS. / In 18K GOLD $8250 | $2,975.00 | $8,825.00 |
| 11699 | 30/04/3199/S | | The Stuart Moore Collection | MP023/CP | Aronade band ring/small/ soft straight in platinum with12 princess cut diamonds/2.5mm/ 1.06ct total weight F/VVS. / IN 18K GOLD $9475 | $3,483.00 | $10,395.00 |
| 12538 | 30/04/3200/S | | The Stuart Moore Collection | MP175/CP | Petite Aronade band / hard / straight / in platinum, channel set with 14 princess cut diamonds, 0.25ct total weight, F/VVS, 1.4mm, matching the Petite Aronade engagement rings | $1,490.00 | $4,425.00 |
| 13000 | 30/04/3205/S | | The Stuart Moore Collection | MG103/BR | Galassia ring, soft, in 18k yellow gold, with 17 RBC diamonds 0.25ct total weight, 1.5mm / IN PLAT $4225 | $1,017.00 | $2,825.00 |
| 11699 | 30/04/3206/S | | The Stuart Moore Collection | MP104/PR | Galassia pave set band/ platinum/ matching Talus engagement rings, set with 48 round brilliant cut diamonds, 1.1mm, 0.28ct total weight, F/VS / IN 18K GOLD $3995 | $1,750.00 | $5,075.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 13651 | 30/04/3659/S | | The Stuart Moore Collection | MP210/LR | Memory band / X-large / Soft / straight / in platinum Lockset with 7 round brilliant cut diamonds, approx. 1.50 ct approx. total weight, F/VS (3.6mm) / IN 18K GOLD $12,550 | $5,485.97 | $14,375.00 |
| 14566 | 30/04/4025/S | | The Stuart Moore Collection | MP036/CB | Aronade band/ small/ hard/ tapered / in platinum with 20 baguette diamonds, approx 1.50ct total weight, F/VVS | $4,934.43 | $16,500.00 |
| 14287 | 30/05/1264/S | | Niessing | NO21714/4.8 mm | Platinum "Highend" tension set ring set with a 1.00ct round cut size center. | $2,451.00 | $7,525.00 |
| 5066 | 30/05/1278/C | | Steven Kretchmer Design | SUSH/Pt/1.75 ct/rbc | Platinum tension set ring for 1.25ct size rbc, 4.5mm size: 53 | $1,783.00 | $5,350.00 |
| 14566 | 30/05/1904/S | | The Stuart Moore Collection | MP084/13 | Arcati ring/ mini / tapered / in platinum, for a 0.50ct-1.00ct size stone (currently shown with a 1.00ct size emerald cut CZ) (5x7 mm) | $1,758.00 | $5,225.00 |
| 14566 | 30/05/1915/S | | The Stuart Moore Collection | MP044/12 | Abamurus ring/ mini/ hard /in platinum with railhead, set with a 5.8mm assher cut cz ( approx 1 ct size) | $1,658.00 | $5,325.00 |
| 14566 | 30/05/1943/S | | The Stuart Moore Collection | MP043/PR31 | Abamurus ring /small /soft / tapered in platinum for a 0.90-2.75ct stone, and pave set with 90 round brilliant cut diamonds, 0.36ct total weight, F/VVS, (0.8mm, 0.9mm, 1.0mm) shown with RBC cut 1.90ct size CZ (8 mm) | $3,047.76 | $8,550.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | | US Cost | Retail |
|---|---|---|---|---|---|---|---|---|
| 14566 | 30/05/1958/S | | The Stuart Moore Collection | MP083/PR/31 | Arcati ring /small / in platinum, pave set with 52 round brilliant cut diamonds, 0.8, 1.0, 1.1mm, 0.31ct total weight/ F/VVS/ shown with a 1.50ct size round brilliant cut CZ (7.5 mm) | | $2,760.50 | $8,050.00 |
| 14566 | 30/05/1986/S | | The Stuart Moore Collection | MP061/1 | Suspension ring / large/soft/ in platinum for not smaller than 2.50ct round brilliant (shown with a 2.75ct RBC CZ) Size 52 | | $3,033.46 | $8,125.00 |
| 11771 | 30/05/2006/S | | Niessing | N141799 PT 7mm | Platinum 7.5mm wide "Highend"" tension set ring set with a 3.00ct round brilliant cut size CZ. 7.5mm width x 1.8mm height / Size 53 | | $3,360.30 | $9,800.00 |
| 14566 | 30/05/2050/S | | The Stuart Moore Collection | MP072/PR/81 | Talus ring /small / in platinum for a 0.80-1.25ct stone, and pave set with 54 round brilliant cut diamonds, 0.9, 1.0, 1.1mm, 0.32ct total weight/ shown with a 0.75ct round brilliant cut CZ | | $2,389.45 | $6,800.00 |
| 14566 | 30/05/2254/S | | Niessing | N141792YG | 18k yellow gold, "round" ring, 3.1mm width x 3.1mm height, tension set with a 0.10ct round brilliant F/VS diamond size 51 3mm stone (BEAD BLAST) | | $1,458.38 | $3,850.00 |
| 14287 | 30/05/2260/S | | Niessing | n191955pt | Platinum "Victory" ring, 4.0mm width x 1.7mm height, set with a white round brilliant Zircon, 0.60ct size 53 | | $906.01 | $4,850.00 |
| 14566 | 30/05/2311/S | | The Stuart Moore Collection | MP163/2 | Petite Anteris ring / Hard / straight / in platinum with U-head #2. Shown with an Asscher cut CZ approx. 1.25ct (6 x 6 mm) | | $1,685.60 | $4,025.00 |

| GI# | Stock# | TMI# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 6373 | 30/05/2355/S | | The Stuart Moore Collection | MP052/41 | Anteris ring / large /soft/ tapered /with soft wings/ in platinum for 2.00-5.00ct center stone shown with a 2.25ct size round brilliant cut cubic zirconia. / IN 18K GOLD $5525 | $2,739.11 | $7,500.00 |
| 6373 | 30/05/2358/S | | The Stuart Moore Collection | MG056/32 | Anteris ring / medium /soft/ straight /with soft wings/ in 18 kt gold for 1.00-5.00ct center stone shown with a 1.75ct size asscher cut cubic zirconia. IN PLAT $6675 | $1,757.02 | $5,000.00 |
| 10130 | 30/05/2475/S | | The Stuart Moore Collection | MP247/PWR/2 | Campata ring/ 6.1-7.0 mm wide/ straight/ in platinum, shown with a 1.25 Asscher cut CZ center stone and pave set on both sides and top with 132 rbc diamonds, 0.64ct tw F/VS1. IN 18K GOLD $11,950. | $4,944.31 | $12,250.00 |
| 8731 | 30/05/2481/S | | The Stuart Moore Collection | MP248/3 | Campata ring/ 7.1-8.0mm wide/ straight/ in platinum, shown with a 2.50ct EC CZ center stone/ In 18k yellow gold $6850/ In 18k grey gold $5495 | $3,117.06 | $8,895.00 |
| 14566 | 30/05/2483/S | | The Stuart Moore Collection | MP248/PXR/3 | Campata ring/ 7.1-8.0mm wide/ straight/ in platinum, pave set on top and one side with approx. 71 RBC diamonds, 0.33ct total weight, (shown with a 2.50ct EC center CZ. 7 x 9 mm) | $4,109.41 | $11,250.00 |
| 14566 | 30/05/2596/S | | Niessing | N141799 RG | 18k red gold "Highend" tension set ring, set with a 8mm RBC CZ (6.5mm width x 1.8mm height) / Size 53 | $2,487.10 | $6,425.00 |
| 13582 | 30/05/2599/S | | The Stuart Moore Collection | MR062/1 | Suspension ring /medium /hard/ in 18kt red gold, for not smaller than 2.00ct RBC | $1,804.70 | $5,050.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 11699 | 30/05/2643/S | | The Stuart Moore Collection | MP083/PR/23 | Arcati ring /small / in platinum, pave set with 52 round brilliant cut diamonds, 0.8, 1.0, 1.1mm, 0.31ct total weight/ F/VVS/ shown with a 1.50ct size emerald cut CZ / IN 18K GOLD $6550 | $3,042.00 | $8,050.00 |
| 14566 | 30/05/2650/S | | The Stuart Moore Collection | MP165/11 | Petite Aronade ring / hard/ straight / in platinum (center stone, up to 2.00 in RBC/Oval, 1.75ct square), shown with a 0.75ct size RBC CZ (5.9 mm) | $1,684.00 | $3,995.00 |
| 13522 | 30/05/2656/S | | The Stuart Moore Collection | MP045/11 | Abamurus ring/ mini/ soft/ in platinum for a 0.40ct -0.75ct RBC stone/ shown with a 0.80ct RBC CZ (6 mm) | $2,267.00 | $4,995.00 |
| 11699 | 30/05/2664/S | | The Stuart Moore Collection | MP113/PR/92 | Camber ring /small / in platinum for a 0.50-0.80ct stone, and pave set with 46 round brilliant cut diamonds, 0.8, 0.9, 1.0mm, 0.15ct total weight/ shown with a 1.00ct emerald cut CZ | $2,375.00 | $7,125.00 |
| 11699 | 30/05/2667/S | | The Stuart Moore Collection | MG042/31 | Abamurus ring / medium / hard/ tapered in 18kt yellow gold and platinum for a 0.90ct-2.75ct rbc (shown with a 2.15ct RBC cut CZ) / IN PLAT $5195 | $1,692.00 | $3,995.00 |
| 11699 | 30/05/2670/S | | The Stuart Moore Collection | MP040/Bag/1.0 | Platinum Stuart Moore reverse taper ring, w/ railhead mounting, shown with a 1.00ct size baguette cut CZ | $2,217.00 | $7,000.00 |
| 11699 | 30/05/2672/S | | The Stuart Moore Collection | MG083/32 | Arcati ring/ small / tapered / in 18k yellow gold, for a 1.00ct -1.50ct size stone (currently shown with a 1.25ct Asscher cut CZ) / IN PLAT $6075 | $1,992.00 | $4,150.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 11699 | 30/05/2673/S | | The Stuart Moore Collection | MG082/31 | Arcati ring/ medium/ tapered/ in 18kt yellow gold, for a 1.75ct-2.75ct RBC diamond (shown with a 2.75ct size round brilliant cut cubic zirconia) / IN PLAT $6875 | $1,534.00 | $4,475.00 |
| 11699 | 30/05/2675/S | | The Stuart Moore Collection | MP084/11 | Arcati ring /mini/ in platinum for a 0.50ct-0.90ct RBC diamond (shown with 0.90ct size cubic zirconia) / IN 18K GOLD $3795 | $1,842.00 | $5,225.00 |
| 14044 | 30/05/2678/S | | The Stuart Moore Collection | MP061/1 | Suspension ring / large/soft/ in platinum for not smaller than 2.50ct RBC/ shown with a 3.00ct RBC CZ (in 18k gold $5800) | $3,183.00 | $8,125.00 |
| 11699 | 30/05/2681/S | | The Stuart Moore Collection | MP060/8.5/1 | Big Suspension ring/large/hard in platinum, shown with a 4.75ct size RBC cubic zirconia | $4,050.00 | $11,700.00 |
| 12465 | 30/05/2684/S | | The Stuart Moore Collection | MG062/1 | Suspension ring /medium /hard/ in 18kt yellow gold, for not smaller than 2.00ct RBC (shown with a 1.25ct RBC CZ)/ IN PLAT $6500 | $1,733.00 | $5,050.00 |
| 13651 | 30/05/2736/S | | The Stuart Moore Collection | MGG112N/91 | New Camber ring, small, tapered, in 18k gray gold for a 1.00ct- 1.50ct stone (shown with a RBC CZ) (in yellow gold $3700 / in platinum $4550 | $937.40 | $3,800.00 |
| 14566 | 30/05/2747/S | | The Stuart Moore Collection | MS248N2 | New Campata Ring / 7.1-8.0mm wide / straight / shown with a 2.50ct size Asscher cut CZ (7.6 x 7.6 mm)/ In Platinum $8895 / In 18k gold $5495(This steel sample for display only) | $487.23 | $8,895.00 |

| GH# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 14566 | 30/05/2748/S | | The Stuart Moore Collection | MS248N/3 | New Campata ring/ 7.1-8.0mm wide/ straight/ shown with a 3.00ct size EC CZ (approx. 9 x 7.5 mm) / IN PLATINUM $8895 / IN 18K GOLD $5495 (Steel sample for display only) | $487.23 | $8,895.00 |
| 14566 | 30/05/2822/S | | Steven Kretchmer Design | OTRHTFLSS | "Helix" Truncated flat top tension ring, shown with a 6.5 x 6.5 x 4.0mm RBC CZ (1.00ct) (In 18k gold $4295) (STEEL SAMPLES FOR DISPLAY ONLY) | $410.00 | $5,500.00 |
| 14566 | 30/05/2830/S | | Steven Kretchmer Design | OTRDPLSS | "Pear Helix" tension ring, shown with a 6.0 x 9.0 x 4.0mm Pear shape CZ (1.50ct) (In 18k gold $5550 ) (STEEL SAMPLE FOR DISPLAY ONLY) | $500.00 | $6,295.00 |
| 13117 | 30/05/2836/S | | Steven Kretchmer Design | OTRGPRSS | "Gothic" original tension ring with knife edge, in platinum for a 6.0 x 6.0 x 3.8mm (1.25ct) princess cut CZ, size 60.5 (Sample ring is stainless steel) In 18k gold - $7000 | $445.00 | $9,200.00 |
| 13117 | 30/05/2837/S | | Steven Kretchmer Design | OTRVLSS | "V-ring" original tension ring, in platinum for a 6.5 x 6.5 x 4.0mm (1.00ct) RBC CZ, size 52.5 (Sample ring is stainless steel) In 18k gold - $4275 | $465.00 | $5,250.00 |
| 13117 | 30/05/2839/S | | Steven Kretchmer Design | OTRHPRLSS | "Helix" bypass round top tension ring, in platinum for a 6.5 x 6.5 x 4.0mm (1.00ct) RBC CZ, size 52.5 (Sample ring is stainless steel) In 18k gold - $4295 | $485.00 | $5,500.00 |

| GH# | Stock# | TM# | Vendor | Style | Description | | US Cost | Retail |
|---|---|---|---|---|---|---|---|---|
| 13117 | 30/05/2840/S | | Steven Kretchmer Design | OTRSWLLSS | "Swirl Helix" tension ring, in platinum for a 6.5 x 6.5 x 4.0mm (1.00ct) RBC CZ, size 52.5 (Sample ring is stainless steel) In 18k gold - $4300 | | $500.00 | $5,750.00 |
| 13117 | 30/05/2841/S | | Steven Kretchmer Design | OTRWGLSS | "Wing Helix" tension ring, in platinum for a 7.5 x 7.5 x 4.5mm (1.50ct) RBC CZ, size 52.5 (Sample ring is stainless steel) In 18k gold - $4600 | | $480.00 | $5,875.00 |
| 13117 | 30/05/2843/S | | Steven Kretchmer Design | OTRMQLSS | "Marquise Helix" tension ring, in platinum for a 5.0 x 10.0 x 3.5mm (1.00ct) Marquise CZ, size 52.5 (Sample ring is stainless steel) In 18k gold - $4750 | | $550.00 | $5,675.00 |
| 13117 | 30/05/2844/S | | Steven Kretchmer Design | OTRRESS | "Round Elara" tension ring, in platinum for a 6.5 x 6.5 x 4.0mm (1.00ct) RBC CZ, size 52.5 (Sample ring is stainless steel) In 18k gold - $4000 | | $510.00 | $5,750.00 |
| 4509 | 30/06/0870/S | | The Stuart Moore Collection | MP005/CS/22 | Aronade ring/ mini /hard /straight /in platinum for a 0.60-0.75ct center stone with 12 square cut side diamonds 0.66ct tw F/VS (2mm)(shown with a 1.00ct size Asscher cut CZ 5x5mm) / IN 18K GOLD $8400 | | $3,084.87 | $8,375.00 |
| 13939 | 30/06/0875/S | | The Stuart Moore Collection | MP002/CP/41 | Aronade ring/medium/ soft/ tapered/ in platinum for 2.0-2.60ct center stone with 8 princess cut side diamonds 1.35ct total weight, F/VS (3mm)-shown with a 2.75ct RBC CZ center stone 9mm. / IN 18K GOLD $11,375 | | $4,493.24 | $11,925.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 14566 | 30/06/0882/S | | The Stuart Moore Collection | MP001/CP/41 | Aronade ring/medium/ hard/ tapered/ in platinum for 2.0-2.60ct center stone with 8 princess cut side diamonds approx 1.40ct total weight, F/VVS1 (3mm)-shown with a 2.25ct RBC CZ (8.5 mm) | $4,387.93 | $12,075.00 |
| 14566 | 30/06/0886/S | | The Stuart Moore Collection | MP005/CP/22 | Aronade ring/mini/hard/straight/in platinum for a 0.60-0.75ct center stone with 12 princess cut side diamonds approx.0.65ct tw F/VVS (2mm)(shown with a 1.25ct size Asscher cut CZ, 6 x 6 mm) | $2,752.00 | $7,700.00 |
| 14566 | 30/06/0887/S | | The Stuart Moore Collection | MP005/CP/11 | Aronade ring/ mini/soft/straight/ in platinum for a 0.60-0.75ct center stone and 12 princess cut side diamonds approx.0.65ct tw F/VVS (2mm) shown with 0.60ct size RBC CZ, 5.5 mm) | $2,701.60 | $7,625.00 |
| 14566 | 30/06/0913/S | | The Stuart Moore Collection | MP015/CB/03 | Aronade ring/ large /hard/ tapered/ in platinum for a 2.75-10.00ct center stone and shown with 12 baguette side diamonds for 2.22ct F/VVS1 /shown with a 9.0ct size emerald cut CZ | $8,983.31 | $24,750.00 |
| 4520 | 30/06/0914/S | | The Stuart Moore Collection | MP016/CB/13 | Aronade ring / small / hard / tapered / in platinum for a 1.75ct-2.50ct center stone and 16 baguette side diamonds for 0.87ct F/VVS1 (shown with a 1.00ct size emerald cut CZ, 7x5mm) / TN 18K GOLD $9695 | $4,068.49 | $10,075.00 |

| GH# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 4678 | 30/06/0924/S | | The Stuart Moore Collection | C3/3.5 | Classique Platinum ring set with a 3.50ct size RBC center CZ (10mm) and two tapered baguette cut side CZ's (6.0 x 4.0 x 3.0) approx. 1.25ct total weight. (w/o sidestones- $9125) | $2,960.00 | $19,525.00 |
| 14566 | 30/06/0930/S | | The Stuart Moore Collection | C3/2 | Classique Platinum ring set with a 1.90ct size rbc center CZ (8 mm) and two tapered baguette cut side CZ's (6.5 x 4.0 x 3.0) approx.1.00ct total weight *without side diamonds, ($8995) | $2,978.00 | $19,350.00 |
| 13718 | 30/06/0937/S | | The Stuart Moore Collection | MP050/CB/51 | Anteris baguette ring / large/ hard/ tapered/ hard wings/ in platinum with 20 baguette side diamonds 1.49ct tw, for a 2.50-4.00ct center stone/ shown with a 4.00ct size Ascher cut CZ / IN 18K GOLD $12,800 | $7,138.26 | $19,625.00 |
| 14566 | 30/06/0941/S | | The Stuart Moore Collection | C7/2.75 | Classique platinum ring set with a 2.75ct size round brilliant cut center CZ (9 mm) and two side half moon CZ's (6 x 3.5mm) approx 1.40ct total weight (without side diamonds $9125) | $1,915.20 | $16,350.00 |
| 11139 | 30/06/0942/S | | The Stuart Moore Collection | CB5/2.5 | Classique Bold ring in platinum for a 2.50ct size emerald cut center (9.1x7.1mm) CZ and two trapezoid cut side CZ's (5.5x4.5x3.8mm) approx.1.30ct total weight (w/o sidestones: $11,175) | $3,968.00 | $20,950.00 |
| 12121 | 30/06/0952/S | | The Stuart Moore Collection | C4/1 | Classique platinum ring set with a 1.00ct size emerald cut CZ center, and 2 tapered baguettes CZ's (5 x 3.0 x 2.0) approx. 0.60ct total weight (w/o sidestones- $7895) | $2,679.01 | $11,995.00 |

| GH# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 7277 | 30/06/0957/S | | The Stuart Moore Collection | CB9/2.5 | Classique Bold ring in platinum for a 2.50ct size Asscher (8.2x8.3mm) CZ, and two tapered bullet cut side CZ's (5.8x6.5mm) approx.2.00ct total weight (w/o sidestones: $11,300) | $3,120.80 | $25,250.00 |
| 13437 | 30/06/0961/S | | The Stuart Moore Collection | C7/3 | Classique platinum ring set with a 3.00ct size round brilliant cut center CZ and two side half moon CZ's (7 x 4.5mm ) approx. 1.80ct total weight (Without side diamonds $9400) | $3,369.20 | $21,125.00 |
| 14566 | 30/06/0971/S | | The Stuart Moore Collection | MP055/CP7/31 | Anteris ring/medium/ hard /straight/ hard wings in platinum for a 1.00-5.00 ct center stone, with 18 PC side diamonds, 0.34ct total weight, F/VVS, shown with 2ct RBC cubic zirconia (8.2 mm) | $3,080.03 | $8,500.00 |
| 14642 | 30/06/0986/S | | The Stuart Moore Collection | MP057/CP/23 | Anteris ring/small/ hard /straight/ hard wings in platinum for a 1.00-5.00 ct center stone, with 18 PC side diamonds, 0.34ct total weight, F/VVS, shown with 1.50ct Radiant cubic zirconia / IN 18K GOLD $5,795 | $2,548.14 | $6,750.00 |
| 6386 | 30/06/0995/S | | The Stuart Moore Collection | MP058/PR/13 | Anteris ring/ small/ soft/ straight/ soft wings, in platinum, pave set with 64 RBC diamonds, 0.9mm, 0.20ct total weight, F/VVS1, for 1.00-5.00ct stone, shown with a 1.00ct EC CZ / IN 18K GOLD $5595 | $2,721.39 | $6,475.00 |

| GH# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 14566 | 30/06/1012/S | | The Stuart Moore Collection | MP201/LR/31 | Memory ring / large / soft / straight / in platinum / lockset with 8 round brilliant cut side diamonds, approx 0.90ct total weight, F/VS (3mm)-shown with a 2.25ct RBC CZ (8.5 mm) | $2,798.00 | $9,750.00 |
| 14214 | 30/06/1071/S | | The Stuart Moore Collection | MP201/LR/31 | Memory ring / large / soft / straight / in platinum / lockset with 8 round brilliant cut side diamonds, approx 0.90ct total weight, F/VS (3mm)-shown with a 2.00ct RBC CZ / IN 18K GOLD $8075 | $3,683.13 | $9,750.00 |
| 14566 | 30/06/1075/S | | The Stuart Moore Collection | MP203/LR/11 | Memory ring / small / soft / straight / in platinum / lockset with 12 round brilliant cut side diamonds, approx 0.40ct total weight, F/VS (2mm)-shown with a 0.75ct RBC CZ (5.8 mm) | $2,452.41 | $5,875.00 |
| 8724 | 30/06/1079/S | | The Stuart Moore Collection | MP164/LR/11 | Petite Anteris lockset ring / Soft / straight / in platinum (center stone, up to 2.00 in RBC/Oval, 1.75ct square), and lockset with 14 round brilliant cut diamonds, approx. 0.18ct total weight/ F/VS/ 1.4mm / shown with a 1.00ct RBC CZ | $2,124.21 | $5,195.00 |
| 9719 | 30/06/1111/S | | The Stuart Moore Collection | MP250/PR/01 | Tazza ring/ in platinum, shown with a 1.50ct size round brilliant cut CZ, and pave set with 28 RBC diamonds, 0.10ct tw, F/VS | $2,374.00 | $5,495.00 |
| 9805 | 30/06/1113/S | | The Stuart Moore Collection | MP250/PR/05 | Tazza ring/ in platinum, shown with a 1.50 oval cut CZ, and pave set with 27 RBC diamonds, 0.10ct tw, F/VS | $2,185.00 | $6,850.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 13840 | 30/06/11154/S | | The Stuart Moore Collection | MP165/CP/11 | Petite Aronade ring / hard/ straight / in platinum (center stone, up to 2.00 in RBC/Oval, 1.75ct square), and channel set with 10 princess cut diamonds, 0.18ct total weight/ F/VVS/ 1.4mm / shown with a 1.00ct RBC CZ. | $2,147.00 | $5,400.00 |
| 11699 | 30/06/11156/S | | The Stuart Moore Collection | MP168/CR/91 | Petite Camber ring / Soft / tapered / in platinum (center stone, up to 2.00 in RBC/Oval, 2.00ct square), and channel set with 12 round brilliant cut diamonds, 0.15ct total weight/F/VVS/ 1.4mm / shown with a 1.50ct size round brilliant cut CZ | $1,833.00 | $4,995.00 |
| 14566 | 30/06/11157/S | | The Stuart Moore Collection | MP168/LR/91 | Petite Camber lockset ring / Soft / tapered / in platinum (center stone, up to 2.00 in RBC/Oval, 2.00ct square), and lockset with 10 round brilliant cut diamonds, approx. 0.60ct total weight/ F/VS/ 2mm–2.6mm / shown with a 1ct RBC CZ (6.5 mm) | $2,625.00 | $6,125.00 |
| 11699 | 30/06/11158/S | | The Stuart Moore Collection | MP203/LR/91 | Memory ring / small / soft / straight / in platinum / lockset with 12 round brilliant cut side diamonds, approx 0.40ct total weight, F/VS (2mm)–shown with a 4.75ct RBC CZ / IN 18K GOLD $5250 | $2,275.00 | $5,875.00 |
| 14379 | 30/06/11162/S | | The Stuart Moore Collection | MP004/CP/37 | Aronade ring/ small/soft/ tapered/in platinum for a 0.75-2.00ct center stone, set with 10 princess cut side diamonds approx 0.93ct tw, F/VVS, (2.5mm) / currently shown with a 1.90 rbc CZ (8 mm) | $3,858.00 | $9,275.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 12420 | 30/06/1163/S | | The Stuart Moore Collection | MP062/1 | Suspension ring /medium /hard/ in platinum for not smaller than 1.25ct RBC | $2,317.00 | $6,500.00 |
| 14554 | 30/06/1166/S | | The Stuart Moore Collection | MG004/CP/21 | Aronade ring/ small/soft/ tapered/in 18kt yellow gold and platinum for a 0.75-1.90ct center stone with 10 princess cut side diamonds 0.93ct tw F/VVS1(2.5mm) shown with 1.75ct size RBC CZ / IN PLAT $10,175 | $3,408.00 | $8,250.00 |
| 11699 | 30/06/1168/S | | The Stuart Moore Collection | MP006/CP/13 | Aronade ring/ mini/soft/straight/ in platinum for a 0.60-0.75ct center stone and 12 princess cut side diamonds 0.58ct tw F/VVS1 (2mm) shown with 1.50ct size radiant cut CZ) | $2,966.67 | $8,495.00 |
| 14460 | 30/06/1169/S | | The Stuart Moore Collection | MP004/CP/21 | Aronade ring/ small/soft/ tapered/in platinum for a 0.75-1.90ct center stone with 10 princess cut side diamonds approx.1.00ct tw F/VVS (2.5mm) shown with 1.25ct size RBC CZ | $2,045.50 | $9,275.00 |
| 13117 | 30/06/1217/S | | Steven Kretchmer Design | OTRNHLSSS | "New Helix" tension ring, with 3 scattered melee, shown with a 8.0 x 8.0 x 4.80mm RBC CZ (1.75ct) (In 18k gold $5550) (STEEL SAMPLE FOR DISPLAY ONLY) | $495.00 | $7,125.00 |
| 13842 | 30/10/6592/S | | Chavent | 542 L PT | Platinum 3 Dimensional earrings.  *S* | $1,139.69 | $2,950.00 |
| 13253 | 30/10/7512/S | | The Stuart Moore Collection | Classique/2.18 | Classique earrings in platinum, set with 2.18ct tw RBC blue sapphires | $516.00 | $1,550.00 |

| GH# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 11433 | 30/10/7702/S | | The Stuart Moore Collection | Classique earrings | Classique earrings in platinum, shown with 1.00ct RBC CZs | $572.00 | $1,225.00 |
| 12195 | 30/14/0725/S | | Niessing | N163115-VS-P | Platinum neckcoil, 46cm long, 1.5mm thick | $860.00 | $2,725.00 |
| 10291 | 30/14/1947/S | | Niessing | N163112-VS | Platinum neck coil, 1.2mm thickness, with clasp, 50cm | $756.17 | $2,325.00 |
| 11771 | 30/15/2118/S | | Niessing | N163115-VS-P | 1.5mm thick platinum neckcoil, 40cm | $768.48 | $2,550.00 |
| 14566 | 30/16/0436/S | | Carl Dau | MK-R 31/Pt | Platinum round cufflinks, with stainless steel ball and post. *S* | $1,200.00 | $3,500.00 |
| 9682 | 30/24/0239/S | | Joerg Heinz | M12-003ST | Stainless steel and 24kt gold 12mm "Meridian" ball clasp/ with matte finish | $136.17 | $420.00 |
| 9682 | 30/24/0251/S | | Joerg Heinz | M10-003ST | Stainless steel and 24kt gold 10mm "Meridian"ball clasp with matte finish/ shown in photo with high polish | $57.19 | $420.00 |
| 13253 | 30/25/0698/S | | Stuart Moore | 30/25/0698/S | Sapphires, 2.18ct rw, Blue, RBC, Qty 2 | $1,635.00 | $4,675.00 |
| 13607 | 30/91/0121/S | | The Stuart Moore Collection | Color/Ruby/0.81 | Platinum ring set with a 0.8ct RBC ruby in a railhead mounting, and side set with 14 pink sapphires, 0.36ct total weight. Size 52.5 (5 3/4) *S* | $3,399.23 | $12,000.00 |

**Totals For This Report**  No. Items 124  US Cost $292,719.28  Retail $966,155.00

*Printed On 7/5/2016 10:47:18 AM*

# San Francisco Inventory
## Held in San Francisco Safe Deposit Box

# Inventory Report - Filtered Items

| GI# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 6159 | 30/01/1219/S | | Nathan Levy Designs | 402 | 18kt yellow gold 10mm wide scroll design band Size 9 | $2,500.00 | $8,700.00 |
| 2980 | 30/01/1477/S | | The Stuart Moore Collection | SPP625 | Ying Yang band/ 5mm wide/ rounded/ in platinum size 61.5 | $2,300.00 | $6,875.00 |
| 15345 | 30/01/1955/S | | The Stuart Moore Collection | SPG606 | Biband/ 6mm wide/ flat/ offset / in platinum and 18kt gray gold Size 63 | $2,208.00 | $6,625.00 |
| 19335 | 30/01/1966/S | | The Stuart Moore Collection | SPP606 | Biband/ 6mm wide/ flat/ offset / in all platinum | $2,408.00 | $7,225.00 |
| 19549 | 30/01/2284/S | | Stuart Moore | E30398/60 | Wedding ring, platinum with 18k yellow gold on edges, 6mm wide .S | $2,153.33 | $6,400.00 |
| 18322 | 30/01/2788/S | | Henrich and Denzel | P3261.50/0 | Platinum wedding ring / Profile 4 (Shown in 5mm) size 63 | $1,115.07 | $1,750.00 |
| 19549 | 30/02/0803/S | | Stuart Moore | 215PY/100 | Variation of an 18k yellow gold and platinum 5mm tapered "Ying Yang" ring. S | $1,720.00 | $5,175.00 |
| 13723 | 30/02/2251/S | | The Stuart Moore Collection | MGG122 | 2mm wide / hard / straight / 18k gray gold band $1025 /$1095 (Customer LU has this 9/3/14) | $296.30 | $875.00 |
| 12526 | 30/02/2287/S | | The Stuart Moore Collection | MD133 | 3mm wide / soft / straight / Palladium band Small $800 / Large $875 | $292.00 | $875.00 |
| 19549 | 30/02/2439/S | | The Stuart Moore Collection | SRPR585 | Triband/ 5mm wide/ rounded/ in 18kt rose gold and platinum. S | $2,187.00 | $6,725.00 |
| 18054 | 30/02/2606/S | | The Stuart Moore Collection | MD126 | Wedding band, 6mm, hard, straight, in Palladium Small $1250 / Large $1325 | $1,500.00 | $1,250.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 19308 | 30/02/2772/S | | The Stuart Moore Collection | MG138 | 8mm wide / soft / straight / 18k yellow gold band Size 57 / Small $2995 / Large$3295 | $1,301.46 | $3,295.00 |
| 19326 | 30/02/2773/S | | Henrich and Denzel | G2206.60/0 Rose | 6mm wide 18kt rose gold / flat profile/inside rounded wedding band size 57 | $695.42 | $1,550.00 |
| 19421 | 30/02/2775/S | | Henrich and Denzel | G4853.70/101 | 7mm wide Platinum outside / 18kt rose gold inside wedding band / Profile 7 (flat profile) size 54 | $1,351.60 | $2,975.00 |
| 7220 | 30/04/1483/S | | The Stuart Moore Collection | MP022/CP | Aronade band ring/ small/ hard/ straight/ in platinum with 12 princess cut diamonds (2.5mm/ 1.17ct total weight F/VVS | $3,505.00 | $10,525.00 |
| 19549 | 30/04/1584/S | | The Stuart Moore Collection | MP024/CP | Aronade band/ mini /hard /straight in platinum with 14 princess cut diamonds/2.0mm/ 0.75ct total weight/F/VVS (WITH EDDIE IN NY) | $2,371.49 | $7,050.00 |
| 14368 | 30/04/1672/S | | The Stuart Moore Collection | MP101/BR | Galassia ring, soft, platinum, with 9 RBC diamonds, currently shown with 0.22ct total weight/ 1.8mm/ F/VS | $1,219.92 | $3,795.00 |
| 12105 | 30/04/1700/S | | The Stuart Moore Collection | MP104/PR | Galassia pave set band/ platinum/ matching Taius engagement rings, set with 45 round brilliant cut diamonds, 1.1mm, 0.28ct total weight, F/VS | $1,692.00 | $5,075.00 |
| 18591 | 30/04/1711/S | | The Stuart Moore Collection | MP086/CR | Arcati band/ medium/ in platinum set with 15 round brilliant cut diamonds/2.0mm/ 0.53ct total weight F/VS | $2,717.00 | $8,150.00 |
| 3059 | 30/04/1715/S | | The Stuart Moore Collection | MP088/CP | Arcati band/mini/ in platinum set with 15 princess cut diamonds /1.5mm/0.30ct total weight F/VVS1 | $1,871.08 | $5,850.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 19549 | 30/04/1716/S | | The Stuart Moore Collection | MP088/CP | Arcati band/mini/ polished/ in platinum set with 15 princess cut diamonds 0.29ct total weight F/VVS. *Client Alan Harris has ring until S/O is ready | $1,764.58 | $5,850.00 |
| 19071 | 30/04/1717/S | | The Stuart Moore Collection | MP095/PR | Abamurus / hard/ pave set band/ platinum / matching Abamurus engagement rings, set with 79 round brilliant cut diamonds, .08 & .09mm, 0.29ct total weight, F/VS | $2,282.89 | $6,695.00 |
| 5618 | 30/04/2046/S | | The Stuart Moore Collection | MP102/PR | Galassia pave set band/ platinum/ matching Talus engagement rings, set with 138 round brilliant cut diamonds, 0.9 & 1.0mm, 0.55ct total weight, F/VS | $2,842.00 | $8,525.00 |
| 6668 | 30/04/2228/S | | The Stuart Moore Collection | MP098/PR | Abamurus / soft / pave set band/ platinum / matching Abamurus engagement rings, set with 73 round brilliant cut diamonds, .08 & .09mm, 0.22ct total weight, F/VS | $1,926.25 | $5,895.00 |
| 7111 | 30/04/2289/S | | The Stuart Moore Collection | MP024/CS | Aronade band/ mini /hard /straight in platinum with 14 square cut diamonds/ 2.0mm/ 0.74ct total weight/ f/vvs | $2,728.68 | $8,150.00 |
| 7532 | 30/04/2344/S | | The Stuart Moore Collection | MP177/CP | Petite Arcati band / soft / tapered / in platinum, channel set with 14 princess cut diamonds, 0.25ct total weight, F/VVS, 1.4mm, matching the Petite Arcati engagement rings | $1,536.31 | $4,625.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 19298 | 30/04/2361/S | | The Stuart Moore Collection | MP124/PSR | 4mm wide / hard/ straight / in platinum/ pave set on one side with approx. 45 round brilliant cut diamonds, 1.0mm, 0.20ct total weight, F/VS/ matching band for suspension ring | $2,186.73 | $6,595.00 |
| 19549 | 30/04/2486/S | | The Stuart Moore Collection | MP212/LR | Memory band / medium / Soft / straight / in platinum Lockset with 11 round brilliant cut diamonds, approx. 0.65ct total weight, F/VS (2.5mm) | $2,415.00 | $7,250.00 |
| 19168 | 30/04/2866/S | | The Stuart Moore Collection | MP171/PR | Petite Abanurus band / hard / straight / in platinum, pave set with 20 round brilliant cut diamonds, 0.09ct total weight, F/VS, 1.0mm, matching the Petite Abanurus engagement rings | $1,011.00 | $3,025.00 |
| 18618 | 30/04/2942/S | | Tanja Friedrichs | LI Black/3146 | Variation of an Oxidized Sterling silver "LI Black" (7 row) ring / Size 53.25 / set with 5 RBC diamonds, 0.05ct tw, F/VS | $492.00 | $1,475.00 |
| 17800 | 30/04/2959/S | | Stuart Moore | WE1700 | Eternity band, in platinum, set with Radiant cut diamonds, 2.64ct tw, F/VS  (S) | $7,965.00 | $18,600.00 |
| 19650 | 30/04/2966/S | | Stuart Moore | WE1700 | Platinum eternity band set with radiant cut diamonds, 2.64ct total weight, F/VS. European size 53mm / US size 6.25  *S* | $6,200.00 | $18,600.00 |
| 17817 | 30/04/2969/S | | Stuart Moore | WE1100 | Eternity band, in platinum, set with round brilliant cut diamonds, 2.30ct tw, F/SI S | $4,875.00 | $14,950.00 |
| 19549 | 30/04/2970/S | | Stuart Moore | RWP1000 | Eternity band in 18k grey gold, 1.5mm wide, pave set with 0.34ct total weight, F/VS. *S* | $1,000.00 | $3,250.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 19550 | 30/04/3144/S | | The Stuart Moore Collection | MP122/PSR | 2mm wide / hard/ straight / in platinum/ pave set on one side with 47 round brilliant cut diamonds, 1.0mm, 0.23ct total weight, F/VS size 53 | $1,549.72 | $4,575.00 |
| 19549 | 30/04/3192/S | | The Stuart Moore Collection | MP100/BR | Galassia ring, hard, in platinum, with 9 RBC diamonds 0.25ct. Total weight, 1.8mm (WITH EDDIE IN NY) | $1,100.00 | $3,475.00 |
| 19549 | 30/04/3193/S | | The Stuart Moore Collection | MP104/PR | Galassia pave set band/ platinum/ matching Talus engagement rings, set with 45 round brilliant cut diamonds, 1.1mm, 0.28ct total weight, F/VS | $1,650.00 | $5,075.00 |
| 19549 | 30/04/3194/S | | The Stuart Moore Collection | MP021/CP | Aronade band /medium/ soft /tapered/ in platinum with 10 princess cut diamonds/3mm/ 1.63ct total weight F/VVS1. / IN 18K GOLD $12,595 | $4,600.00 | $13,800.00 |
| 16602 | 30/04/3198/S | | The Stuart Moore Collection | MP122/PXR | 2mm wide / hard/ straight / in platinum/ pave set on top and side with 78 round brilliant cut diamonds, 1.0 &1.1mm, 0.33ct total weight, F/VS/ matching band for suspension ring Size 50 | $2,700.00 | $6,325.00 |
| 19549 | 30/04/3209/S | | The Stuart Moore Collection | MP174/PR | Petite Anteris band / soft/ straight / in platinum, pave set with 17 round brilliant cut diamonds, 0.08ct total weight, F/VS, 1.0mm, matching the Petite Anteris engagement rings (WITH EDDIE IN NY) | $983.00 | $2,775.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 19549 | 30/04/3370/O | | The Stuart Moore Collection | MP123/PXR | 3mm wide / hard/ straight / in platinum/ pave set on top and side with approx.130 round brilliant cut diamonds, 1.0mm, approx. 0.60ct total weight, F/VS/ matching band for suspension ring | $2,774.05 | $8,695.00 |
| 17899 | 30/04/3657/S | | The Stuart Moore Collection | MP210/LR | Memory band / X-large / Soft / straight / in platinum Lockset with 7 round brilliant cut diamonds, approx. 1.50ct approx. total weight, F/VS | $5,485.97 | $14,375.00 |
| 17899 | 30/04/3658/S | | The Stuart Moore Collection | MG211/LR | Memory band / Large / Soft / straight/ in 18k yellow gold, Lockset with 9 round brilliant cut diamonds, approx. 0.99ct total weight, F/VS | $3,093.42 | $8,895.00 |
| 18982 | 30/04/4028/S | | The Stuart Moore Collection | MP035/CB | Aronade baguette band/ large/ hard /tapered/ in Platinum with 16 baguette diamonds, approx 2.75ct total weight/ F/VVS | $12,200.00 | $36,600.00 |
| 19628 | 30/04/4046/S | | The Stuart Moore Collection | MP035/CB | Aronade baguette band/ large/ hard /tapered/ in Platinum with 16 baguette diamonds, approx 2.75ct total weight /F/ VVS | $10,060.70 | $36,600.00 |
| 19377 | 30/05/1170/S | | Steven Kretchmer Design | ORY | 18kt yellow gold tension set ring, 4.5mm wide (shown with a 1.50ct CZ center stone)  size 52 | $1,541.00 | $4,625.00 |
| 18314 | 30/05/1190/S | | Steven Kretchmer Design | OF | Platinum Tension ring mounting for a 1.90ct size RBC center stone 4.8mm    size 54 | $2,185.00 | $6,550.00 |
| 3164 | 30/05/1191/S | | Steven Kretchmer Design | HO/Pv/1.50A | 6.3mm Platinum hard edged tension set ring with a 1.75ct size Asscher center CZ    size 53 | $3,098.00 | $9,295.00 |

| GT# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 4616 | 30/05/1192/S | | Steven Kretchmer Design | HO/Y/EC | 5.5mm 18kt yellow gold hard edged tension set ring with a 2.50ct size emerald cut center CZ    size 53 | $3,250.00 | $9,750.00 |
| 19549 | 30/05/1375/S | | Niessing | NO21714PRR | 4mm Platinum "Highend" tension set ring set with a 0.45ct rbc size center CZ (5mm stone) | $2,621.08 | $6,750.00 |
| 19549 | 30/05/1568/S | | Niessing | BR21714YR | 5mm "Highend" 18kt yellow gold ring set with a 1.25 ct center stone 7mm stone RBC (MATTE) | $2,115.96 | $5,495.00 |
| 5608 | 30/05/1913/S | | The Stuart Moore Collection | MP043/PR/21 | Abamurus ring /medium / soft / tapered in platinum for a 0.90ct - 2.75ct center stone and pave set with 90 round brilliant cut diamonds, 0.8 - 1.0mm, 0.36ct total weight/ F/VS, shown with a 1.50ct RBC CZ | $3,181.40 | $8,550.00 |
| 19549 | 30/05/1946/S | | The Stuart Moore Collection | MP052/Big 1 | Anteris/ large /soft/ tapered /with soft wings/ in platinum (shown with a 10.00ct size RBC cubic zirconia) (15 mm) | $3,780.00 | $10,300.00 |
| 16978 | 30/05/1953/S | | The Stuart Moore Collection | MP071/81 | Talus ring, medium, platinum for a 1.50ct -1.75ct RBC stone(currently shown with a 1.50ct size RBC cubic zirconia) | $2,036.20 | $5,500.00 |
| 19549 | 30/05/1955/S | | The Stuart Moore Collection | MP073/81 | Talus/ mini/ in platinum for 0.50ct-0.75ct RBC stone(currently shown with 0.80ct size cubic zirconia) | $1,341.00 | $4,025.00 |
| 3559 | 30/05/1957/S | | The Stuart Moore Collection | MP082/41 | Arcati ring / medium/ tapered/ in platinum for a 1.75ct-2.50ct RBC diamond (shown with a 2.50ct cubic zirconia) | $2,471.80 | $6,875.00 |

| G# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 19635 | 30/05/1970/T | | Design NO21714A | | 10.5mm wide platinum Highend tension ring set with a 2.50ct asscher cut CZ, matte finish, size 54 | $4,431.00 | $13,295.00 |
| 2607 | 30/05/2019/S | | The Stuart Moore Collection | MG081/51 | Arcati ring /large/ in18kt gold and platinum / for a 2.75ct-3.50ct RBC diamond (shown with a 3.50ct RBC cubic zirconia) | $1,991.00 | $5,975.00 |
| 14250 | 30/05/2023/S | | The Stuart Moore Collection | MP084/11 | Arcati ring /mini/ in platinum for a 0.50ct-0.90ct diamond (shown with a 1.00ct RBC CZ) | $1,794.70 | $5,225.00 |
| 16978 | 30/05/2025/S | | The Stuart Moore Collection | MP061/1 | Suspension ring / large/soft/ in platinum for not smaller than 2.50ct RBC (shown with a 2.50ct RBC CZ) | $3,063.58 | $8,125.00 |
| 19544 | 30/05/2046/S | | The Stuart Moore Collection | MP044/2R2 | Abamurus ring/ small / hard / with new railhead / in platinum, shown with a 1.00ct size Asscher cut CZ | $2,169.83 | $5,325.00 |
| 4743 | 30/05/2047/S | | The Stuart Moore Collection | MP045/11 | Abamurus ring/small/ soft/ in platinum for a 0.40ct -0.75ct RBC stone/ shown with a 0.80ct RBC CZ | $1,747.83 | $4,995.00 |
| 11283 | 30/05/2076/S | | The Stuart Moore Collection | C1/1 | Classique platinum ring / set with a 1.00ct size round brilliant CZ | $1,650.00 | $4,950.00 |
| 6369 | 30/05/2077/S | | The Stuart Moore Collection | C2/1.25 | Classique platinum ring / set with a 1.50ct size emerald cut CZ | $1,712.95 | $5,250.00 |
| 19549 | 30/05/2085/S | | The Stuart Moore Collection | MG070/81 | Tahus ring, Large, in 18kt yellow gold and platinum, for a 2.00ct-2.50ct RBC stone (currently shown with a 2.25ct round brilliant cubic zirconia) | $2,363.53 | $4,050.00 |

| GT# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 13724 | 30/05/2115/S | | Steven Kretchmer Design | SUSH/Pt/0.75c t/rbc | Platinum tension ring, with softened undercut shoulder, set with a 0.75ct size RBC CZ Size 53 | $1,750.00 | $5,250.00 |
| 19215 | 30/05/2116/S | | Steven Kretchmer Design | OR/Pt/3.00ct/ RBC | Platinum tension ring set with a 3.00ct size round brilliant CZ Size 53 | $2,783.00 | $8,350.00 |
| 5618 | 30/05/2135/S | | The Stuart Moore Collection | MP083/PR/32 | Arcati ring /small / in platinum for a 1.00-1.50ct stone, and pave set with 52 round brilliant cut diamonds, 0.9, 1.0, 1.1mm, 0.26ct total weight/ F/VS/ shown with a 1.25ct Asscher cut CZ | $2,993.98 | $8,050.00 |
| 17836 | 30/05/2155/S | | The Stuart Moore Collection | MP113/PR/91 | Camber/ mini/ tapered/ in platinum, pave set with 46 round brilliant cut, 0.15ct total weight, F/VS diamonds / shown with 0.60ct RBC CZ | $2,375.00 | $7,125.00 |
| 19588 | 30/05/2248/S | | Niessing | N191955PT | Platinum "Victory" closed tension ring, 3.0mm x 1.60mm, set with a 0.24ct F/VS round brilliant diamond (NIESSING RETAIL) 3.9mm stone (MATTE) | $1,931.00 | $5,795.00 |
| 17711 | 30/05/2361/S | | The Stuart Moore Collection | MP064/1 | Suspension ring /small / hard / in platinum for not smaller than 0.75ct RBC (shown with a 1.25ct RBC CZ) | $2,060.85 | $5,575.00 |
| 6811 | 30/05/2394/S | | The Stuart Moore Collection | MP163/12 | Petite Anteris ring / Hard / straight/ in platinum (center stone, up to 2.00 in RBC/Oval, 1.75ct square)shown with a 1.00ct size Asscher cut CZ | $1,465.20 | $4,025.00 |
| 9272 | 30/05/2473/S | | The Stuart Moore Collection | MP247/3 | Campata ring/ 6.1-7.0mm wide/ straight/ in platinum, shown with a 1.50ct EC CZ center stone | $2,778.07 | $7,800.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 11331 | 30/05/2478/S | | The Stuart Moore Collection | MP247/PTR/1 | Campata ring/ 6.1-7.0 mm wide/ straight/ in platinum, pave set on top with 10 RBC diamonds, 0.05ct total weight shown with a 2.00ct RBC CZ center stone | $3,090.12 | $8,150.00 |
| 14250 | 30/05/2587/S | | The Stuart Moore Collection | MD111/91 | Camber ring, medium, tapered, sample in PALLADIUM for a 1.75ct -2.50ct stone/ shown with 2.50ct size RBC CZ, PLATINUM PRICE $6,525. | $2,059.00 | $6,175.00 |
| 19549 | 30/05/2588/S | | The Stuart Moore Collection | MD245/1 | Campata ring/ 4.1 to 5mm wide/ straight/ in palladium, shown with a 0.75ct RBC CZ center stone | $922.95 | $3,050.00 |
| 14863 | 30/05/25897/S | | Niessing | N021714 RG 5mm | 18k red gold "Highend" ring, 5mm wide, 1.8mm high, shown with a 1.00ct size RBC CZ size 53 | $1,795.93 | $5,495.00 |
| 19549 | 30/05/2641/S | | The Stuart Moore Collection | MP040/Bag/2. 0 | Big Abamurus Baguette Series ring, ring, in railhead (shown with a 2.00ct size baguette CZ) | $2,517.00 | $7,000.00 |
| 19549 | 30/05/2649/S | | The Stuart Moore Collection | MP007/32 | Aronade ring/ mini/hard/ straight/ in platinum set with a approx. 1.75ct- 2.00ct size Asscher CZ (7 x 7 mm) | $1,758.00 | $5,275.00 |
| 19549 | 30/05/2655/S | | The Stuart Moore Collection | MP044/72 | Abamurus ring/ mini/ hard / new railhead/ in platinum, set with a 5.9 mm assher cut cz | $1,684.00 | $5,325.00 |
| 19588 | 30/05/2683/S | | The Stuart Moore Collection | MP063/PR/1 | Suspension ring medium/soft in platinum /pave set with 60 round brilliant cut diamonds F/VS 0.45ct total weight / for not smaller than 1.50ct round brilliant cut (currently shown with a 2.25ct size round brilliant cut CZ) | $3,433.00 | $8,895.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 19549 | 30/05/2688/S | | The Stuart Moore Collection | MP062/1 | Suspension ring /medium /hard/ in platinum for not smaller than 1.60ct RBC (7.5 mm) 18K $5050 | $2,317.00 | $6,500.00 |
| 17003 | 30/05/2729/S | | The Stuart Moore Collection | MS059/31 | Anteris ring, mini-, soft, straight, soft wings, shown with a 1.50ct size RBC CZ - In Platinum $3650/ In 18k gold $4450 / (Steel sample for display only) (WITH CUSTOMER MOON 5/1/16) | $489.41 | |
| 17003 | 30/05/2730/S | | The Stuart Moore Collection | MS053/51 | Anteris ring / medium/ hard / tapered/ with hard wings, shown with a 3.00ct size RBC CZ / In Platinum $6750 / In 18k gold $5175 (Steel sample for display only) | $489.41 | |
| 19694 | 30/05/2732/S | | The Stuart Moore Collection | MP111N/91 | New Camber ring, medium, tapered, in platinum for a 1.75ct -2.50ct stone/ currently shown with a 2.50ct size RBC CZ | $2,469.60 | $5,525.00 |
| 16530 | 30/05/2738/S | | The Stuart Moore Collection | MG111N/91 | New Camber ring, medium, tapered, 18kt yellow gold, for a 1.75ct -2.50ct stone/ shown with a 2.00ct RBC CZ | $2,030.05 | $3,995.00 |
| 19272 | 30/05/2740/S | | The Stuart Moore Collection | MS245N/1 | New Campata ring/ 4.1 to 5mm wide/ straight /shown with a 0.80ct size RBC CZ / IN PLATINUM $5950 / IN 18K GOLD $4195 (Steel sample for display only) Presentation piece - non-refundable | $487.23 | $5,950.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 16720 | 30/05/2741/S | | The Stuart Moore Collection | MS247N/2 | New Campata ring/ 6.1 to 7mm wide /shown with a 1.50ct size Asscher CZ / IN PLATINUM $7800 / IN 18K GOLD $5095 (Steel sample for display only) | $487.23 | |
| 16720 | 30/05/2742/S | | The Stuart Moore Collection | MS248N/3 | New Campata ring/ 7.1 to 8mm wide/ straight /shown with a 3.00ct size emerald cut CZ / IN PLATINUM $8895 / IN 18K GOLD $5925 (Steel sample for display only) | $487.23 | |
| 16720 | 30/05/2743/S | | The Stuart Moore Collection | MS248N/1 | New Campata ring/ 7.1 to 8mm wide/ straight/shown with a 2.75ct size RBC CZ / IN PLATINUM $8,895 / IN 18K GOLD $5495 (Steel sample for display only) | $487.23 | |
| 16720 | 30/05/2744/S | | The Stuart Moore Collection | MS247N/3 | New Campata ring/ 6.1 to 7mm wide/ straight /shown with a 2.00ct size EC CZ / IN PLATINUM $7800 / IN 18K GOLD $5095 (Steel sample for display only) Stuart took on 5/18/16 to show someone) | $487.23 | |
| 19549 | 30/05/2745/S | | The Stuart Moore Collection | MS245N/1 | New Campata ring/ 4.1 to 5mm wide/ straight/ shown with a 0.80ct size RBC CZ (6 mm)/ IN PLATINUM $9950 /IN 18K GOLD $4195 (Steel sample for display only) | $487.23 | $5,950.00 |
| 19549 | 30/05/2746/S | | The Stuart Moore Collection | MS247N/1 | New Campata Ring / 6.1-7.0mm wide / straight/ shown with a1.80ct size RBC CZ / In Platinum $7800 / In 18k gold $5095 (This steel sample for display only) | $487.23 | $7,800.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|-----|--------|-----|--------|-------|-------------|---------|--------|
| 19549 | 30/05/2749/S | | The Stuart Moore Collection | MS247N/2 | New Campata ring/ 6.1-7.0 mm wide/ straight/ shown with a 1.50ct size Asscher cut CZ (6.5 x 6.5 mm) / IN PLATINUM $7800 / IN 18K GOLD $5095 (Steel sample for display only) | $487.23 | $7,800.00 |
| 16901 | 30/05/2754/S | | The Stuart Moore Collection | MS062/1 | Suspension ring /medium /hard / shown with a 2.25ct size RBC CZ/ In Platinum $6500 / In 18k gold $5050 (Steel sample for display only) | $522.11 | |
| 16901 | 30/05/2755/S | | The Stuart Moore Collection | MS060/1 | Suspension ring/large/hard / shown with a 4.00ct size RBC cubic zirconia / In Platinum $7950 / In 18k gold $5595 (Steel sample for display only) STUART GAVE TO KHYUEN 11/25/15)1.. | $522.11 | |
| 16954 | 30/05/2768/S | | The Stuart Moore Collection | MS040/44 | Abamurus ring/ large / hard / tapered for a 3.0-5.0ct size stone shown with a 3.00 ct size princess cut cubic zirconia (In Platinum $6925 / In 18k gold $4375 (Steel sample for display only) | $489.41 | |
| 16954 | 30/05/2769/S | | The Stuart Moore Collection | MS041/52 | Abamurus ring / large /soft / tapered in platinum for a 3.0-5.0ct stone/ shown with a 3.00ct size Asscher cut cubic zirconia In Platinum $6825 / In 18k gold $4325 (Steel sample for display only) | $489.41 | |
| 16954 | 30/05/2770/S | | The Stuart Moore Collection | MS042/41 | Abamurus ring / medium / hard/ tapered / for a 0.90-2.75ct stone/ shown with a 2.75ct size round brilliant cut CZ (In Platinum $5575 / In 18k gold $3995 (Steel sample for display only) STUART HAS MARCH 2016 | $489.41 | |

| GI# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|-----|--------|-----|--------|-------|-------------|---------|--------|
| 16954 | 30/05/2771/S | | The Stuart Moore Collection | MS043/34 | Abamurus ring / medium / soft / tapered / shown with a 1.25ct princess cut CZ (In Platinum $5500/ In 18k gold $3925 (Steel sample for display only) | $489.41 | |
| 16954 | 30/05/2772/S | | The Stuart Moore Collection | MS045/11 | Abamurus ring / mini / soft / shown with a 1.00ct RBC CZ (In Platinum $4995 / In 18k gold $3650 (Steel sample for display only) None refundable presentation | $489.41 | $3,650.00 |
| 17722 | 30/05/2777/S | | The Stuart Moore Collection | MU044/31 | Abamurus ring / mini / hard / in 18k gray gold / shown with 1.50ct size RBC CZ) | $1,517.53 | $3,650.00 |
| 19549 | 30/05/2786/O | | The Stuart Moore Collection | MS111N/92 | New Camber ring, medium, tapered, for a 1.75ct -2.50ct stone/ currently shown with a 8.0mm x 8.0mm Asscher cut CZ/ In Platinum $5225 / In 18k gold $3995 (Steel sample for display only)(WITH EDDIE IN NY) | $489.41 | $5,225.00 |
| 19549 | 30/05/2787/O | | The Stuart Moore Collection | MS112N/92 | New Camber ring, small, tapered, for a 1.00ct- 1.50ct stone (shown with a 7.0mm x 7.0mm Asscher cut CZ) In Platinum $4625 / In 18k gold $3700 (Steel sample for display only) | $489.41 | $4,625.00 |
| 19549 | 30/05/2788/O | | The Stuart Moore Collection | MS113N/91 | New Camber ring, mini, tapered, for a 0.50ct -0.80ct stone/ shown with a 6mm RBC CZ / In Platinum $3925 / In 18k gold $3275 (Steel sample for display only) | $489.41 | $3,925.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|-----|--------|-----|--------|-------|-------------|---------|--------|
| 17250 | 30/05/2797/S | | Steven Kretchmer Design | OTRSHO | Original Tension ring, (Omega) softened, hard, matte with shiny lips. shown with a 1.25ct size radiant cut CZ-(5.50 x 7.5 x 4.0) / In PT $7050 /In 18k gold $5650 (SILVER SAMPLE-NOT FOR SALE) | | $455.00 |
| 17250 | 30/05/2800/S | | Steven Kretchmer Design | OTRHO6 | Original Tension ring, "Omega" hard, shown with a 1.00ct size RBC CZ / In PT $5150 / In 18k gold $4000 (SILVER SAMPLE-NOT FOR SALE) | $400.00 | |
| 17250 | 30/05/2803/S | | Steven Kretchmer Design | OTRFFL | Original Tension ring, (Fancy figure 8) matte, shown with a 1.25ct size RBC CZ- (7.0 x 7.0 x 4.2) / In PT $6500/ In 18k gold $5175 (SILVER SAMPLE-NOT FOR SALE) | $500.00 | |
| 17250 | 30/05/2806/S | | Steven Kretchmer Design | OTRTWHLPR | Original Tension ring, (Truncated Wing) Helix for left hand, shiny, shown with a 1.50ct size princess cut CZ- (6.5 x 6.5 x 4.2) / In PT $6595 / In 18k gold $5150 (SILVER SAMPLE-NOT FOR SALE) | | $490.00 |
| 19549 | 30/05/2818/S | | Steven Kretchmer Design | OTRGPRSS | "Gothic" Original tension ring, shown with a 6.0 x 6.0 x 3.8mm princess cut CZ (1.25ct) (In 18k gold $7000) (STEEL SAMPLES FOR DISPLAY ONLY) | $445.00 | $9,200.00 |

| GT# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 17689 | 30/05/2819/S | | Steven Kretchmer Design | OTRGPRSS | "Gothic" Original tension ring, shown with a 6.0 x 6.0 x 3.8mm princess cut CZ (1.25ct) (18k gold $7000) PT $9200) (STEEL SAMPLES FOR DISPLAY ONLY) | $445.00 | |
| 19549 | 30/05/2820/S | | Steven Kretchmer Design | OTRVLSS | "V-ring" Original tension ring, shown with a 6.5 x 6.5 x 4.0mm RBC CZ (1.00ct) (In 18k gold $4275) (STEEL SAMPLES FOR DISPLAY ONLY) | $465.00 | $5,225.00 |
| 17689 | 30/05/2821/S | | Steven Kretchmer Design | OTRVLSS | "V-ring" Original tension ring, shown with a 6.5 x 6.5 x 4.0mm RBC CZ (1.00ct) (18k gold $4275) (PT $5250) (STEEL SAMPLES FOR DISPLAY ONLY) | $465.00 | |
| 17689 | 30/05/2823/S | | Steven Kretchmer Design | OTRHTFLSS | "Helix" Truncated flat top tension ring, shown with a 6.5 x 6.5 x 4.0mm RBC CZ (1.00ct) In PT $5500 (In 18k gold $4295) (STEEL SAMPLE FOR DISPLAY ONLY) | $410.00 | |
| 19549 | 30/05/2824/S | | Steven Kretchmer Design | OTRHPRLSS | "Helix" Bypass round-top tension ring, shown with a 6.5 x 6.5 x 4.0mm RBC CZ (1.00ct) (In 18k gold $4295) (STEEL SAMPLE FOR DISPLAY ONLY) | $485.00 | $5,500.00 |
| 17689 | 30/05/2825/S | | Steven Kretchmer Design | OTRHPRLSS | "Helix" Bypass round-top tension ring, shown with a 6.5 x 6.5 x 4.0mm RBC CZ (1.00ct) (18k gold $4295) In PT $5500 (STEEL SAMPLE FOR DISPLAY ONLY) | $485.00 | |

| GI# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|-----|--------|-----|--------|-------|-------------|---------|--------|
| 19549 | 30/05/2826/S | | Steven Kretchmer Design | OTRSWLLSS | "Swirl Helix" tension ring, shown with a 6.5 x 6.5 x 4.0mm RBC CZ (1.00ct) (In 18k gold $4300) (STEEL SAMPLE FOR DISPLAY ONLY) | $500.00 | $5,750.00 |
| 18135 | 30/05/2827/S | | Steven Kretchmer Design | OTRSWLLSS | "Swirl Helix" tension ring, shown with a 6.5 x 6.5 x 4.0mm RBC CZ (1.00 (18k gold $4300 ) (PT $5750) (STEEL SAMPLE FOR DISPLAY ONLY) Presentation / Non refundable | $500.00 | |
| 19588 | 30/05/2828/S | | Steven Kretchmer Design | OTRWGLSS | "Wing Helix" tension ring, shown with a 7.5 x 7.5 x 4.5mm RBC CZ (1.50ct) (In 18k gold $4600) (STEEL SAMPLE FOR DISPLAY ONLY) | $480.00 | $5,875.00 |
| 18365 | 30/05/2829/S | | Steven Kretchmer Design | OTRWGLSS | "Wing Helix" tension ring, shown with a 7.5 x 7.5 x 4.5mm RBC CZ (1.50ct) /18k gold $4600 / PT $5875) (STEEL SAMPLE FOR DISPLAY ONLY) | $480.00 | |
| 17689 | 30/05/2831/S | | Steven Kretchmer Design | OTRDPLSS | "Pear Helix" tension ring, shown with a 6.0 x 9.0 x 4.0mm Pear shape CZ (1.50ct) (18k gold $5550) PT $6295 (STEEL SAMPLE FOR DISPLAY ONLY) | $500.00 | |
| 19549 | 30/05/2832/S | | Steven Kretchmer Design | OTRMQLSS | "Marquise Helix" tension ring, shown with a 5.0 x 10.0 x 3.5mm Marquise shape CZ (1.00ct) (In 18k gold $4750) (STEEL SAMPLE FOR DISPLAY ONLY) | $550.00 | $5,675.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 17689 | 30/05/2833/S | | Steven Kretchmer Design | OTRMQLSS | "Marquise Helix" tension ring, shown with a 5.0 x 10.0 x 3.5mm Marquise shape CZ (1.00ct) In PT $5675 (In 18k gold $4750) (STEEL SAMPLE FOR DISPLAY ONLY) | | $550.00 |
| 19549 | 30/05/2834/S | | Steven Kretchmer Design | OTRRESS | "Round Elara" tension ring, shown with a 6.5 x 6.5 x 4mm RBC CZ (1.00ct) (In 18k gold $4000) (STEEL SAMPLE FOR DISPLAY ONLY) | $510.00 | $5,750.00 |
| 17689 | 30/05/2835/S | | Steven Kretchmer Design | OTRRESS | "Round Elara" tension ring, shown with a 6.5 x 6.5 x 4mm RBC CZ (1.00ct) (18k gold $4000) (PT $5750) (STEEL SAMPLE FOR DISPLAY ONLY) | | $510.00 |
| 19628 | 30/05/2838/S | | Steven Kretchmer Design | OTRHTFLSS | "Helix" truncated flat top tension ring, in platinum for a 6.5 x 6.5 x 4.0mm (1.00ct) RBC CZ, size 52.5 (Sample ring is stainless steel) In 18k gold - $4295 | | $5,500.00 |
| 19588 | 30/05/2842/S | | Steven Kretchmer Design | OTRDPLSS | "Pear Helix" tension ring, in platinum for a 6.0 x 9.0 x 4.0mm (1.50ct) Pear shape CZ, size 52.5 (Sample ring is stainless steel) In 18k gold - $5550 | $500.00 | $6,295.00 |
| 17886 | 30/05/2875/S | | The Stuart Moore Collection | MP164/31 | Petite Anteris ring / Soft / straight / in platinum (center stone, up to 2.00 In RBC/Oval, 1.75ct square) shown with a 2.00ct RBC CZ | $1,665.00 | $4,995.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | | US Cost | Retail |
|---|---|---|---|---|---|---|---|---|
| 19549 | 30/05/2884/S | | The Stuart Moore Collection | MS247N/6 | Campata ring/ 6.1-7.0 mm wide/ straight/ shown with a 2.00ct Radiant cut CZ center stone (In PT $7800 / In 18k yellow gold $5095 (STEEL SAMPLE FOR DISPLAY ONLY) (STAYED WITH TOVE IN NY) | | $487.23 | $7,800.00 |
| 7160 | 30/06/0874/S | | The Stuart Moore Collection | MP015/CB/62/L | Aronade ring/ large /hard/ tapered/ in platinum, set with 12 baguette side diamonds 2.38ct F/VVS1 /shown with a 7.00ct EC cut CZ (Sample to show lowered U-head. This lowered style can not accommodate a flush sitting wedding band) | | $10,735.23 | $24,750.00 |
| 1959 | 30/06/0877/S | | The Stuart Moore Collection | MP016/CB/42 | Aronade ring/small/ hard/ tapered/ in platinum for a 1.75ct-2.50ct center stone, set with 16 baguettes side diamonds 0.84ct total weight / F/VVS/ shown with a 1.50ct Asscher cut CZ (DIAMONDS USED FOR SF1024554) RING IS WITH PAOLO | | $4,046.92 | $10,075.00 |
| 19549 | 30/06/0883/S | | The Stuart Moore Collection | MP002/CP/41 | Aronade ring/ medium/ soft/ tapered in platinum for a 2.0-2.60ct. center stone with 8 princess cut side diamonds .1.31ct tw F/VVS (3mm) shown with a 2.25ct RBC CZ (8.5 mm) | | $4,228.20 | $11,925.00 |
| 2607 | 30/06/0905/S | | The Stuart Moore Collection | MP002/CP/41 | Aronade ring/ medium/ soft/ tapered in platinum/ with 8 princess cut side diamonds 1.31ct tw (3.0mm) F/VVS1, shown with a 2.75ct RBC CZ | | $5,068.78 | $11,925.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 2607 | 30/06/0910/S | | The Stuart Moore Collection | MP006/CP/13 | Aronade ring/ mini/soft/straight/ in platinum/ with 12 princess cut side diamonds 0.58ct tw (2.0mm) F/VVS1, shown with a 0.50ct EC CZ) | $3,222.49 | $7,625.00 |
| 17836 | 30/06/0912/S | | The Stuart Moore Collection | MP050/CB/52 | Anteris baguette ring / large/ hard/ tapered/ hard wings/ in platinum with 20 baguette side diamonds 1.50ct tw F/VVS1, for a 2.50-4.00ct center stone/ shown with a 4.00ct size Asscher cut CZ | $6,568.78 | $19,625.00 |
| 14053 | 30/06/0925/S | | The Stuart Moore Collection | C4/2 | Classique platinum ring set with a 2.00ct size emerald cut CZ center, and 2 tapered baguettes CZ's (6.0 x 4.0 x 3.0) approx. 1.20ct total weight (without side DIAMONDS, $8995) | $3,054.80 | $19,350.00 |
| 19549 | 30/06/0926/S | | The Stuart Moore Collection | C9/2 | Classique platinum ring set with a 2.00ct rbc center stone and 1.00ct tw rbc side stones (w/o sidestones- $9,500) | $2,802.20 | $15,800.00 |
| 17362 | 30/06/0927/S | | The Stuart Moore Collection | C6/3.5 | Classique platinum ring set with a 3.50ct size round brilliant center CZ, and set with four tapered baguette cut CZ's on the sides (6.0 X 4.0 x 3.0) WITHOUT SIDE DIAMONDS-$12,925.00) | $4,253.40 | $33,675.00 |
| 3001 | 30/06/0931/S | | The Stuart Moore Collection | C3/1.25 | Classique Platinum ring set with a 1.23ct size round brilliant cut center CZ and two tapered baguette cut side CZ's (6.0 x 3.0 x 2.0) approx. 0.90ct total weight (W/O SIDE DIAMONDS. $8050) | $2,679.40 | $14,475.00 |

| GT# | Stock# | TM# | Vendor | Style | | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|---|
| 19718 | 30/06/0935/S | | The Stuart Moore Collection | CB1/3 | | Classique Bold ring in platinum for a 2.50ct Radiant cut CZ center and two radiant cut side CZ's (7x5mm) approx. 2.00ct total weight (price includes side diamonds / without side diamonds $12,525) | $4,090.00 | $31,275.00 |
| 8044 | 30/06/0944/S | | The Stuart Moore Collection | CB3/2.5 | | Classique Bold ring in platinum for a 2.50ct size emerald cut center CZ and two emerald cut side CZ's (7x5mm) approx 2.00ct total weight (without side diamonds, $9800) | $3,264.00 | $29,990.00 |
| 4389 | 30/06/0950/S | | The Stuart Moore Collection | CB6/1.5 | | Classique Bold ring in platinum set with a 1.50ct size emerald cut center CZ, and two trapezoid cut side CZs, (6x5x4mm) approx 1.50ct total weight (W/O SIDE DIAMONDS, $10,750) | $3,416.00 | $24,925.00 |
| 18872 | 30/06/0953/S | | The Stuart Moore Collection | C8/4 | | Classique platinum ring set with a 3.00ct size RBC cut CZ center and 2 half-moon CZ's approx. 2.75ct tw (6.8 x 6mm) (w/o sidestones- $9650) | $3,300.00 | $23,200.00 |
| 15846 | 30/06/0962/S | | The Stuart Moore Collection | C10/3 | | Classique platinum ring set with a 3.00ct size oval center CZ, and two oval cut side cz's (7x5mm) approx 1.80ct total weight (W/O SIDE STONES $9395) | $3,189.00 | $21,950.00 |
| 17836 | 30/06/0980/S | | The Stuart Moore Collection | MP063/PR/1 | | Suspension ring/medium/soft in platinum, pave set with 60 round brilliant cut diamonds, 1.0 - 1.3mm, 0.45ct total weight, F/VVS1 (currently shown with a 2.50ct size round brilliant cut CZ) | $3,386.50 | $8,895.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 18737 | 30/06/0982/S | | The Stuart Moore Collection | MP112/CS/7R 2 | Camber ring, small, tapered, railhead, in platinum, with 16 square cut side diamonds, 0.28ct total weight, F/VVS1 (shown with a 1.00ct size Asscher cut CZ) | $3,156.78 | $6,925.00 |
| 8483 | 30/06/0985/S | | The Stuart Moore Collection | MP057/CS/42 | Anteris ring/small/ hard /straight/ hard wings in platinum with 18 SC side diamonds, 0.32ct total weight, F/VVS, shown with 1.75ct Asscher cubic zirconia, with RBC ( no side stones $5300) STUART HAS MARCH 2016 | $2,640.00 | $7,125.00 |
| 5711 | 30/06/0987/S | | The Stuart Moore Collection | MP055/CR/33 | Anteris ring/medium/ hard /straight/ hard wings in platinum for a 1.00-5.00 ct center stone, with 18 RBC side diamonds, 0.17ct total weight, F/VS, shown with 2.00ct radiant cubic zirconia, ( no side stones $6100) | $3,260.00 | $8,250.00 |
| 19549 | 30/06/0988/S | | The Stuart Moore Collection | MP058/PR/11 | Anteris ring/ small/ soft/ straight/ soft wings, in platinum, pave set with 64 RBC diamonds, 0.9mm, 0.20ct total weight, F/VS, for 1.00-5.00ct stone, shown with a 1.25ct RBC CZ (7 mm) | $2,705.59 | $6,475.00 |
| 17673 | 30/06/0996/S | | The Stuart Moore Collection | MP058/PR/22 | Anteris ring/ small/ soft/ straight/ soft wings, in platinum, pave set with 64 RBC diamonds, 0.9mm, 0.20ct total weight, F/VVS1, for 1.00-5.00ct stone, shown with a 1.25ct Asscher cut CZ | $2,542.10 | $6,475.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 16327 | 30/06/1005/S | | The Stuart Moore Collection | MP004/CP/21 | Aronade ring/ small/soft/ tapered/in platinum for a 0.75-1.90ct center stone with 10 princess cut side diamonds approx.1.00ct tw F/VVS (2.5mm) shown with 1.25ct size RBC CZ | $3,543.55 | $9,275.00 |
| 17452 | 30/06/1020/S | | The Stuart Moore Collection | MP164/PR/12 | Petite Aneris ring / Soft / straight / in platinum (center stone, up to 2.00 in RBC/Oval, 1.75ct square), and pave set with 16 round brilliant cut diamonds, 0.07ct total weight/ F/VS/ 1.0mm / shown with a 1.00ct Asscher cut CZ | $1,827.57 | $4,550.00 |
| 19549 | 30/06/1021/S | | The Stuart Moore Collection | MP165/CP/31 | Petite Aronade ring / hard/ straight / in platinum (center stone, up to 2.00 in RBC/Oval, 1.75ct square), and channel set with 10 princess cut diamonds, 0.18ct total weight/ F/VVS/ 1.4mm / shown with a 1.90ct size RBC CZ (8 mm) | $2,001.71 | $4,850.00 |
| 6931 | 30/06/1022/S | | The Stuart Moore Collection | MP167/CP/21 | Petite Arcati ring / Soft / tapered / in platinum (center stone, up to 2.00 in RBC/Oval, 1.75ct square), and channel set with 10 princess cut diamonds, 0.18ct total weight/ F/VVS/ 1.4mm / shown with a 1.25ct size round brilliant cut CZ | $2,285.19 | $5,295.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 17836 | 30/06/1023/S | | The Stuart Moore Collection | MP168/CR/92 | Petite Camber ring / Soft / tapered / in platinum (center stone, up to 2.00 in RBC/Oval, 2.00ct square), and channel set with 12 round brilliant cut diamonds, 0.15ct total weight/F/VS/ 1.4mm / shown with a 1.75ct size Asscher cut CZ | $2,102.41 | $4,995.00 |
| 18242 | 30/06/1058/S | | The Stuart Moore Collection | MP174/PR | Petite Anteris band / soft/ straight / in platinum, pave set with 17 round brilliant cut diamonds, 0.08ct total weight, F/VS, 1.0mm, matching the Petite Anteris engagement rings | $886.00 | $2,775.00 |
| 12079 | 30/06/1063/S | | The Stuart Moore Collection | MP201/LR/31 | Memory ring / large / soft / straight / in platinum / lockset with 8 round brilliant cut side diamonds, approx 0.90ct total weight, F/VS (3mm)-shown with a 2.00ct RBC CZ | $3,344.00 | $9,750.00 |
| 19181 | 30/06/1064/S | | The Stuart Moore Collection | MP203/LR/21 | Memory ring / small / soft / straight / in platinum / lockset with 12 round brilliant cut side diamonds, approx 0.40ct total weight, F/VS (2mm)-shown with a 0.75ct RBC CZ | $2,410.74 | $5,875.00 |
| 8674 | 30/06/1065/S | | The Stuart Moore Collection | MP202/LR/31 | Memory ring / medium / soft / straight / in platinum / lockset with 10 round brilliant cut side diamonds, approx 0.60ct total weight, F/VS (2.5mm)-shown with a 1.50ct RBC CZ STUART HAS MARCH 2016 | $2,979.44 | $6,975.00 |

| GH# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 16525 | 30/06/1066/S | | The Stuart Moore Collection | MP168/LR/91 | Petite Camber lockset ring / Soft / tapered / in platinum (center stone, up to 2.00 in RBC/Oval, 2.00ct square), and lockset with 10 round brilliant cut diamonds, approx. 0.60ct total weight/ F/VS/ 2mm-2.6mm / shown with a 1.00ct RBC CZ | $2,460.91 | $6,125.00 |
| 14867 | 30/06/1067/S | | The Stuart Moore Collection | MP164/LR/11 | Petite Anteris lockset ring / Soft / straight / in platinum (center stone, up to 2.00 in RBC/Oval, 1.75ct square), and lockset with 14 round brilliant cut diamonds, approx. 0.18ct total weight/ F/VS/ 1.4mm / shown with a 1.50ct RBC CZ | $2,131.98 | $5,195.00 |
| 11358 | 30/06/1068/S | | The Stuart Moore Collection | MP001/CP/52 | Aronade ring/medium//hard/ tapered// in platinum for with 8 princess cut side diamonds, approx. 1.30ct total weight, F/VVS (shown with a 2.50ct Asscher cut CZ) | $3,988.00 | $12,075.00 |
| 19549 | 30/06/1073/S | | The Stuart Moore Collection | MP202/LR/31 | Memory ring / medium / soft / straight / in platinum / lockset with 10 round brilliant cut side diamonds, approx. 0.60ct total weight, F/VS (2.5mm)-shown with a 1.60ct RBC CZ (7.5mm) | $2,618.65 | $6,975.00 |
| 19549 | 30/06/1077/S | | The Stuart Moore Collection | MP203/LR/51 | Memory ring / small / soft / straight / in platinum / lockset with 12 round brilliant cut side diamonds, approx. 0.40ct total weight, F/VS (2mm)-shown with a 3.50ct RBC CZ (10 mm) | $2,566.86 | $5,875.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | | US Cost | Retail |
|---|---|---|---|---|---|---|---|---|
| 13802 | 30/06/1080/S | | The Stuart Moore Collection | MP164/LR/11 | Petite Anteris lockset ring / Soft / straight / in platinum and lockset with 14 round brilliant cut diamonds, approx. 0.18ct total weight/ F/VS/ 1.4mm / shown with a 1.00ct size CZ | | $2,174.21 | $5,195.00 |
| 11627 | 30/06/1107/S | | The Stuart Moore Collection | MP250/PR/05 | Tazzo ring/ for up to 2.50ct center stone, in platinum, shown with a 1.50 size oval cut CZ, and pave set with 27 RBC diamonds, 0.10ct tw, F/VS (for center stone over 2.50 requires quote) | | $1,749.80 | $5,495.00 |
| 19549 | 30/06/1108/S | | The Stuart Moore Collection | MP250/PR/05 | Cup ring/ in platinum, shown with a 1.50 size oval cut CZ, and pave set with 27 RBC diamonds, 0.10ct tw, F/VS | | $2,349.80 | $5,495.00 |
| 19588 | 30/06/1109/S | | The Stuart Moore Collection | MP250/PR/01 | Cup ring/ in platinum, shown with a 2.00ct size round brilliant cut CZ, and pave set with 29 RBC diamonds, 0.10ct tw, F/VS | | $2,258.80 | $5,495.00 |
| 11627 | 30/06/1110/S | | The Stuart Moore Collection | MP250/PR/01 | Tazzo ring/ for up to 2.50ct center stone, shown with a 1.25ct size round brilliant cut CZ, and pave set with 27 RBC diamonds, 0.09ct tw, F/VS (for center stone over 2.50 requires quote) | | $1,829.37 | $5,495.00 |
| 17797 | 30/06/1121/S | | The Stuart Moore Collection | MP161/PR/12 | Petite Abamarus ring / hard/ straight/ in platinum (center stone, up to 2.00 in RBC/Oval, 1.75ct square), pave set with 16 RBC, 0.07ct total weight/ 1.0mm / shown with a 0.75ct Asscher cut CZ | | $1,683.64 | $3,995.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 19549 | 30/06/1155/S | | The Stuart Moore Collection | MP164/PR/31 | Petite Anteris ring / Soft / straight / in platinum (center stone, up to 2.00 in RBC/Oval, 1.75ct square), and pave set with 16 rbc diamonds, 0.07ct total weight/ F/VS/ 1.0mm / shown with a 1.90ct size RBC CZ (8 mm) (WITH EDDIE IN NY) | $1,800.00 | $4,550.00 |
| 19549 | 30/06/1164/S | | The Stuart Moore Collection | MG003/CP/23 | Aronade ring/ small// hard /tapered/in 18k yellow gold, for a 0.75-1.90ct center stone with 10 princess cut side diamonds 0.91ct tw F/VVS1 (2.5mm) shown with a 1.50ct size emerald cut CZ / IN PLAT $10,285 | $3,325.00 | $9,125.00 |
| 18205 | 30/06/1167/S | | The Stuart Moore Collection | MG006/CP/13 | Aronade ring/ mini/soft/straight/ in 18kt yellow gold for a 0.60-0.75ct center stone, set with 12 princess cut side diamonds, 0.63ct tw (2.0mm) F/VVS1, shown with a 0.50ct EC CZ | $2,766.67 | $6,950.00 |
| 17250 | 30/06/1198/S | | Steven Kretchmer Design | OTRSUSH | Original Tension ring, (Soft-Undercut Shoulder) with 5 scattered melee, 1/2 matte, shown with a 0.75ct size RBC CZ- (6.0 x 6.0 x 3.80) / In PT $5195 / In 18k gold $4600 (SILVER SAMPLE-NOT FOR SALE) | $500.00 | |
| 19628 | 30/06/1215/S | | Steven Kretchmer Design | OTRNHLSSS | "New Helix" tension ring, with 3 scattered melee, shown with a 8.0 x 8.0 x 4.80mm RBC CZ (1.75ct) (In 18k gold $5550) (STEEL SAMPLE FOR DISPLAY ONLY) | $495.00 | $7,125.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 17689 | 30/06/1216/S | | Steven Kretchmer Design | OTRNHLSSS | "New Helix" tension ring, with 3 scattered melee, shown with a 8.0 x 8.0 x 4.80mm RBC CZ (1.75ct) (In PT $7125 (In 18k gold $5550) (STEEL SAMPLE FOR DISPLAY ONLY) | | $495.00 |
| 19588 | 30/06/1267/S | | The Stuart Moore Collection | MP060/PSR/1 | Suspension ring / large / hard in platinum / pave set on side with approx 71 RBC F/VS diamonds, 0.29ct tw (shown with a 1.50 ct RBC cubic zirconia) | $3,806.28 | $11,500.00 |
| 18961 | 30/06/1268/S | | The Stuart Moore Collection | MP062/PSR/1 | Suspension ring / medium / hard / in platinum / pave set on one side with approx 71 RBC F/VS diamonds, 0.29ct tw (shown with a 1.50ct RBC CZ) | $3,240.57 | $9,725.00 |
| 19551 | 30/06/1291/S | | The Stuart Moore Collection | MP203/LR/25 | Memory ring / small / soft / straight / in platinum / lockset with 12 round brilliant cut side diamonds, approx 0.40ct total weight, F/VS (2mm)-shown with an oval 2.00ct size CZ   size 46.25 | $1,686.23 | $5,875.00 |
| 15268 | 30/08/1063/S | | Stuart Moore | 30/08/1063/S | Platinum ring with 18k red gold railhead, pave set with 12 RBC diamonds, 0.06ct tw, F/VS (center stone is a 2.00ct size RBC CZ) | $2,300.00 | $6,850.00 |
| 19549 | 30/08/10887/S | | The Stuart Moore Collection | C6/3.5 | Platinum Classique ring set with a 4.50ct size Asscher cut CZ, and also set with 4 baguette cut diamonds, 1.21ct tw, F/VVS (CRUZ-JOHNER | $7,283.40 | $19,995.00 |
| 19707 | 30/08/1199/S | | The Stuart Moore Collection | Color/Turquoise/9.14 | Platinum ring set with a 9.14ct Cushion cut turquoise, and pave set with 54 RBC diamonds, 0.18ct tw, F/VS | $3,530.00 | $10,950.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 18974 | 30/08/1305/S | Not here Melted down to make S/O | Stuart Moore | Frame Ring Aquamarine | Platinum Frame ring, set with a high reflection cut Aquamarine (ring comes with interchangeable agate discs) | $6,500.00 | $19,500.00 |
| 19549 | 30/09/2971/S | | The Stuart Moore Collection | Industrial Bracelet 4 | "Character" diamond bracelet in platinum, set with 39.70ct total weight of industrial grade diamonds, and set additionally with 0.60ct RBC diamonds, F/VS. S | $12,163.30 | $47,500.00 |
| 19454 | 30/09/3069/S | | The Stuart Moore Collection | Industrial Bracelet 6 | "Industrial" diamond bracelet in platinum, set with 66.93ct ct total weight of industrial diamonds, (Qty 55) and set additionally with 2.48ct RBC diamonds, F/VS, Qty 62 (see 05/20/0986/C) | $29,813.25 | $97,500.00 |
| 18759 | 30/10/2775/S | | The Stuart Moore Collection | DOC 8 | "Diamonds of Character" 18k red gold and platinum earrings, with 12.21ct total weight Character diamonds, and 0.19ct tw, F/VVS princess cut diamonds S | $5,700.00 | $13,500.00 |
| 19541 | 30/10/3065/S | | Stuart Moore | Black Dia Ears/12.10 | Diamond Bead Earrings, 12.10ct total weight, Black, in platinum (also two RBC white diamonds 0.06ct tw) (DAMAGED) FROM NY | $984.00 | $2,950.00 |
| 19706 | 30/10/3621/S | These are not owned | Ulla & Martin Kaufmann | Aus Dem Kreis mini | 18k gray gold "Aus Dem Kreis" earrings / Mini | $1,111.80 | $3,325.00 |
| 19706 | 30/10/3622/S | These are not owned | Ulla & Martin Kaufmann | 2 Kreise | 18k yellow gold "2 Kreise" earrings | $1,451.88 | $4,350.00 |
| 19541 | 30/10/5785/S | | Catherine Iskiw | S26JTPT38ch 7.5PRL | Earring Jackets in platinum set with 7.5mm light blue cultered pearls. *S* | $375.00 | $850.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 10758 | 30/10/7803/S | | Carl Dau | OS-ZA-K 12 Single | Single Stainless steel and silver small half half hoop earring S | $90.83 | $225.00 |
| 16755 | 30/10/8250/S | | The Stuart Moore Collection | Color/Zircon/5.95 | 18k pink gold earrings set with 5.95ct tw "Golden Wheat" color RBC Zircons (AT MAYER & WATT-THEY WILL TRY TO SELL-10/1/11) | $410.00 | $1,175.00 |
| 16755 | 30/10/9266/S | | The Stuart Moore Collection | Color/Zircons/ 4.92 | 18k pink gold earrings, set with Zircons, 4.92ct total weight, Square Cushion cut, Dark Peach (AT MAYER & WATT-THEY WILL TRY TO SELL-10/1/11) | $402.00 | $1,150.00 |
| 17798 | 30/11/3248/S | | The Stuart Moore Collection | Color/Kunzite/ 5.51 | 18k yellow gold pendant set with a 5.51ct oval faceted Kunzite COIL SOLD SEPARATELY | $1,300.00 | $4,000.00 |
| 16755 | 30/11/3300/S | | The Stuart Moore Collection | Color/Zircon/6. 41 | 18k pink gold pendant set with a 6.41ct yellow RBC Zircon (AT MAYER & WATT-THEY WILL TRY TO SELL-10/1/11) | $336.00 | $975.00 |
| 14989 | 30/11/3533/S | | Stuart Moore | Slice Diamond/2.27 | Slice Diamond, 2.27ct, and a 0.01ct RBC diamond in a platinum mounting (coil 11/46/0120/C is included in this retail price) | $830.00 | $2,650.00 |
| 18759 | 30/11/3571/S | | The Stuart Moore Collection | DOC 1 | "Diamond of Character" platinum and 18k red gold pendant, with 7.39ct total weight Character diamonds, and a 0.09ct RBC diamond, F/VS | $2,980.00 | $8,250.00 |
| 6759 | 30/14/2190/S | | Carl Dau | Spirale E 1.2 | Stainless steel neckcoil with bayonett clasp. 1.2mm 38cm long | $74.32 | $250.00 |
| 17317 | 30/14/2280/S | | Catherine Iskiw | Iskiw bracelet | 18k yellow gold bracelet, 1.2mm thick (7.5 inches) S | $130.00 | $425.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|-----|--------|-----|--------|-------|-------------|---------|--------|
| 16552 | 30/15/0862/S | | Stuart Moore | 30/15/0862/s | Platinum snake neckchain | $640.00 | $2,150.00 |
| 0992 | 30/15/1705/S | | Niessing | N163115-VS-P | 1.5mm thick platinum neck coil    400mm long | $707.56 | $2,550.00 |
| 18759 | 30/15/2133/S | | Niessing | N163115-VS-P | 1.5mm thick platinum neck coil, 42cm long | $884.40 | $2,550.00 |
| 15238 | 30/15/2134/S | | Niessing | N163115-VS-P | 1.5mm thick platinum neck coil, 42cm long | $784.40 | $2,550.00 |
| 15240 | 30/15/2147/S | | Niessing | N163112-VS-P | Platinum neck coil, 1.2mm thickness, with clasp 500mm long | $743.42 | $2,300.00 |
| 18693 | 30/15/4407/S | | Stuart Moore | Classique/1.81 / yellow | Platinum pendant set with a 1.81ct oval fancy yellow / VVS1 diamond (Chain or coil is not included in this price) | $9,593.99 | $19,500.00 |
| 18564 | 30/18/2471/S | | Carl Dau | SR-W 7 | Stainless steel ring, (16mm wide) with offset titanium stripe    size 52 (6)    S | $164.00 | $475.00 |
| 18852 | 30/18/2805/S | | Carl Dau | SR-A 5 | Half stainless steel / Half 18k yellow gold ring Size 58 | $324.80 | $975.00 |
| 19577 | 30/18/2839/S | | Roland Baldauf | TR45 | Stainless steel ring, 4.5mm wide size 60 | $49.31 | $300.00 |
| 19595 | 30/18/2840/S | | Elizabeth Garvin | ICE R1-Ag | Blackened sterling silver ring, with 0.77ct tw baguette cut diamonds size 4 | $590.00 | $1,450.00 |
| 19627 | 30/18/2841/S | | Carl Dau | M-SR 55/B | Stainless steel round ring, (small) with inset 18k yellow gold inlay, set with a 0.10ct RBC diamond, F/VS | $294.40 | $995.00 |
| 18582 | 30/18/2870/S | | Carl Dau | SR-C XL/22 | 12mm wide stainless steel ring with titanium center. Size 67 | $170.40 | $525.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | | US Cost | Retail |
|---|---|---|---|---|---|---|---|---|
| 19031 | 30/18/2912/S | | Antje Liebscher | 10181 | Sterling silver ring    size 59 | | $248.00 | $850.00 |
| 19117 | 30/18/2980/S | | Carl Dau | SR-C XL/21 | 12mm wide stainless steel ring with silver center Size 68 | | $160.80 | $495.00 |
| 19302 | 30/18/2986/S | | Roland Baldauf | RXXL | Stainless steel ring, 14mm wide Size 60 | | $99.87 | $450.00 |
| 19356 | 30/18/3015/S | | Carl Dau | SR-A 6 | Half steel and Half titanium ring, size 61 | | $144.80 | $425.00 |
| 17050 | 30/20/0303/S | | Stuart Moore | Slice/1.91 | Slice diamond, 1.91ct (Orig. Price $1275-33%) | | $508.06 | $850.00 |
| 17050 | 30/20/0304/S | | Stuart Moore | Slice/1.79 | Slice diamond, 1.79ct (Orig Price $1195-33%) | | $476.14 | $800.00 |
| 17050 | 30/20/0305/S | | Stuart Moore | Slice/2.18 | Slice diamond, 2.18ct (Orig Price $1450-33%) | | $579.88 | $970.00 |
| 17179 | 30/20/1005/S | | Stuart Moore | Slice/1.21 | Slice Diamond, 1.21ct (Orig price $950-33%) | | $321.86 | $635.00 |
| 19240 | 30/20/1023/S | | Stuart Moore | Diamonds/22.6 0ct | Diamond, 22.54ct tw, Industrial, Browns/Grays, I3, Qty 4 | | $3,051.00 | $6,100.00 |
| 6662 | 30/24/0255/S | | Joerg Heinz | M10-001ST | Stainless steel "Massimo"10mm ball clasp/ with matte finish | | $74.89 | $450.00 |
| 15268 | 30/25/0680/S | | Stuart Moore | Tanzanite/1.15 | Tanzanite, 1.15ct, emerald cut, purple | | $1,153.91 | $1,155.00 |
| 15268 | 30/25/0681/S | | Stuart Moore | Tanzanite/1.20 | Tanzanite, 1.20ct, emerald cut, purple | | $1,204.09 | $1,205.00 |
| 16681 | 30/25/0707/S | | Shaun Gems | Emerald/1.22 | Emerald, 1.22ct, Emerald Cut, green | | $5,615.00 | $8,850.00 |
| 15557 | 30/25/1034/S | | Stuart Moore | Opal/11.18ct | Opal, 11.18ct, Other, Brazil Ring as brokerage. opal, 11.18ct, Other, brazil opal, 11.18ct, Other, brazil | | $1,994.96 | $3,590.00 |



| GI# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 19519 | 30/43/0079/S | | Claudia Hoppe | Wide Stripes 38mm | Stainless steel "Wide Stripes 38mm" bangle bracelet with orange lacquer 60mm diameter | $192.00 | $675.00 |
| 19519 | 30/43/0093/S | | Claudia Hoppe | Stripes Small / 32mm red | Stainless steel "Small Stripes / 32mm" bangle bracelet with red lacquer inside 60mm diameter | $216.00 | $750.00 |
| 19154 | 30/44/0188/S | | Ursula Gnadinger | O56S | Sterling silver " O56S" earrings | $264.00 | $1,050.00 |
| 18955 | 30/47/0073/S | | Arkadiusz Wolski | Naszunnin Necklace L | Sterling silver necklace, Long length | $588.60 | $2,350.00 |
| 19419 | 30/47/1099/S | | Roland Baldauf | CTW1912-PW-TH | Stainless steel "twister" necklace, with a 9mm freshwater white cultured pearl, and a 11mm Tahitian cultured pearl | $518.30 | $2,325.00 |

| | | **Totals For This Report** | No. Items | US Cost | Retail |
|---|---|---|---|---|---|
| | | | 230 | $492,669.68 | $1,557,270.00 |

# New York Inventory
# Held in Newport Beach Safe Deposit Box

# Inventory Report - Filtered Items

| GH# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 14566 | 47/01/1916/O | | The Stuart Moore Collection | SPGP578 | Triband/ 8mm wide/ flat/ offset/ in platinum and 18kt gray gold | $3,000.00 | $9,025.00 |
| 14566 | 47/01/2277/O | | The Stuart Moore Collection | SPG596 | Biband/ mens/ 6mm / flat / centered / in platinum and 18kt gray gold | $2,200.00 | $6,795.00 |
| 14659 | 47/01/2463/O | | Christian Bauer | 274244 | Wedding ring / pinstripes / 6.5mm wide / soft edges / shown in white gold | $1,227.00 | $3,695.00 |
| 14659 | 47/01/2616/O | | Henrich and Denzel | P4005.50/0 | Platinum wedding ring, Profile 5 -(5mm x 1.7mm) size 62 | $1,226.25 | $1,975.00 |
| 8186 | 47/02/1450/O | | The Stuart Moore Collection | SPR635 | Male- Female band/ 5mm wide/ flat/ in platinum and 18kt rose gold, size 53 | $2,100.00 | $6,150.00 |
| 14644 | 47/02/1829/O | | Henrich and Denzel | P2790.12/0 | Platinum band with 18kt yellow gold edges, 4mm wide, size 53 S | $727.05 | $2,350.00 |
| 13196 | 47/02/2620/O | | The Stuart Moore Collection | SPG616/100 | Variation of a Platinum and 18k grey gold "Ying-Yang" ring, 6mm wide, hard profile, size 53 | $2,417.31 | $6,075.00 |
| 14517 | 47/04/1929/O | | The Stuart Moore Collection | MP024/CS | Aronade band/ mini /hard /straight in platinum with 14 square cut diamonds/2.0mm/ 0.71ct total weight/ F/VVS | $2,780.20 | $8,150.00 |
| 13898 | 47/04/2288/O | | The Stuart Moore Collection | MP177/CP | Petite Arcati band / soft / tapered / in platinum, channel set with 14 princess cut diamonds, 0.24ct total weight, F/VVS, 1.4mm, matching the Petite Arcati engagement rings | $1,641.76 | $4,625.00 |

| GI# | Stock# | TMM# | Vendor | Style | Description | | US Cost | Retail |
|---|---|---|---|---|---|---|---|---|
| 14566 | 47/04/2597/O | | The Stuart Moore Collection | MP098/PR | Abamuns/ soft / pave set band/ platinum / matching Abamurus engagement rings, set with 73 round brilliant cut diamonds, .08 & .09mm, 0.25ct total weight, F/VS | | $2,055.46 | $5,895.00 |
| 14566 | 47/04/2792/O | | Henrich and Denzel | P4052.11/116 | Platinum eternity band, pave set with 59 RBC diamonds, 0.26ct tw, F/VS   size 53 | | $1,553.50 | $3,750.00 |
| 13195 | 47/04/3304/O | | The Stuart Moore Collection | MP024/CP | Aronade band/ mini /hard /straight in platinum with 14 princess cut diamonds/2.0mm/ 0.75ct total weight/ F/VVS size 57. / IN 18K GOLD $6995 | | $2,341.00 | $7,050.00 |
| 14644 | 47/04/4171/O | | Christian Bauer | 246765 | Diamond eternity wedding ring in rose gold, 3mm wide, channel set with 44 RBC diamonds, 0.50ct tw, F/SI | | $2,233.41 | $4,925.00 |
| 14566 | 47/04/4190/O | | The Stuart Moore Collection | MP035/CB | Aronade baguette band/ large/ hard /tapered/ in Platinum with 16 baguette diamonds, approx 2.55ct total weight / F/ VVS (stuart took 10/27/15) | | $9,489.54 | $36,600.00 |
| 14498 | 47/05/0280/O | | Steven Kretchmer Design | FS-yg | 18kt yellow gold Flat tension set ring with 0.65ct size RBC 5.6 mm stone (This mounting fits 0.50-1.00ct) $5825 Pt) | | $1,420.00 | $4,450.00 |
| 14566 | 47/05/0973/O | | Steven Kretchmer Design | OR 0.75 | 18kt yellow gold Round Top Omega tension ring with a 0.70ct rbc cz (5.71 mm). Polished finish. (Fits 0.50-1.00ct)/ Pt- $5450 | | $1,360.00 | $4,250.00 |
| 14566 | 47/05/1838/O | | Steven Kretchmer Design | HO 1.71 | Platinum "HO" ring, tension set w/ a 1.50 carat (8x6mm) emerald cut CZ, size 53.5 | | $2,816.00 | $8,450.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 14566 | 47/05/2408/O | | The Stuart Moore Collection | MG062/1/Red | Suspension/ med / hard/ 18kt rose gold (currently shown with a 2.75ct RBC CZ) | $2,140.13 | $5,050.00 |
| 14566 | 47/05/2423/O | | The Stuart Moore Collection | MP060/10.3/2 | Suspension ring/Big/hard in platinum set with a 3.50ct size Asscher cut center CZ (9 x 9 mm) | $5,072.15 | $13,250.00 |
| 14274 | 47/05/2527/O | | The Stuart Moore Collection | MP162/11 | Petite Abamurus ring / soft / straight / in platinum (center stone, up to 2.00 in RBC/Oval, 1.75ct square), shown with a 1.75ct size RBC CZ, size 51 | $1,432.76 | $3,400.00 |
| 14566 | 47/05/2540/O | | The Stuart Moore Collection | MP164/31 | Petite Anteris ring / Soft / straight / in platinum (center stone, up to 2.00 in RBC/Oval, 1.75ct square) shown with a 1.75ct RBC CZ (7.8 mm) | $1,314.93 | $4,025.00 |
| 14566 | 47/05/2557/O | | The Stuart Moore Collection | MP060/PSR/1 | Suspension ring / large / hard in platinum / pave set on side with approx 71 RBC F/VS diamonds, 0.29ct tw (shown with a 2.50 ct RBC cubic zirconia) | $4,426.45 | $11,500.00 |
| 14566 | 47/05/2737/O | | The Stuart Moore Collection | MG113N/91 | New Camber ring, mini, tapered, in 18k yellow gold, for a 0.50ct -0.80ct stone/ shown with a RBC CZ (5 mm) | $784.80 | $3,275.00 |
| 14637 | 47/05/2765/O | | The Stuart Moore Collection | MP061/1 | Suspension ring / large /soft / in PT / for not smaller than 2.50ct RBC (shown with a 3.80ct size RBC CZ 10 mm) | $2,710.00 | $8,125.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | | US Cost | Retail |
|---|---|---|---|---|---|---|---|---|
| 14566 | 47/05/2773/O | | The Stuart Moore Collection | MS040/56 | Abamurus ring/ large/ hard / tapered for a 3.0-5.0ct stone shown with a 4.00ct size radiant cut CZ (9 x 11 mm) /In Platinum $6925/ In 18k gold $4375 (Steel sample is for display only | | $489.41 | $6,925.00 |
| 14566 | 47/05/2785/O | | The Stuart Moore Collection | MS051/34 | Anteris ring/ large/hard tapered/ hard wings (shown with a 8x8 mm princess cut CZ approx. 3ct) In platinum $7475/ In 18k gold $5675 ( Steel sample for display only) | | $489.41 | $7,475.00 |
| 14566 | 47/05/2802/O | | Steven Kretchmer Design | OTRFFL | Original Tension ring, (Fancy figure 8) matte, shown with a 1.25ct size RBC CZ- (7.0 x 7.0 x 4.2) / In 18k gold $5175 (SILVER SAMPLE-NOT FOR SALE) | | $500.00 | $6,500.00 |
| 14566 | 47/06/0933/O | | The Stuart Moore Collection | C3/1 | Classique Platinum ring set with a 1.00ct size rbc cut center CZ (6.5 mm) and two tapered baguette cut side CZ's (5.5 x 3.0 x 2.0) approx. 0.50ct total weight *$7895 without side diamonds | | $2,684.60 | $12,375.00 |
| 14566 | 47/06/0943/O | | Steven Kretchmer Design | ORR channel | Platinum Omega (Round-top) ring, tension set w/ a 2.00ct size rbc CZ, and channel set all around w/ 36 rbc diamonds at 0.504ct tw, size 53 )(Style ORR Pave)  8.2mm stone/18kt $8875 (For 2.01ct-2.50ct  18kt $9400 / PT $10,825 | | $3,410.00 | $10,225.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 14566 | 47/06/1116/O | | The Stuart Moore Collection | MP161/PR/22 | Petite Abamarus ring / hard/ straight / in platinum (center stone, up to 2.00 in RBC/Oval, 1.75ct square), and pave set with 16 RBC, 0.07ct total weight/ 1.0mm / shown with a 1 ct RBC CZ (6.5 mm) | $1,758.46 | $3,995.00 |
| 14566 | 47/06/1197/O | | Steven Kretchmer Design | OTRSUSH | Original Tension ring, (Soft-Undercut Shoulder) with 5 scattered melee, 1/2 matte, shown with a 0.75ct size RBC CZ (6.0 x 6.0 x 3.80) / In 18k gold $4600 (SILVER SAMPLE-NOT FOR SALE) | $500.00 | $5,195.00 |
| 14192 | 47/10/3136/O | | The Stuart Moore Collection | Classique/0.48 /PC | Classique earrings, in platinum, set with 0.48ct total weight princess cut diamonds, G/SI. (Ring as Brokerage) S (Platinum settings are $1800) | $1,375.00 | $2,750.00 |
| 8265 | 47/11/0921/O | | Nittel Design | 3017 | 10mm polished Lapis connector with 0.04CT TW diamonds in 18kt yellow gold bezels | $321.05 | $975.00 |
| 13198 | 47/18/0424/O | | Diana Hall | 2430 | Carbon fiber and 18k palladium grey gold band, 5mm wide. Size 62mm/US size 9.75 *S* | $210.00 | $950.00 |
| 14566 | 47/18/1090/O | | Heiko Schrem | Spiranova 1 | Stainless steel bypass ring, 5mm wide | $108.80 | $275.00 |
| 14566 | 47/19/0741/O | | Carl Dau | The Bow / Medium | The Carl Dau steel watch / Swiss made / Quartz movement / sapphire crystal / Black leather strap / Medium size | $932.00 | $2,800.00 |

| | | | | | | No. Items | US Cost | Retail |
|---|---|---|---|---|---|---|---|---|
| | | | | Totals For This Report | | 36 | $71,248.43 | $233,275.00 |

# New York Inventory
# Held in San Francisco Safe Deposit Box

# Inventory Report - Filtered Items

| GI# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 19549 | 47/01/1479/O | | The Stuart Moore Collection | SPG625 | Ying- Yang band/ 5mm wide/ rounded/ in platinum and 18kt gray gold, size 61.5 | $2,100.00 | $5,975.00 |
| 17798 | 47/01/1904/O | | Carl Dau | 15674 | Pair of 1.5mm flat silver bands, size 57 and 3mm flat titanium band, size 57 (new style # VR-S1.5)  S | $161.85 | $700.00 |
| 19541 | 47/01/1908/O | | Carl Dau | SR-A 2 | 18kt and steel ring, 10mm wide/ size 66.  S | $300.00 | $925.00 |
| 19549 | 47/01/1957/O | | Carl Dau | SR-A 15 | 10mm wide Stainless steel/ sterling silver/ titanium ring  Size 55  S | $158.55 | $495.00 |
| 13199 | 47/02/1917/O | | Nathan Levy Designs | 311 | Platinum and 18k yellow gold ring, 5.5mm wide,  (18 karat yellow gold filligree center) | $2,402.00 | $8,400.00 |
| 19549 | 47/02/2286/O | | Stuart Moore | C6R PD | Palladium band, 6mm wide  Size 6.5 | $300.00 | $790.00 |
| 19549 | 47/02/2288/O | | The Stuart Moore Collection | MD133 | 3mm wide / soft  / straight / Palladium band  Small $800 / Large $875 | $300.00 | $800.00 |
| 19549 | 47/02/2304/O | | The Stuart Moore Collection | MP122 | 2mm wide / hard / straight / platinum band  Small $1550 / Large $1675 (didn't come to SF in the NY transfer) I ove said it was used for metal for S/O | $670.00 | $1,675.00 |
| 19549 | 47/04/2200/O | | The Stuart Moore Collection | MP123/PSR | 3mm wide band / hard/ straight / in platinum/ pave set on one side with 47 round brilliant cut diamonds, 1.0mm, 0.24ct total weigh, F/VS/ matching band for suspension ring | $1,873.54 | $5,625.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | | US Cost | Retail |
|---|---|---|---|---|---|---|---|---|
| 19549 | 47/04/2281/O | | The Stuart Moore Collection | MP102/PR | Galassia pave set band/ platinum/ matching Talus engagement rings, set with 135 round brilliant cut diamonds, 0.9 & 1.0mm, 0.54ct total weight, F/VS | | $2,859.38 | $8,525.00 |
| 19549 | 47/04/2524/O | | Stuart Moore | MP100/0 | Variation of a Galassia ring, in platinum, 3mm wide, set with 9 square cut diamonds, approx 0.45 ct tw, F/VVS, size 53 (6.5) | | $1,849.00 | $6,400.00 |
| 19519 | 47/04/2582/O | | Stuart Moore | 47/04/2582/O | 18k blackened grey gold microband, set w/ 0.27cttw rbc diamonds, size 47 | | $1,073.48 | $3,300.00 |
| 19549 | 47/04/3670/O | | Stuart Moore | MP122/PSR/6 809 | Variation of a Suspension Band /1.5mm wide / hard/ straight / in platinum/ pave set on one side with approx. 55 round brilliant cut diamonds, 1.0mm, 0.25ct total weight, F/VS/ matching band for suspension ring  size 52.5 (WITH EDDIE IN NY) | | $2,875.00 | $4,575.00 |
| 19549 | 47/04/3986/C | | Roland Baldauf | DR145-Bt06 | Stainless steel 4.5mm wide tension ring set with a round brilliant diamond, 0.06ct, F-VS size | | $206.32 | $925.00 |
| 19549 | 47/05/0279/O | | Steven Kretchmer Design | OF-yg | 18kt yellow gold Omega flat top tension ring with a 1.75ct rbc cz. Polished finish. Size 53/6.5  7.8mm (1.51-2.00) In platinum $6525 | | $1,710.00 | $5,195.00 |
| 19549 | 47/05/0297/O | | Steven Kretchmer Design | HO/PT/1.50A/ Polish | Platinum Hard Omega tapered high polish tension ring, set with a .70ct size princess cut CZ size 53  4.4 mm stone (ADD $200 TO BLUNT CORNERS OF STONE) | | $2,475.00 | $7,475.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 19628 | 47/05/1056/O | | Niessing | BR 23714 | 5mm Platinum "Highend" Ring set with a 1.10ct Emerald cut center stone size 53  5mm x 7mm (MATTE) | $2,924.46 | $7,525.00 |
| 12301 | 47/05/1390/O | | Niessing | N141790P | Platinum 4.5mm "tapered" tension ring set with a 1.00ct round brilliant cut size center. (NIESSING RETAIL) | $2,790.18 | $8,175.00 |
| 5440 | 47/05/1591/O | | Stuart Moore | 6430CZ | Platinum mounting for engagement ring, 6 prongs. May be used as temporary setting for diamond presentation. (Use as example of a casted mounting) | $226.45 | |
| 7807 | 47/05/1825/o | | Nathan Levy Designs | 301 ENG | 4.5mm wide 18kt yellow gold and platinum scroll-work solitaire mounting for a 1.00ct stone. | $2,900.00 | $8,700.00 |
| 19549 | 47/05/2001/O | | Niessing | N141790 | 18kt yellow gold "tapered" tension set with a 1.90ct rbc 8mm stone | $2,285.36 | $5,950.00 |
| 19025 | 47/05/2240/O | | Niessing | N191955YG | 18k yellow gold "Victory" ring, 3mm width x 1.6mm height, set with a 0.24ct round brilliant cut F/VS diamond, size 52 | $1,560.77 | $4,875.00 |
| 18340 | 47/05/2241/O | | Niessing | N191955YG | 18k yellow gold scratch matte, flat profile 4mm "victory" ring, w/ "v" shaped head, set w/ a rbc 0.60ct CZ, size 54 | $1,220.00 | $3,675.00 |
| 19549 | 47/05/2244/O | | Niessing | N141790Pt | Platinum "tapered" tension mounting, 3.4mm width x 3.7mm height, set with a 0.34ct F/VS round brilliant diamond size 54  4.5 mm stone (MATTE) | $3,463.46 | $8,850.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 15239 | 47/05/2245/O | | Niessing | N191955PT | Platinum scratch matte, flat profile "Victory" ring, (5mm x 1.8mm) set w/ a rbc 1.25ct CZ, size 53 | $1,980.00 | $5,925.00 |
| 19200 | 47/05/2493/O | | The Stuart Moore Collection | MP066/1 | Petite Suspension ring/ Hard/ in platinum for a RBC between 0.50ct and 1.00ct (shown with a 0.80ct size RBC CZ 6mm) Reg Price $4925 | $1,641.00 | $4,925.00 |
| 19549 | 47/05/2502/O | | The Stuart Moore Collection | MP161/21 | Petite Abamurus ring / hard/ straight / in platinum (center stone, up to 2.00 in RBC/Oval, 1.75ct square) shown with a 1.25ct RBC CZ (7 mm) | $1,409.59 | $3,400.00 |
| 19549 | 47/05/2567/O | | The Stuart Moore Collection | MP162/PR/11 | Petite Abamurus ring / soft / straight / in platinum (center stone, up to 2.00 in RBC/Oval, 1.75ct square), pave set with 18 RBC diamonds, 0.09ct tw, F/VS, 1.0mm, shown with a .90ct size RBC CZ (6.2 mm) (WITH EDDIE IN NY) | $1,732.94 | $3,995.00 |
| 19549 | 47/05/2573/O | | Steven Kretchmer Design | USH | Platinum Undercut Shoulder tension ring set w/ rbc 7mm CZ (1.25ct), 1/2 polished, 1/2 matte, size 49.5 (Fits 1.01-1.50ct) | $1,885.00 | $6,125.00 |
| 19549 | 47/05/2582/O | | The Stuart Moore Collection | MG060/2 | Suspension ring /large / hard / in 18k yellow gold for not smaller than 2.00ct (Shown with an Asscher Cut CZ ) | $1,953.75 | $5,595.00 |
| 19549 | 47/05/2602/O | | The Stuart Moore Collection | MG064/1 RG | Suspension ring /small/hard/in 18kt red gold (shown with a 1.50ct size RBC CZ 7.4 mm) (WITH EDDIE IN NY) | $1,516.48 | $4,500.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 19549 | 47/05/2735/O | | The Stuart Moore Collection | MU110N/91 | New Camber ring, Large, tapered, in 18kt gray gold, for a 2.50ct–3.50ct stone/ shown with a ~2.70ct round brilliant cut CZ (9 mm) In Platinum $5450 | $1,275.30 | $4,325.00 |
| 19549 | 47/05/2763/O | | The Stuart Moore Collection | MS065/1 | Suspension ring/small/soft/ for not smaller than 1.00ct RBC/ shown with a 1.60ct size RBC CZ 7.5 mm/ In Platinum $5650 / In 18k gold $4695 (Steel sample for display only) (WITH EDDIE IN NY) | $489.41 | $5,650.00 |
| 19549 | 47/05/2764/O | | The Stuart Moore Collection | MS064/1 | Suspension ring /small / hard / for not smaller than 0.75ct RBC (shown with a 1.50ct size RBC CZ) In Platinum $5575 / In 18k gold $4500 (Steel sample for display only) | $489.41 | $5,575.00 |
| 19549 | 47/05/2766/O | | The Stuart Moore Collection | MS060/1 | Suspension ring / large / hard / shown with a 3.60ct size RBC CZ (10 mm) / In Platinum $7950 / In 18k gold $5595 (Steel sample for display only) (WITH EDDIE IN NY) | $489.41 | $7,950.00 |
| 19549 | 47/05/2774/O | | The Stuart Moore Collection | MS041/51 | Abamurus / large / soft / tapered / for a 3.0–5.0ct stone / shown with a 3.50ct size RBC CZ (10 mm) / In Platinum $6825 /In 18k gold $4325 (Steel sample is for display only) | $489.41 | $6,825.00 |
| 19549 | 47/05/2775/O | | The Stuart Moore Collection | MS044/11 | Abamurus ring / mini / hard / shown with 1.00ct size RBC CZ (In platinum $5025 / in 18kt gold $3650) (Steel model for display only) (WITH EDDIE IN NY) | $489.41 | $5,025.00 |

| GI# | Stoc Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|-----|-------------|-----|--------|-------|-------------|---------|--------|
| 19549 | 47/05/2776/O | | The Stuart Moore Collection | MS045/11 | Abamurus ring/ mini/ soft/ shown with a 1.00ct size RBC CZ (6.5 mm) In PT $4995 / in 18k gold $3650 (Steel sample is for display only) | $554.81 | $4,995.00 |
| 19549 | 47/05/2781/O | | The Stuart Moore Collection | MS059/32 | Anteris ring/mini/soft/straight/ soft wings/shown with an approx. 3.00ct size Asscher CZ (8 x 8 mm) - In Platinum $4525 In 18k gold $3650/ (Steel sample for display only) (WITH EDDIE IN NY) | $489.41 | $4,525.00 |
| 19549 | 47/05/2782/O | | The Stuart Moore Collection | MS059/31 | Anteris ring/mini/soft/straight/soft wings/ shown with a 1.00ct size RBC CZ Platinum $4525/ In 18k gold $3650 / (Steel sample for display only) | $489.41 | $4,525.00 |
| 18737 | 47/05/2783/O | | The Stuart Moore Collection | MS052/Big/1 | Anteris/ large /soft/ tapered /with soft wings (shown with a 15.00ct size RBC cubic zirconia) In Platinum $10,300/ In 18k gold $7025 (Steel sample for display only) | $489.41 | $10,300.00 |
| 19549 | 47/05/2784/O | | The Stuart Moore Collection | MS052/53 | Anteris/ Large/ soft/tapered/with soft wings (shown with a 5.00ct size EC cubic zirconia) In platinum $7500/ In 18k gold $5525 (Steel sample for display only) | $489.41 | $7,500.00 |
| 19588 | 47/05/2796/O | | Steven Kretchmer Design | OTRSHO | Original Tension ring, (Omega) softened, hard, matte with shiny lips, shown with a 1.25ct size radiant cut CZ-(5.50 x 7.5 x 4.0) / In 18k gold $5650 (SILVER SAMPLE-NOT FOR SALE) | $455.00 | $7,050.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 18799 | 47/06/1017/O | | The Stuart Moore Collection | MP057/CR/31 | Anteris ring/small/ hard /straight/ hard wings in platinum for a 1.00-5.00 ct center stone, with 18 RBC side diamonds, 0.17ct total weight, F/VS, shown with 1.90ct RBC cubic zirconia (8 mm) | $2,464.01 | $6,300.00 |
| 19588 | 47/06/1029/O | | The Stuart Moore Collection | MP161/PR/12 | Petite Abamuns ring / hard/ straight/ in platinum (center stone, up to 2.00 in RBC/Oval, 1.75ct square), and pave set with 16 RBC, 0.07ct total weight/ F/VS/ 1.0mm / shown with a 1.25ct Asscher cut CZ (6x6 mm) | $1,777.72 | $3,995.00 |
| 19549 | 47/06/1030/O | | The Stuart Moore Collection | MP164/PR/11 | Petite Anteris ring / Soft / straight/ in platinum (center stone, up to 2.00 in RBC/Oval, 1.75ct square), and pave set with 16 round brilliant cut diamonds, 0.07ct total weight/ F/VS/ 1.0mm / shown with a 0.75ct size RBC CZ (5.8 mm) | $1,973.92 | $4,550.00 |
| 19549 | 47/06/1032/O | | The Stuart Moore Collection | MP167/CP/11 | Petite Arcati ring / Soft / tapered / in platinum (center stone, up to 2.00 in RBC/Oval, 1.75ct square), channel set with 10 princess cut diamonds, 0.18ct total weight/ F/VVS/ 1.4mm / shown with a 1.00ct size round brilliant cut CZ (6.5 mm) | $2,263.39 | $5,295.00 |
| 19549 | 47/06/1033/O | | The Stuart Moore Collection | MP168/CR/92 | Petite Camber ring / Soft / tapered/ in platinum (center stone, up to 2.00 in RBC/Oval, 2.00ct square), and channel set with 12 round brilliant cut diamonds, 0.15ct total weight/F/VS/ 1.4mm / shown with a 2.00ct size Asscher cut CZ (7.6 x 7.6 mm) | $2,144.58 | $4,995.00 |

| GT# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 19549 | 47/15/1801/O | | Henrich and Denzel | P2620.38 | Platinum hard choker with an 0.01ct F/IF diamond clasp, with an 0.27ct RBC set in a small bezel, F/VS *S* | $2,941.00 | $8,825.00 |
| 15240 | 47/15/2063/O | | Niessing | N163115-VS-P | Platinum coil, 1.5mm thick, 420mm long | $693.77 | $2,550.00 |
| 19549 | 47/15/4409/C | | Carl Dau | Spirale E 2 | Stainless steel neckcoil with bayonett clasp, 2mm 50cm long | $76.80 | $250.00 |
| 17798 | 47/16/0439/O | | Carl Dau | MK-R 31A/B | 18k yellow gold round cufflinks set with two round brilliant cut diamonds, 0.05ct total weight, F/VS, with stainless steel ball and post   S | $944.09 | $2,850.00 |
| 17798 | 47/16/0440/O | | Carl Dau | MK-R 31/PT | Platinum round cufflinks, with stainless steel ball and post S | $1,100.00 | $3,500.00 |
| 17798 | 47/18/2132/O | | Roland Baldauf | DR690-bt06 | 9mm stainless steel ring, tension set w/ a 0.06ct rbc diamond F/VS   S | $250.00 | $840.00 |
| 16814 | 47/24/0285/O | | Stuart Moore | 423135 | Bayonet clasp, in PT, 3.5mm (on 61/15/3805/C) | $216.81 | $625.00 |
| 16919 | 47/24/0292/O | | Stuart Moore | 625801 | Platinum sphere clasp | $173.00 | $495.00 |
| 16919 | 47/24/0293/O | | Stuart Moore | 47/24/0293/O | 18k white gold and diamond clasp, 1.00ct tw, F/VS | $1,135.00 | $3,250.00 |
| 16919 | 47/24/0295/O | | Stuart Moore | 1074 | 18k yellow gold lobster clasp | $92.00 | $275.00 |
| 15268 | 47/25/0424/T | | Stuart Moore | Tourmaline/6.98 | Tourmaline, 6.98ct, Context, pink | $800.04 | $2,200.00 |
| 12126 | 47/25/0438/O | | Stuart Moore | Tourmaline/4.00 | Tourmaline, 4.00ct, Context, pink | $350.00 | $1,100.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 12264 | 47/25/0520/T | | Paul Wild | 5.52ct Asscher Kunzite | Kunzite, 5.52ct, Asscher Cut, Pink | $358.36 | $1,100.00 |
| 17798 | 47/41/1019/O | | Diana Hall | Oval carbon | Oval shaped sterling silver and black carbon fiber pendant | $30.06 | $200.00 |
| 5387 | 47/91/0107/O | | Stuart Moore | 14593CZ | Platinum 3 stone ring mounting set with 3 round brilliant cut CZ's (given to SML by a customer, no paperwork)( This is an example of mass produced quality) | $501.00 | |

| | | | | Totals For This Report | No. Items | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| | | | | | 79 | $98,777.54 | $350,180.00 |

In re Stuart Moore (Newport Beach) Ltd
Chapter 7 Case No. 8:-16-bk-12109 ES

# Newport Beach Inventory
# Held in Newport Beach Safe Deposit Box

# Inventory Report - Filtered Items

| GH# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 14566 | 70/01/1906/N | | Stuart Moore | E30399/80 | Wedding ring, platinum center, with 18k yellow gold edges, 8mm wide, size 64. S | $2,100.00 | $6,400.00 |
| 14410 | 70/01/2619/N | | Repair for SFR/NBR/NYR | MG127 | Fill in deep dents in 18ky gold band for stock #70/01/2619N | $45.00 | $45.00 |
| 13041 | 70/02/2619/N | | Roland Baldauf | Guard rings | 2 stainless steel ring guards, 3mm wide, rounded profile, size 48. | $65.00 | $225.00 |
| 0001 | 70/04/0963/N | | Henrich and Denzel | P5052.01000 | Platinum lockset band with 7 rbc diamonds, 0.84ct tw F/VS, 0.12ct each, size 53.5 | $2,145.12 | $5,596.00 |
| 14566 | 70/04/1965/N | | Niessing | N141790YG | 18k yellow gold, rounded, "tapered" tension ring, 3.3mm x 3.6mm, set with a 0.34ct round brilliant diamond 4.5 mm stone (MATTE) | $2,873.64 | $7,395.00 |
| 9563 | 70/04/2391/N | | Henrich and Denzel | P0308.07 | Platinum lockset band/ 7 round brilliant cut diamonds for 0.56ct total weight, size 57 | $1,354.90 | $3,900.00 |
| 10011 | 70/04/2491/N | | Henrich and Denzel | P0305.24/0 | Platinum memory ring set with 24 round brilliant cut diamonds 1.22cttw F/VS, polished, size 54 | $2,565.86 | $5,960.00 |
| 14004 | 70/04/3356/N | | Stuart Moore | RWP1002 | Eternity band, in platinum, 2mm wide, set with 32 RBC diamonds, 0.72ct tw, F/SI, Size 48 loose (S) | $1,300.00 | $3,900.00 |
| 14253 | 70/04/4197/N | | The Stuart Moore Collection | MP122/PSR | 2mm wide / hard/ straight / in platinum/ pave set on one side with approx. 46 round brilliant cut diamonds, 1.0mm, 0.23ct total weight, F/VS/ matching band for suspension ring, size 51 | $1,390.84 | $4,575.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | | US Cost | Retail |
|---|---|---|---|---|---|---|---|---|
| 14367 | 70/04/4219/N | | Schnider & Hammer | 80116W | 18k gray gold flower petal design ring, set with 14 round brilliant cut diamonds, 0.14ct total weight, F/VS Size 55 (Ring is in SF. Will be shipped to you.) | | $1,536.00 | $4,625.00 |
| 14480 | 70/04/4416/N | | Stuart Moore | MP020/CP/100 | Variation of Aromade band, 7mm wide in platinum, channel set with 12 princess cut diamonds, approximately 2.90cttw, size 55 | | $6,904.50 | $22,795.00 |
| 3189 | 70/05/1178/N | | Steven Kretchmer Design | OF-yg | 18kt. Yellow gold tension set ring for a 1.50ct rbc 4.5mm wide. | | $1,420.00 | $4,300.00 |
| 6654 | 70/05/1558/N | | Niessing | N021714 | 5mm wide 18kt yellow gold "Highend" tension set ring shown with a 1.00ct size RBC CZ, polished, size 53 | | $1,708.51 | $5,495.00 |
| 8700 | 70/05/1609/N | | Niessing | BR21714 | 9mm wide 18kt yellow gold Highend tension set ring shown with a 3.00ct asscher cut CZ, matte, size 54 | | $2,580.40 | $8,375.00 |
| 12752 | 70/05/2089/N | | Steven Kretchmer Design | OF 1.25 | 950 quality platinum polished "Omega" 4.5mm wide tension set ring set w/ 1.75ct rbc stone, size 53 | | $1,812.42 | $6,150.00 |
| 6403 | 70/05/2269/N | | Niessing | N19195SPT | 3mm wide Platinum "victory" ring set with a 0.24ct RBC diamond, F/VS, matte, size 53 | | $1,805.60 | $5,795.00 |
| 13265 | 70/05/2364/N | | The Stuart Moore Collection | MP062/PR/1 | Suspension ring / medium / hard / in platinum, pave set with 24 round brilliant cut diamonds, 0.12ct total weight, (1.0mm) and shown with a 1.50ct size round brilliant cut CZ | | $3,125.00 | $7,750.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 14566 | 70/05/2425/N | | The Stuart Moore Collection | MP066/1 | Petite Suspension ring/ Hard/ in platinum for a RBC between 0.50ct and 1.00ct (shown with a 0.75ct size RBC CZ) | $1,820.45 | $4,925.00 |
| 12572 | 70/05/2572/N | | The Stuart Moore Collection | MP247/3 | New Campata ring/ 6.1 to 7mm wide/ straight/ in 18kt yellow gold, shown with a 2.00ct emerald cut CZ / IN PLATINUM $8850/ IN 18K GOLD $5095 | $2,169.88 | $5,095.00 |
| 13917 | 70/05/2731/N | | The Stuart Moore Collection | MS059/34 | Anteris ring, mini, soft, straight, soft wings /shown with a 1.50ct size princess cut CZ / In Platinum $4525 / In 18k gold $3650 (Steel sample for display only) | $489.41 | $4,525.00 |
| 12813 | 70/05/2732/N | | The Stuart Moore Collection | MS054/51 | Anteris ring/ medium/ soft / tapered / with soft wings (shown with a 3.50ct size RBC CZ) / In Platinum $7275 / In 18k gold $5475 (Steel sample for display only) | $489.41 | $7,275.00 |
| 12461 | 70/05/2733/N | | The Stuart Moore Collection | MP110N/91 | New Camber ring, Large, tapered, in platinum for a 2.50ct- 3.50ct stone, currently shown with an asscher cut CZ / IN 18K GOLD $5395 | $1,711.13 | $5,895.00 |
| 12813 | 70/05/2734/N | | The Stuart Moore Collection | MS051/Big/2 | Anteris ring / large/ hard /tapered/hard wings/ shown with a 10ct Asscher cut CZ / In Platinum $10,050/ In 18k gold $6925 (Steel sample for display only) | $489.41 | $10,050.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 12461 | 70/05/2739/N | | The Stuart Moore Collection | MG110N/91 | New Camber ring. Large, tapered, in 18kt yellow gold, for a 2.50ct- 3.50ct stone/ shown with a round brilliant cut CZ / IN PLAT $5450 | $1,193.55 | $4,325.00 |
| 12571 | 70/05/2750/N | | The Stuart Moore Collection | MS245N/1 | New Campata ring/ 4.1 to 5mm wide/ straight/ shown with a 0.80ct size RBC CZ/ IN PLATINUM $5950/ IN 18K GOLD $4195. (Steel sample for display only) | $487.23 | $5,950.00 |
| 12571 | 70/05/2751/N | | The Stuart Moore Collection | MS247N/2 | New Campata ring/ 6.1 to 7mm wide/ straight/ shown with a 1.50ct size Asscher CZ/ IN PLATINUM $7800/ IN 18K GOLD $5095. (Steel sample for display only) | $487.23 | $7,800.00 |
| 12629 | 70/05/2756/N | | The Stuart Moore Collection | MS066N/1 | New Petite Suspension ring/ hard/ for a RBC between 0.50ct and 1.00ct (shown with a 0.75ct size RBC CZ) In platinum $4925 / in 18k gold $3350 (Steel sample for display only) | $489.41 | $4,925.00 |
| 12629 | 70/05/2757/N | | The Stuart Moore Collection | MS065/1 | Suspension ring/ small/ soft/ for not smaller than a 1.00ct RB (shown with a 1.50ct size RBC CZ) In platinum $5650 / in 18k gold $4675 (Steel sample for display only) | $489.41 | $5,650.00 |
| 13316 | 70/05/2758/N | | The Stuart Moore Collection | MS064/1 | Suspension ring/ small/ hard/ for not smaller than a 0.75ct RBC (shown with a 1.50ct RBC CZ) In platinum $5575 / in 18k gold $4500 (Steel sample for display only) | $489.41 | $5,575.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 12629 | 70/05/2760/N | | The Stuart Moore Collection | MS061/1 | Suspension ring/ large/ soft/ for not smaller than a 2.50ct size RBC (shown with a 4.00ct size RBC CZ) / In platinum $8125 / in 18k gold $5800 (Steel sample for display only) | $489.41 | $8,125.00 |
| 14566 | 70/05/2762/N | | The Stuart Moore Collection | MS060/1 (6.50ct) | Suspension ring/ large/ hard/ shown with a 6.50ct RBC CZ/ In platinum $9995 / in 18k gold $5150 (Steel sample for display only) | $489.41 | $9,995.00 |
| 12682 | 70/05/2778/N | | The Stuart Moore Collection | MS040/52 | Abamurus ring / large / hard / tapered / for a 3.00 -3.50ct stone / shown with a 4.00ct size Asscher cut CZ / In Platinum $6925 / In 18kt gold $4375 (steel sample for display only) | $489.41 | $6,925.00 |
| 12682 | 70/05/2779/N | | The Stuart Moore Collection | MS041/55 | Abamurus ring / large / soft / tapered / for a 3.00 -3.50ct stone / shown with a 3.50ct oval cut CZ / In Platinum $6825 / In 18kt gold $4325 (steel sample for display only) *PAOLO IS BORROWING TO MAKE S/O FOR COLIN MORAWSKI NB1063259* | $489.41 | $6,825.00 |
| 12682 | 70/05/2780/N | | The Stuart Moore Collection | MS044/12 | Abamurus ring / mini / hard / shown with a 1.00ct size Asscher cut CZ / In Platinum $5025/ In 18kt gold $3650 (steel sample for display only) | $489.41 | $5,025.00 |
| 12746 | 70/05/2789/N | | The Stuart Moore Collection | MS247/N6 | New Campata ring/ 6.1 to 7mm wide/ straight/ shown with a 2.00ct emerald cut CZ/ IN PLATINUM $7800/ IN 18K GOLD $5095 (steel sample not for sale) | $397.85 | $7,800.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 12746 | 70/05/2790/N | | The Stuart Moore Collection | MS247N/3 | New Campata ring/ 6.1 to 7mm wide/ straight/ shown with a 1.75ct emerald cut CZ/ IN PLATINUM $7800/ IN 18K GOLD $5095 (steel sample not for sale) | $397.85 | $7,800.00 |
| 12746 | 70/05/2791/N | | The Stuart Moore Collection | MS248N/6 | New Campata ring/ 7.1 to 8mm wide/ straight/ shown with a 2.00ct radiant cut CZ/ IN PLATINUM $8895 / IN 18K GOLD $5495 (steel sample not for sale) | $397.85 | $8,895.00 |
| 12746 | 70/05/2792/N | | The Stuart Moore Collection | MS111N/91 | New Camber ring, medium, tapered, in platinum, for a 1.50ct – 2.50ct stone/ shown with a 1.50ct RBC CZ/ IN PLATINUM $5225 / IN 18K GOLD $3995 (steel sample not for sale) | $430.55 | $5,225.00 |
| 12746 | 70/05/2793/N | | The Stuart Moore Collection | MS112N/91 | New Camber ring, small, tapered, in platinum, for a 0.80ct – 1.50ct stone/ shown with a 1.00ct RBC CZ/ IN PLATINUM $4550 / IN 18K GOLD $3700 (steel sample not for sale) | $430.55 | $4,550.00 |
| 12746 | 70/05/2794/N | | The Stuart Moore Collection | MS113N/91 | New Camber ring, mini, tapered, for a 0.50ct -0.80ct stone/ shown with 0.80ct RBC CZ / In Platinum $3925 / In 18k gold $3275 (Steel sample for display only) | $489.41 | $3,925.00 |
| 12851 | 70/05/2795/N | | Steven Kretchmer Design | OR | Original Tension Ring, (Omega) Round, shown with a 0.75ct size RBC CZ (6.0mm x 6.0mm sx 3.8mm) | $430.00 | $5,150.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|-----|--------|-----|--------|-------|-------------|---------|--------|
| 12851 | 70/05/2798/N | | Steven Kretchmer Design | OTRSHO | Original Tension ring, (Omega) softened, hard, matte with shiny lips, shown with a 1.25ct size radiant cut CZ-(5.50 x 7.5 x 4.0) / In 18k gold $5650 (SILVER SAMPLE-NOT FOR SALE) | $430.00 | $7,050.00 |
| 12851 | 70/05/2801/N | | Steven Kretchmer Design | OTRHO6 | Original Tension ring, (Omega) hard, 62% one matte/2 shiny, shown with a 0.75ct size RBC CZ-(6.0 x 6.0 x 3.80) /In 18k gold $4000 (SILVER SAMPLE-NOT FOR SALE) | $400.00 | $5,150.00 |
| 12851 | 70/05/2807/N | | Steven Kretchmer Design | OTRTWHLPR | Original Tension ring, (Truncated Wing) Helix for left hand, shiny, shown with a 1.50ct size princess cut CZ-(6.5 x 6.5 x 4.2) / In 18k gold $5150 (SILVER SAMPLE-NOT FOR SALE) | $490.00 | $6,595.00 |
| 12813 | 70/05/2818/N | | The Stuart Moore Collection | MS051/Big/1 | Anteris ring / large/ hard /tapered/hard wings/ shown with a 16.00ct size RBC CZ / In Platinum $10050 / In 18k gold $6925 (Steel sample for display only) | $489.41 | $10,050.00 |
| 13997 | 70/05/2987/N | | The Stuart Moore Collection | MS060/1 | Suspension ring/ large/ hard / shown with a 3.50ct size RBC cubic zirconia (Steel sample for display only) | $259.00 | $7,950.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 13013 | 70/06/0934/N | | The Stuart Moore Collection | C3/1.5 | Classique Platinum ring set with a 1.50ct size round brilliant cut center CZ (7.4mm) and two tapered baguette cut side CZ's (6.0 x 4.0 x 3.0) approx. 1.25ct total weight. (w/o sidestones ~$8850) | $2,662.00 | $19,250.00 |
| 11736 | 70/06/1024/N | | The Stuart Moore Collection | MP161/PR/22 | Petite Abamurus ring / hard/ straight / in platinum (center stone, up to 2.00 in RBC/Oval, 1.75ct square), and pave set with 16 RBC, 0.07ct total weight/ 1.0mm / shown with a 1.25ct Asscher cut CZ | $1,649.52 | $3,995.00 |
| 9620 | 70/06/1025/N | | The Stuart Moore Collection | MP164/PR/21 | Petite Anteris ring / Soft / straight / in platinum (center stone, up to 2.00 in RBC/Oval, 1.75ct square), and pave set with 16 round brilliant cut diamonds, 0.07ct total weight/ F/VVS/ 1.0mm / shown with a 1.25ct RBC CZ | $1,945.72 | $4,550.00 |
| 7579 | 70/06/1027/N | | The Stuart Moore Collection | MP167/CP/22 | Petite Arcati ring / Soft / tapered / in platinum (center stone, up to 2.00 in RBC/Oval, 1.75ct square), and channel set with 10 princess cut diamonds, 0.18ct total weight/ F/VVS/ 1.4mm / shown with a 1.50ct size Asscher cut CZ. / IN 18K GOLD $4475 | $2,236.39 | $5,295.00 |
| 14566 | 70/06/1171/N | | Henrich and Denzel | P2594.01/108 | Platinum halo ring shown with a 2.50ct size RBC CZ and pave set with 186 RBC diamonds, 1.18cttw, F/VS, size 53 | $4,234.65 | $14,950.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 11995 | 70/06/1172/N | | Henrich and Denzel | P2595.01/0 | Platinum halo ring shown with a 3.00ct size cushion cut CZ and pave set with 192 RBC diamonds, 1.27cttw, F/VS, size 53 | $5,260.00 | $15,775.00 |
| 14635 | 70/06/1294/N | | Michael Barin | 3 RM French | "Halo" ring mounting in . platinum, pave set with 0.85ct tw RBC diamonds (French cut single row of diamonds on band) shown with a 2.50ct RBC CZ, size 52.5 Stuart Moore owns this ring - sell as is | $4,700.00 | $12,950.00 |
| 13536 | 70/10/1394/N | | Henrich and Denzel | P2947.09/100 | Platinum bezel earring | $976.04 | $2,750.00 |
| 12968 | 70/10/2946/N | | The Stuart Moore Collection | Classique/1.23 | Classique earrings, in platinum shown with two 0.60ct size RBC CZs, 1.20ct total weight | $494.00 | $1,550.00 |
| 9773 | 70/11/3137/N | | The Stuart Moore Collection | Classique/Pendant/1.50 | Classique pendant, in platinum, shown with a 2.30ct orange/brown RBC diamond. Diamond is $11,500 (TM#8206) | $370.00 | $1,050.00 |
| 14741 | 70/11/3817/N | | Henrich and Denzel | G5216.01/120 | 18k yellow gold infinity pendant set with 35 RBC diamonds, 0.36ct total weight, F/VS, on a brown leather coil. | $1,227.00 | $3,850.00 |
| 7250 | 70/14/1610/N | | Andre Ribeiro | S 25 | Black rubber 2.5mm thick neck coil with 18k grey gold clasp 42cm long | $75.25 | $400.00 |
| 7401 | 70/14/2251/N | | Carl Dau | Spirale E 1.2 | Stainless steel neckcoil with bayonett clasp, 1.2mm 40cm  (Ring as NBB!) | $74.32 | $225.00 |
| 14186 | 70/14/2260/N | | Carl Dau | Spirale E 1.2 | Stainless steel neckcoil with bayonett clasp, 1.2mm 38cm | $74.32 | $225.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 7401 | 70/14/2261/N | | Carl Dau | Spirale E 1.2 | Stainless steel neckcoil with bayonett clasp, 1.2mm 38cm (Ring as NBB!) | $74.32 | $225.00 |
| 7401 | 70/14/2262/N | | Carl Dau | Spirale E 1.2 | Stainless steel neckcoil with bayonett clasp, 1.2mm 38cm (Ring as NBB!) | $74.32 | $225.00 |
| 7401 | 70/14/2264/N | | Carl Dau | Spirale E 1.2 | Stainless steel neckcoil with bayonett clasp, 1.2mm 40cm (Ring as NBB!) | $74.32 | $225.00 |
| 7401 | 70/14/2266/N | | Carl Dau | Spirale E 1.2 | Stainless steel neckcoil with bayonett clasp, 1.2mm 40cm (Ring as NBB!) | $74.32 | $225.00 |
| 7401 | 70/14/2267/N | | Carl Dau | Spirale E 1.2 | Stainless steel neckcoil with bayonett clasp, 1.2mm 38cm | $74.32 | $225.00 |
| 11858 | 70/14/2437/N | | Niessing | N163112-VS | Platinum neck coil, 1.2mm thickness, with clasp 38cm length | $680.00 | $2,050.00 |
| 2379 | 70/15/2089/N | | Niessing | N163115-VS-P | Platinum neckcoil /42cm/16.5 inches length, 1.5mm thick | $700.00 | $2,550.00 |
| 7401 | 70/16/0443/N | | Carl Dau | MK-R 31/A | 18k yellow gold round cufflinks with stainless steel ball and post. *S* | $820.00 | $2,450.00 |
| 7401 | 70/16/0445/N | | Carl Dau | MK-R 31/Pt | Platinum round cufflinks with stainless steel ball and post. *S* | $1,150.00 | $3,500.00 |
| 14474 | 70/18/0849/N | | Carl Dau | SR-A3 | Stainless steel and titanium ring/ size 55 / special width-12mm wide.  S | $166.80 | $500.00 |
| 9174 | 70/18/0852/N | | Carl Dau | SR-A3 | Stainless steel and titanium ring/ size 55 / special width-12mm wide.  S | $166.80 | $500.00 |

| GH# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 13674 | 70/18/2587/N | | Carl Dau | SR-A 14 | 10mm wide stainless steel and titanium ring with 18kt yellow gold stripe in center, size 60. S | $308.80 | $925.00 |
| 14652 | 70/18/2849/N | | Heiko Schrem | Ring 6 Tahii | Stainless steel bypass ring, 14mm wide, set with a 9-10mm cultured Tahitian pearl, size 54.5 | $418.56 | $1,050.00 |
| 13840 | 70/19/0740/N | | Carl Dau | The Bow | The Carl Dau watch / Swiss made / Quartz movement / sapphire crystal / Black leather strap / Large | $932.00 | $2,800.00 |
| 14456 | 70/43/06977/C | | Carl Dau | A-B1 1/AK | Stainless steel wide bracelet with 18k yellow gold middle parts (24cm long) | $726.40 | $2,195.00 |
| 14651 | 70/43/0718/N | | Stuart Moore | Leather bracelet | Braided Italian leather 6mm wide bracelet, 7 inches long, silver ends | $40.00 | $200.00 |
| 0493 | 70/45/1225/N | | Carl Dau | Kette E-2 | Steel mesh necklace, 38cm. No sizing available S | $195.00 | $395.00 |
| 0493 | 70/45/1227/N | | Carl Dau | Kette E-2 | Steel mesh necklace, 38cm. No sizing available S | $195.00 | $395.00 |
| 0493 | 70/45/1229/N | | Carl Dau | Kette E-2 | Steel mesh necklace, 40cm S | $195.00 | $395.00 |
| 13160 | 70/45/1232/N | | Carl Dau | Kette E-2 | Steel mesh necklace, 42cm S | $195.00 | $395.00 |
| 0493 | 70/45/1233/N | | Carl Dau | Kette E-2 | Steel mesh necklace, 42cm S | $195.00 | $395.00 |
| 0493 | 70/45/1236/N | | Carl Dau | Kette E-2 | Steel mesh necklace, 42cm. S | $195.00 | $395.00 |
| 0493 | 70/45/1254/N | | Carl Dau | Spirale E-2 | Steel neckcoil, 2mm thick, 40cm | $195.00 | $395.00 |
| 13316 | 70/46/0188/N | | Roland Baldauf | SC4-015-1 | Stainless steel neck coil, 1.5mm thick, 40cm long | $34.00 | $150.00 |
| 12913 | 70/48/0844/N | | Carl Dau | SR-C 31 | Steel ring with vaulted silver inlay, SIZE 52 . S | $82.11 | $335.00 |

| GH# | Stock# | TM# | Vendor | Style | Description | No. Items | US Cost | Retail |
|-----|--------|-----|--------|-------|-------------|-----------|---------|--------|
| 13196 | 70/48/0908/N | | Carl Dau | VR 15 | Two part ring, 5mm titanium, 3mm sterling silver, size 56. S | | $153.60 | $475.00 |

**Totals For This Report**

| No. Items | US Cost | Retail |
|-----------|---------|--------|
| 86 | $87,123.11 | $402,691.00 |

# Newport Beach Inventory
# Held in San Francisco Safe Deposit Box

# Inventory Report - Filtered Items

| G# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 19731 | 70/01/1217/N | | Nathan Levy Designs | 402 | 18kt yellow gold 10mm "scroll work" ring | $2,900.00 | $8,700.00 |
| 8037 | 70/01/1464/N | | The Stuart Moore Collection | SPR625 | Ying Yang band/ 5mm wide/ soft/ in platinum and 18kt rose gold size 62 | $1,960.00 | $5,695.00 |
| 6819 | 70/01/1481/N | | The Stuart Moore Collection | SPP636 | Male- Female band/ 6mm wide/ flat/ in platinum size 62 | $2,751.00 | $8,225.00 |
| 6819 | 70/01/1592/N | | The Stuart Moore Collection | SPPP568 | Triband / 8mm wide / flat/ centered/ in platinum size 63 ( Loan to Sam Okner ) | $2,558.00 | $7,625.00 |
| 6819 | 70/02/1447/N | | The Stuart Moore Collection | SPP616 | Ying-Yang band/ 6mm wide/ flat/ in platinum size 53 | $2,215.00 | $7,750.00 |
| 18916 | 70/02/2235/S | | The Stuart Moore Collection | MG122 | 2mm wide/ hard / straight /18k yellow gold band / size 53 Small $950/ Large $1025 | $624.00 | $1,850.00 |
| 17798 | 70/02/2305/N | | Stuart Moore | MG100/100 | Variation of a Galassia band in 18kt rose gold, flat profile in 4mm wide, matte finish, size 47  S | $381.22 | $1,250.00 |
| 19588 | 70/02/2312/N | | The Stuart Moore Collection | MP133 | 3mm wide / soft / straight/ platinum band / Small $2195, Large $2395 | $800.00 | $2,395.00 |
| 17798 | 70/02/2607/N | | Henrich and Denzel | G1904.40/0 Rose | 18k rose gold wedding ring, Profile 2 (Shown in 4mm) size 54  S | $574.86 | $1,150.00 |
| 19549 | 70/04/1956/N | | Niessing | N141792PT | Platinum, "round" ring, 3.1mm width x 3.1mm height, tension set with a 0.15ct round brilliant F/VS diamond 3.5mm stone (POLISHED) | $2,293.06 | $5,950.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 19006 | 70/05/2276/N | | The Stuart Moore Collection | MP062/PR/1 | Suspension ring / medium / hard / in platinum, pave set with 24 round brilliant cut diamonds, 0.12ct total weight, (1.0mm) and shown with a 1.50ct size round brilliant cut CZ | $3,132.40 | $7,750.00 |
| 7285 | 70/05/2435/N | | The Stuart Moore Collection | MP065/1 | Suspension ring/small/soft/ in platinum for not smaller than 1.00ct RBC. Shown with a 1.00ct rbc CZ | $2,050.00 | $5,650.00 |
| 19549 | 70/05/2458/N | | The Stuart Moore Collection | Color/Tourmaline/2.51 | Platinum box ring, set in center with a 2.51ct Context cut pink tourmaline, (AGTA report 94004510)and pave set with 32 RBC diamonds, 0.16ct total weight, F/VS *S* (50% Original Price $14,950) | $4,779.97 | $7,475.00 |
| 19588 | 70/05/2804/N | | Steven Kretchmer Design | OTRFFL | Original Tension ring, (Fancy figure 8) matte, shown with a 1.25ct size RBC CZ- (7.0 x 7.0 x 4.2) / In PT $6875/ In 18k gold $5175 (SILVER SAMPLE-NOT FOR SALE) | $500.00 | $6,500.00 |
| 19588 | 70/06/1199/N | | Steven Kretchmer Design | OTRSUSH | Original Tension ring, (Soft-Undercut Shoulder) with 5 scattered melee, 1/2 matte, shown with a 0.75ct size RBC CZ- (6.0 x 6.0 x 3.80) / In 18k gold $4600 (SILVER SAMPLE-NOT FOR SALE) | $500.00 | $5,195.00 |
| 7464 | 70/11/1702/N | | The Stuart Moore Collection | Classique/1.74 /Necklace | Platinum pendant, set with a 1.74ct Square emerald cut Iolite (10 x 8mm ) (chain not included) S | $690.00 | $1,890.00 |

| GI# | Stock# | TM# | Vendor | Style | Description | US Cost | Retail |
|---|---|---|---|---|---|---|---|
| 17798 | 70/11/2711/N | | Carl Dau | 70/11/2711/N | 3 sphere Dural pendant, 12mm diameter, Mocha/Creme/Sand, on a plastic neckwire, 40cm (WRITE OFF -GIVEN AWAY 4/1/16) | $224.60 | $650.00 |
| 18326 | 70/14/2245/N | | Carl Dau | 70/14/2245/n | Neckwire, plastic with stainless steel bayonett clasp, 1.2mm thick, 40cm (WRITE OFF -GIVEN AWAY 4/1/16) | $262.58 | $750.00 |
| 18326 | 70/14/2248/N | | Carl Dau | 70/14/2248/N | Neckwire, plastic with stainless steel bayonett clasp, 1.2mm thick, 40cm, with brown, red, sand, red/blue/orange dural balls (WRITE OFF -GIVEN AWAY 4/1/16) | $262.58 | $1,150.00 |
| 19549 | 70/14/2510/N | | Roland Baldauf | SC4-015-1 | Stainless steel neck coil, 1.5mm thick, 40cm long | $34.95 | $195.00 |
| 7220 | 70/24/0257/N | | Carl Dau | HSN-F/E Schloss | Steel navette fine clasp | $42.24 | $75.00 |
| 14885 | 70/25/0511/N | | Groh & Ripp | 15.97 ct morganite pear | Morganite, 15.97ct, pear, pale pink in platinum pendant S | $399.25 | $1,150.00 |
| 17798 | 70/43/0013/N | | Tina Frey Designs | J-05 Ebony | "Noodle" resin cuff, 1 inch thick bracelet, Ebony | $70.00 | $295.00 |
| 19549 | 70/45/1226/N | | Carl Dau | Ketto E-2 | Steel mesh necklace 38cm | $46.63 | $150.00 |
| 19549 | 70/45/1249/N | | Carl Dau | Spirale E-2 | Steel neckcoil, 2mm thick, 40cm | $49.28 | $250.00 |
| 18916 | 70/47/0486/N | | Ana Robledo | Ovalos Necklace | "Ovalos" sterling silver necklace | $708.50 | $2,000.00 |

| Totals For This Report | No. Items | US Cost | Retail |
|---|---|---|---|
| | 34 | $48,534.27 | $141,690.00 |

# EXHIBIT 4

**Dr. Loraine M. Lawrence**
**Rev. Charles A.E. Lawrence**

# Demand Loan Note dated February 26, 2015

# stuart moore

new york . newport beach . san francisco

DEMAND LOAN NOTE                          February 26, 2015

Between

Rev Charles  A E Lawrence        and    Stuart Moore (USA) Ltd  (The Borrower)
With
Dr Loraine M Lawrence (The Lenders)
18 Ockenden                               411 West Broadway
Constitution Hill                         New York
Woking                                    NY 10012
Surrey                                    USA
GU227 EW
England

This demand note is to document the terms of a Bridge Loan for $125,000 the
Lawrence's have made to Stuart Moore (USA) Ltd.

The one-time interest payment on this loan is 12%. The loan and interest is to be paid in
one of two ways:

1) Upon completion of the sale of the borrower.
2) Should the borrower not be sold by February 26, 2016, an interest payment of
$15,000 will be due on that date. The Lender and the Borrower will discuss repayment of
the principal over the next 12 months in a manner that fits the Lender's requirements. It
is understood that the Lender might want use of the funds and will give the Borrower at
least 6- months notice of the date of such requirement.
3) Should Stuart Moore (USA) Ltd not sell by February 26, 2016, the loan shall start to
pay interest of 8% PA on a monthly basis, starting February 27, 2016.
4) This Bridge Loan of $125,000 shall be secured by a UCC1 Filing against the inventory
of the Borrower.

This loan is guaranteed by all the assets of Stuart Moore (USA) Ltd and its three
subsidiaries.

Stuart Moore (on behalf of Stuart Moore (USA) Ltd and its three subsidiaries.



1089 newport center drive . newport beach . ca 92660 . ph 949.644.0501 . stuartmoore.com

# Demand Loan Note dated March 27, 2015

# stuart moore

new york . newport beach . san francisco

DEMAND LOAN NOTE (2)                    March 27, 2015

Between

Rev Charles A E Lawrence and Dr Loraine M. Lawrence (The Lender)

with

18 Ockenden                Stuart Moore (USA) Ltd. (The Borrower),
Constitution Hill          411 West Broadway
Woking                     New York,
Surrey                     NY 10012
GU227 EW.                  USA
England

This second demand note, adding to the one dated February 26, 2015, is to document the terms of a Bridge Loan for $125,000 the Lawrences have made to Stuart Moore (USA) Ltd.

The One-Time interest payment on this loan is 12%. The loan and interest is to be paid in one of two ways:
1) Upon completion of the sale of the borrower.
2) Should The Borrower not be sold by March 26, 2016, an interest payment of $15,000 will be due on that date. The Lender and The Borrower will discuss repayment of the principal over the next 12 months in a manner that fits the Lenders requirements. It is understood that The Lender might want use of the funds and will give the Borrower at least 6-months notice of the date of such requirement.
3) Should Stuart Moore (USA) Ltd not sell by March 26, 2016 the loan shall start to pay interest of 8% PA on a monthly basis, starting February 27, 2016.
4) This Bridge Loan of $125,000 shall be secured by the same UCC1 Filing as the one dated February 26, 2015 against the inventory of the Borrower. Thus the total protected under the UCC1 security filing by the two loan agreements is $250,000.

The security for this loan is all the assets of Stuart Moore (USA) Ltd and its three subsidiaries including:

awarded
decade's most inspirational designs
platinum guild international

Inventory
Furniture
Tools, Machines & Equipment
The trading name: Stuart Moore
The Website and other internet programs' name: Stuart Moore.com
Customer list

Stuart Moore (on behalf of Stuart Moore (USA) Ltd and its three subsidiaries)

# UCC-1 Financing Statement filed on 2/24/2015



SECRETARY OF STATE

STATE OF CALIFORNIA

## UCC Filing Acknowledgement

02/25/2015

Page 1 of 2

GREGORY-HOLDEN CORPORATE SERVICES
901 H STREET, STE 400
SACRAMENTO CA 95814

| | |
|---|---|
| 3 or more pages: | $20.00 |
| Special Handling Fee: | $6.00 |
| Total Fee: | $26.00 |

The California Secretary of State's Office has received and filed your document. The information below reflects the data that was indexed in our system. Please review the information for accuracy. Included is an image of the filed document to assist you in your review. If you find a potential error, please notify the UCC Section at the number listed below at your earliest convenience.

**Filing Type: Financing Statement**          **File Date: 02/24/2015**          **File Time: 13:42**

**Filing Number: 15-7451944303**          **Lapse Date: 02/24/2020**

Debtor(s):
ORGANIZATION          **STUART MOORE (USA) LTD**

**411 WEST BROADWAY NEW YORK NY USA 10012**

ORGANIZATION          **STUART MOORE (NEW YORK) LTD**

**411 WEST BROADWAY NEW YORK NY USA 10012**

ORGANIZATION          **STUART MOORE (NEWPORT BEACH) LTD.**

**1089 NEWPORT CENTER DRIVE NEWPORT BEACH CA USA 92660**

ORGANIZATION          **STUART MOORE (SAN FRANCISCO) LTD.**

**1898 UNION STREET SAN FRANCISCO CA USA 94123**

Secured Party(ies):
INDIVIDUAL          **LAWRENCE, CHARLES AND LORAINE, ,**

**18 OCKENDEN, CONSTUITUTION HILL WOKING SURREY GBR GU227EW**

Filing by  the Secretary of State is not conclusive proof  that all conditions for securing priority have been met. Ensuring that accurate information is on the document to be filed is the responsibility of the filing party. If this filing is challenged, the Secretary of State does not guarantee that the filing is legally sufficient to secure priority under UCC Article 9 and expressly disclaims any liability for failure of the filing party to secure priority resulting from the information contained in the filed document, or the lack of information   on the filed document.

UNIFORM COMMERCIAL CODE 1500 11TH STREET, 2ND FL  · SACRAMENTO, CA 95814  · PO BOX 942835  · SACRAMENTO, CA 94235-0001  · (916) 653-3516  · HTTPS://UCCCONNECT.SOS.CA.GOV

PROGRAMS  ARCHIVES, BUSINESS PROGRAMS, ELECTIONS, INFORMATION TECHNOLOGY, CALIFORNIA STATE HISTORY MUSEUM,
MANAGEMENT SERVICES, SAFE AT HOME, DOMESTIC PARTNERS REGISTRY, NOTARY PUBLIC, POLITICAL REFORM

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**15–7451944303**

**02/24/2015 13:42**

**FILED**

CALIFORNIA
SECRETARY OF STATE

SOS

47425880002    UCC 1 FILING

A. NAME & PHONE OF CONTACT AT FILER (optional)
Rev. Charles A. E. Lawrence and Dr. Loraine M. Lawrence

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Rev. Charles A.E. Lawrence and Dr. Loraine M. Lawrence
18 Ockendan
Constitution Hill
Woking Surrey
GU 227EW England

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name), if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| STUART MOORE (USA) Ltd | | | | |

| OR | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 411 West Broadway | New York | NY | 10012 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name), if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| STUART MOORE (New York) Ltd | | | | |

| OR | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 411 West Broadway | New York | NY | 10012 | USA |

3. SECURED PARTY'S NAME (or NAME OF ASSIGNEE of ASSIGNOR SECURED PARTY)  Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

| OR | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|---|
| | Lawrence | Charles and Loraine | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 18 Ockendan, Constitution Hill | Woking Surrey | | GU 227EW | UK |

4. COLLATERAL: This financing statement covers the following collateral

All of the inventory, furniture, fixtures, machinery and equipment, cash on hand and in depository accounts owned by Debtor wheresoever located but including Stuart Moore (Newport Beach) Ltd, 1089 Newport Center Drive, Newport Beach, California, 92660; Stuart Moore (San Francisco) Ltd, 1896 Union Street, San Francisco, California, 94123; Stuart Moore Ltd, 411 West Broadway, New York, New York 10012, as well as all attachments related to equipment, additions and all accessories necessary for the operation of the equipment and all modifications, repairs, replacements, proceeds and improvements.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions)    ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction    ☐ Manufactured-Home Transaction    ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien    ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable)    ☐ Lessee/Lessor    ☐ Consignee/Consignor    ☐ Seller/Buyer    ☐ Bailee/Bailor    ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

## UCC FINANCING STATEMENT
**FOLLOW INSTRUCTIONS**

**15-7451944303**

**02/24/2015 13:42**

**FILED**
CALIFORNIA
SECRETARY OF STATE

**SOS**

47425880002    UCC 1 FILING

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Rev. Charles A. E. Lawrence and Dr. Loraine M. Lawrence

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO:   (Name and Address)**
Rev. Charles A.E. Lawrence and Dr. Loraine M. Lawrence
18 Ockenden
Constitution Hill
Woking Surrey
GU 227EW England

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| STUART MOORE (USA) Ltd | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 411 West Broadway | New York | NY | 10012 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| STUART MOORE (New York) Ltd | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 411 West Broadway | New York | NY | 10012 | USA |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY)  Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| Lawrence | Charles and Loraine | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 18 Ockenden, Constitution Hill | Woking Surrey | | GU 227EW | UK |

**4. COLLATERAL:** This financing statement covers the following collateral

All of the inventory, furniture, fixtures, machinery and equipment, cash on hand and in depository accounts owned by Debtor wheresoever located but including Stuart Moore (Newport Beach) Ltd, 1089 Newport Center Drive, Newport Beach, California, 92660; Stuart Moore (San Francisco) Ltd, 1898 Union Street, San Francisco, California, 94123; Stuart Moore Ltd, 411 West Broadway, New York, New York 10012, as well as all attachments related to equipment, additions and all accessories necessary for the operation of the equipment and all modifications, repairs, replacements, proceeds and improvements.

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility    **6b.** Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION** (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**

UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

# UCC FINANCING STATEMENT ADDENDUM

**FOLLOW INSTRUCTIONS**

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

**9a. ORGANIZATION'S NAME**

STUART MOORE (USA) Ltd

OR

**9b. INDIVIDUAL'S SURNAME**

**FIRST PERSONAL NAME**

**ADDITIONAL NAME(S)/INITIAL(S)**    **SUFFIX**

47425880002

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**10. DEBTOR'S NAME:** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

**10a. ORGANIZATION'S NAME**

STUART MOORE (Newport Beach) Ltd.

OR

**10b. INDIVIDUAL'S SURNAME**

**INDIVIDUAL'S FIRST PERSONAL NAME**

**INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)**    **SUFFIX**

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1089 Newport Center Drive | Newport Beach | CA | 92660 | USA |

**11.** ☐ **ADDITIONAL SECURED PARTY'S NAME** or ☐ **ASSIGNOR SECURED PARTY'S NAME:** Provide only one name (11a or 11b)

**11a. ORGANIZATION'S NAME**

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**

**13.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

**14.** This FINANCING STATEMENT:
☐ covers timber to be cut    ☐ covers as-extracted collateral    ☐ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest)

**16.** Description of real estate:

**17. MISCELLANEOUS:**

UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)

# UCC FINANCING STATEMENT ADDENDUM

**FOLLOW INSTRUCTIONS**

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor did not fit, check here ☐

9a. ORGANIZATION'S NAME
STUART MOORE (USA) Ltd

OR

9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S)                    SUFFIX

47425880002

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**10. DEBTOR'S NAME:** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME
STUART MOORE (San Francisco) Ltd.

OR

10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)                    SUFFIX

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1898 Union Street | San Francisco | CA | 94123 | USA |

**11.** ☐ ADDITIONAL SECURED PARTY'S NAME  or  ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral)**

**13.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

**14.** This FINANCING STATEMENT:
☐ covers timber to be cut    ☐ covers as-extracted collateral    ☐ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

**16.** Description of real estate:

**17. MISCELLANEOUS:**

UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)

# Evidence of Funding

# first direct

## Transfer

Date received: 04/06/2016

Expiry date: 02/09/2016

04/06/2016 11:53

To: Dr Loraine Lawrence
Re: Transfer

Thank you for your call today.

Please accept this message as confirmation that your payment was sent on 24-Feb-2015.

USD 125000.00 @ 1.527 = £81859.86 in favour of Stuart Moore (California) LTD at HSBC Bank, USA; details as provided.

Our charge was £10.00. Please be aware that charges may have been incurred at the intermediary and/or the beneficiary bank.

As you have requested the All Charges Remitter (ACR) service we have sent your payment with a message advising the intermediary/beneficiary banks to credit the full amount to their customer.

The payment should have arrived at the beneficiary bank within 2 to 5 business days.

The payment has been sent under reference GBF24025H5530I68

Please contact us if you require anything further.

Regards

Debra Astley
Foreign Services

**first direct** is a division of HSBC Bank plc. © HSBC Bank plc 2008. All Rights Reserved. *Member* HSBC ◀▶ *Group*.
Because we want to make sure we're doing a good job, we may monitor or record our calls. We hope you don't mind.

# first direct

## Transfer

Date received: 04/06/2016                                    Expiry date: 02/09/2016

04/06/2016 11:59

To: Dr Loraine Lawrence
Re: Transfer

Thank you for your call today.

Please accept this message as confirmation that your payment was sent on 27-Mar-2015.

USD 125000.00 @ 1.469 = £85091.90 in favour of Stuart Moore (California) LTD at HSBC Bank, USA; details as provided.

Our charge was £10.00. Please be aware that charges may have been incurred at the intermediary and/or the beneficiary bank.

As you have requested the All Charges Remitter (ACR) service we have sent your payment with a message advising the intermediary/beneficiary banks to credit the full amount to their customer.

The payment should have arrived at the beneficiary bank within 2 to 5 business days.

The payment has been sent under reference GBF27035H57WI8XS

Please contact us if you require anything further.

Regards

Debra Astley
Foreign Services

**first direct** is a division of HSBC Bank plc. © HSBC Bank plc 2008. All Rights Reserved. *Member* HSBC ⟨X⟩ *Group*.
Because we want to make sure we're doing a good job, we may monitor or record our calls. We hope you don't mind.

# first direct

03 456 100 100
firstdirect.com

**Account Summary**


Redacted

Opening Balance
Payments Out
Payments In
Closing Balance

**Statement Date:**

03 Mar 2015

**International Bank Account Number**
Redacted

**Branch Identifier Code**
MIDLGB2172P

**Account Name**
DR L M LAWRENCE

**Sortcode**
40-47-59

**Account Number**
Redacted

## Your 1st Account Account Details

| date | details | paid out | paid in | balance |
|---|---|---|---|---|
| 05 Feb 15 | Redacted | | | |
| 12 Feb 15 | | | | |
| 13 Feb 15 | | | | |
| 16 Feb 15 | | | | |
| 17 Feb 15 | | | | |
| 18 Feb 15 | | | | |
| 19 Feb 15 | | | | |
| 20 Feb 15 | | | | |
| 23 Feb 15 | | | | |
| 24 Feb 15 | **CHARGE PRIORITY PAYMENT** | 10.00 | | 5226.83 |
| | **CHARGE PRIORITY PAYMENT** | 25.00 | | |
| | **CORRECTION PRIORITY PYT CHG** | | **25.00** | |
| | PPYMT USD @ 1.527 | 81859.86 | | |
| | 404759 24765486 INTERNAL TRANSFER | | 20000.00 | |
| | CHARLES LAWRENCE LORAINE | | 60000.00 | |
| | **PRE-NOTIFIED CHGS TO 02FEB2015** | 15.00 | | |
| 25 Feb 15 | Redacted | | | |

31/05/2016                              first direct internet banking - Statement



20 Mar 15

23 Mar 15

24 Mar 15

26 Mar 15  **CHARGE PRIORITY PAYMENT**        **10.00**                    1521.39
   ✳       PPYMT USD @ 1.469                85091.90
           404759 24765486 INTERNAL                         3000.00
           TRANSFER
           SAINSBURY'S S/MKT WOKING         13.70
           BOOTS,WOKING WOKING              18.44
           DEBENHAMS WOKING                 12.00
           404759 24765486 INTERNAL                        24000.00
           TRANSFER
           LAWRENCE LORAINE REGULAR        300.00
           SAVER
           NSPCC                            20.00
           PGO TAX0000430.80                               2604.25

27 Mar 15
30 Mar 15

31 Mar 15

01 Apr 15

---

**first direct**, 40 Wakefield Road, Leeds LS98 1FD

**first direct** is a division of HSBC Bank Plc

*Member* **HSBC** ⟨⟩ *Group*

EXHIBIT 5

# Anthony M.C. Brown

# Demand Loan Note dated February 12, 2015

# stuart moore

NEW YORK    NEWPORT BEACH    SAN FRANCISCO

**DEMAND LOAN NOTE**                    February 12, 2015.

Between

Anthony M. C. Brown (The Lender) and Stuart Moore (USA) Ltd (The Borrower)

| | |
|---|---|
| 1161 York Avenue Apt 11-F | 411 West Broadway |
| New York | New York |
| NY 11065 | NY 10012 |
| USA | USA |

This demand note replaces the former of the same date. It documents the terms of a bridge loan for $125,000 Anthony Brown is making to Stuart Moore (USA) Ltd for use through its three subsidiaries. Stuart Moore Ltd (the New York store), Stuart Moore (California) Ltd (the Newport Beach store & Stuart Moore (San Francisco ltd.

The one-time interest payment on this loan is 12%. The loan and interest is to be paid in one of two ways:

1) Upon sale of the borrower.
2) Should the borrower not be sold by February 15, 2016, an interest payment of $15,000 will be due on that date. The Lender and Borrower will discuss repayment of the principle over the next 12 months in a manner that fits the Lender's requirements. It is understood that the Lender might want use of the funds and will give the Borrower at least 6-months notice of such requirement.
3) Should Stuart Moore (USA) Ltd not sell by February 15, 2016, the loan shall start to pay interest of 8% PA on a monthly basis, starting March 2016.
4) This Bridge Loan of $125,000 shall be secured by a UCC1 Filing against all assets of the borrower including:
Inventory,
Furniture, Tools, Machines & Equipment.
The trading name; Stuart Moore.
The Website and other internet program's name: Stuart Moore.com
Customer list.
This UCC1 Filing shall be joined with the $250,000 Loans by Dr Brown on June 11, 2014 in a total filing of $375,000.



awarded
decade's most inspirational designs
platinum guild international

From March 15, 2016, should an interest payment be missed and not cured within 30 days Lender retains the right (should this happen more than twice in any year) to "Call" the whole loan. Under no circumstances shall any late payment remain uncured past the end of any calendar year.

Stuart Moore (on behalf of Stuart Moore (USA) Ltd and its three subsidiaries.

# Demand Loan Note dated June 11, 2014

DEMAND LOAN NOTE                                    June 11, 2014

Between

Anthony M. C. Brown (The Lender) and Stuart Moore (USA) Ltd (The Borrower),

1161 York Avenue Apt 11-F         411 West Broadway
New York                          New York
New York                          New York
10065                             10012
USA                               USA

This demand note replaces any preceding documentation. It documents the
terms of a loan for $250,000 Anthony Brown has made to Stuart Moore (USA)
LTD and its three subsidiaries: Stuart Moore Ltd (the NY store), Stuart Moore
(California) Ltd (the Newport Beach store) and Stuart Moore (San Francisco) Ltd.
This loan was received in three tranches. $125,000 on January 21, 2014,
$45,000 on April 5 2014 & $80,000 on June 11, 2014.

The interest rate is 10% PA paid monthly of $2,083.33 ($68.49 per day).

The initial term of the loan is 36 months, interest only.
At month 30 (or earlier) Anthony should announce his choice of three options
how he wishes the loan principle handled at the end of the 36 month term.
a) To be repaid in full.
b) To be renewed for one, two or three years under the same terms.
c) To be changed to a fully amortized loan (principle & Interest) with a monthly
payment over 36 months of $8,088.80.

Should Anthony's other investment options suggest, he may at this point
designate a different plan for each of the two tranches. For example, perhaps he
would like one tranche of $125,000 repaid in full while amortizing the other over
three years.

Should a payment be missed and not cured within 30 days Anthony retains the
right (should this happen more than twice in any year) to "Call" the whole loan.
Under no circumstances shall any late payment remain uncured past the end of
any calendar year.

Anthony is named as a beneficiary in Metlife Insurance Policy 4965660 on
Stuart's life for $250,000, a copy of which is attached to this agreement.

Should Stuart Moore (USA) Ltd (the Company) be sold during a loan period the loans will be repaid in full from the escrow proceeds before any distribution to shareholders.

To induce Anthony to make this loan I have included a small sweetener in the agreement.

Upon sale of Stuart Moore (USA) Ltd Anthony shall receive the cash value of five shares. These are valued in our 2013 Share Sale Prospectus (a copy of which is included in this loan package) at $15,000 per share. It is our hope that we can double this share price over the next 36-48 months.

The security for this loan is all the assets of Stuart Moore (USA) Ltd and its three subsidiaries including:

Inventory

Furniture

Tools, Machines & Equipment

The trading name: Stuart Moore

The Website and other internet programs' name: Stuart Moore.com

Customer list

Signed by Stuart Moore on June 11, 2014 (on behalf of Stuart Moore (USA) Ltd and its three subsidiaries.

# UCC-1 Financing Statement filed on 2/24/2015



SECRETARY OF STATE

STATE OF CALIFORNIA

## UCC Filing Acknowledgement

02/17/2015

Page 1 of 2

GREGORY-HOLDEN CORPORATE SERVICES
901 H STREET, STE 400
SACRAMENTO CA 95814

| | |
|---|---|
| 3 or more pages: | $20.00 |
| Special Handling Fee: | $6.00 |
| Total Fee: | $26.00 |

The California Secretary of State's Office has received and filed your document. The information below reflects the data that was indexed in our system. Please review the information for accuracy. Included is an image of the filed document to assist you in your review. If you find a potential error, please notify the UCC Section at the number listed below at your earliest convenience.

Filing Type: **Financing Statement**    File Date: **02/13/2015**    File Time: **15:28**

Filing Number: **15-7450672532**    Lapse Date: **02/13/2020**

<u>Debtor(s):</u>
ORGANIZATION    **STUART MOORE (USA) LTD**

**411 WEST BROADWAY NEW YORK NY USA 10012**

ORGANIZATION    **STUART MOORE (NEW YORK) LTD**

**411 WEST BROADWAY NEW YORK NY USA 10012**

ORGANIZATION    **STUART MOORE (NEWPORT BEACH) LTD.**

**1089 NEWPORT CENTER DRIVE NEWPORT BEACH CA USA 92660**

ORGANIZATION    **STUART MOORE (SAN FRANCISCO) LTD**

**1898 UNION STREET SAN FRANCISCO CA USA 94123**

<u>Secured Party(ies):</u>
INDIVIDUAL    **BROWN, ANTHONY, M.C.,**

**1161 YORK AVENUE, APT. 11-F NEW YORK NY USA 10065**

Filing by the Secretary of State is not conclusive proof that all conditions for securing priority have been met. Ensuring that accurate information is on the document to be filed is the responsibility of the filing party. If this filing is challenged, the Secretary of State does not guarantee that the filing is legally sufficient to secure priority under UCC Article 9 and expressly disclaims any liability for failure of the filing party to secure priority resulting from the information contained in the filed document, or the lack of information on the filed document.

UNIFORM COMMERCIAL CODE 1500 11TH STREET, 2ND FL  · SACRAMENTO, CA 95814  · PO BOX 942835  · SACRAMENTO, CA 94235-0001  · (916) 653-3516  · HTTPS //UCCCONNECT.SOS CA GOV

PROGRAMS  ARCHIVES, BUSINESS PROGRAMS, ELECTIONS, INFORMATION TECHNOLOGY, CALIFORNIA STATE HISTORY MUSEUM,
MANAGEMENT SERVICES, SAFE AT HOME, DOMESTIC PARTNERS REGISTRY, NOTARY PUBLIC, POLITICAL REFORM

## UCC FINANCING STATEMENT
**FOLLOW INSTRUCTIONS**

**15-7450672532**

**02/13/2015 15:28**

**FILED**
CALIFORNIA
SECRETARY OF STATE

SOS

47283480002    UCC 1 FILING

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
ANTHONY M.C. BROWN

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

ANTHONY M.C. BROWN
1161 York Avenue, Apt. 11-F
New York, New York 10065
USA

---

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name), if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| STUART MOORE (USA) Ltd | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 411 West Broadway | New York | NY | 10012 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name), if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| STUART MOORE (New York) Ltd | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 411 West Broadway | New York | NY | 10012 | USA |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY)  Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| BROWN | ANTHONY | M.C. | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1161 York Avenue, Apt. 11-F | New York | NY | 10065 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral

All of the inventory, furniture, fixtures, machinery and equipment, cash on hand and in depository accounts owned by Debtor wheresoever located but including Stuart Moore (Newport Beach) Ltd, 1089 Newport Center Drive, Newport Beach, California, 92660; Stuart Moore (San Francisco) Ltd, 1898 Union Street, San Francisco, California, 94123; Stuart Moore Ltd, 411 West Broadway, New York, New York 10012, as well as all attachments related to equipment, additions and all accessories necessary for the operation of the equipment and all modifications, repairs, replacements, proceeds and improvements.

---

**5. Check only if applicable and check only one box:** Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions)   ☐ being administered by a Decedent's Personal Representative

**6a. Check only if applicable and check only one box:**   ☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility   **6b. Check only if applicable and check only one box:**   ☐ Agricultural Lien   ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):**   ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**

---

**UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)**

# UCC FINANCING STATEMENT ADDENDUM

**FOLLOW INSTRUCTIONS**

4728348000002

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| | |
|---|---|
| | **9a. ORGANIZATION'S NAME** <br> STUART MOORE (USA) Ltd. |
| **OR** | **9b. INDIVIDUAL'S SURNAME** |
| | **FIRST PERSONAL NAME** |
| | **ADDITIONAL NAME(S)/INITIAL(S)**     **SUFFIX** |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**10. DEBTOR'S NAME:** Provide (10a or 10b) only *one* additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | |
|---|---|
| | **10a. ORGANIZATION'S NAME** <br> STUART MOORE (Newport Beach) Ltd. |
| **OR** | **10b. INDIVIDUAL'S SURNAME** |
| | **INDIVIDUAL'S FIRST PERSONAL NAME** |
| | **INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)**     **SUFFIX** |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1089 Newport Center Drive | Newport Beach | CA | 92660 | USA |

**11.** ☐ **ADDITIONAL SECURED PARTY'S NAME** or ☐ **ASSIGNOR SECURED PARTY'S NAME:** Provide only *one* name (11a or 11b)

| | |
|---|---|
| | **11a. ORGANIZATION'S NAME** |
| **OR** | **11b. INDIVIDUAL'S SURNAME**     **FIRST PERSONAL NAME**     **ADDITIONAL NAME(S)/INITIAL(S)**     **SUFFIX** |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral)**

**13.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

**14.** This FINANCING STATEMENT:
☐ covers timber to be cut    ☐ covers as-extracted collateral    ☐ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest)

**16.** Description of real estate:

**17. MISCELLANEOUS:**

UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)

## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| 9a. ORGANIZATION'S NAME |
|---|
| STUART MOORE (USA) Ltd. |

OR

| 9b. INDIVIDUAL'S SURNAME |
|---|
| FIRST PERSONAL NAME |
| ADDITIONAL NAME(S)/INITIAL(S)          SUFFIX |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

4728348D002

**10. DEBTOR'S NAME:** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| 10a. ORGANIZATION'S NAME |
|---|
| STUART MOORE (San Francisco) Ltd |

OR

| 10b. INDIVIDUAL'S SURNAME |
|---|
| INDIVIDUAL'S FIRST PERSONAL NAME |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)                    SUFFIX |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1898 Union Street | San Francisco | CA | 94123 | USA |

**11.** ☐ ADDITIONAL SECURED PARTY'S NAME  or  ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| 11a. ORGANIZATION'S NAME |
|---|

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral)**

**13.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

**14.** This FINANCING STATEMENT: ☐ covers timber to be cut ☐ covers as-extracted collateral ☐ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest)

**16.** Description of real estate.

**17. MISCELLANEOUS:**

UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)

# Evidence of Funding

 

CitiPhone 0800 00 55 00
Outside the UK +44 2075 00 55 00
www.citibank.co.uk

## SAVINGS & INVESTMENTS

### CITIBANK FLEXIBLE SAVER REDACTED GBP
### ANTHONY M.C BROWN

This account will earn interest at a different rate depending on your balance. The rates applicable to each portion of your balance at the date of this statement are detailed below. For more information, including whether the interest rate is fixed or variable, please refer to Citibank Rates & Charges Information at www.citibank.co.uk

| Credit Interest Rates | Gross % p.a. |
|---|---|
| GBP 0 - 999,999.99 | 0.50 % |

Interest can be earned on balances up to GBP 999,999.99

**Transactions**

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| | | REDACTED | | REDACTED |
| 17 Jan | FUNDS SENT SWIFT S W L MOORE GUE GBP76950 3400297570 | 76,950.00 | | |

REDACTED

TOTAL      REDACTED

### US DOLLAR SAVINGS ACCOUNT REDACTED USD
### ANTHONY M.C BROWN

The interest rate(s) applicable to this account at the date of this statement are detailed below. For more information, including whether the interest rate is fixed or variable, please refer to Citibank Rates & Charges Information at www.citibank.co.uk

| Credit Interest Rates | Gross % p.a. |
|---|---|
| USD 0 - 49,999.99 | 0.10 % |
| USD 50,000.00 - 149,999.99 | 0.10 % |
| USD 150,000.00 - 249,999.99 | 0.20 % |
| USD 250,000.00 + | 0.20 % |

Interest can be earned on all balances.

**Transactions**

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|

REDACTED



CⅡ Phone 0800 00 55 00
Outside the UK +44 2078 00 55 00
www.citibank.co.uk

## SAVINGS & INVESTMENTS

### CITIBANK FLEXIBLE SAVER REDACTED GBP
### ANTHONY M.C BROWN

This account will earn interest at a different rate depending on your balance. The rates applicable to each portion of your balance at the date of this statement are detailed below. For more information, including whether the interest rate is fixed or variable, please refer to Citibank Rates & Charges Information at www.citibank.co.uk

| Credit Interest Rates | Gross % p.a. |
|---|---|
| GBP 0 - 999,999.99 | 0.50 % |

Interest can be earned on balances up to GBP 999,999.99

**Transactions**

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| | REDACTED | | | |
| 04 Apr | FUNDS SENT SWIFT S W L MOORE GUE GBP27200 3401097300 | 27,200.00 | | REDACTED |
| | REDACTED | | | |

### US DOLLAR SAVINGS ACCOUNT  0088099311  USD
### ANTHONY M.C BROWN

The interest rate(s) applicable to this account at the date of this statement are detailed below.  For more information, including whether the interest rate is fixed or variable, please refer to Citibank Rates & Charges Information at www.citibank.co.uk

| Credit Interest Rates | Gross % p.a. |
|---|---|
| USD 0 - 49,999.99 | 0.10 % |
| USD 50,000.00 - 149,999.99 | 0.10 % |
| USD 150,000.00 - 249,999.99 | 0.20 % |
| USD 250,000.00 + | 0.20 % |

Interest can be earned on all balances.

**Transactions**

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| | REDACTED | | | |

26



CitiPhone 0800 00 55 00
Outside the UK +44 2075 00 55 00
www.citibank.co.uk

## MESSAGES FOR YOU

Important information about compensation arrangements.
We are covered by the Financial Services Compensation Scheme (FSCS). The FSCS can pay compensation to depositors if a bank is unable to meet its financial obligations. Most depositors - including most individuals and small businesses - are covered by the scheme.

In respect of deposits, an eligible depositor is entitled to claim up to GBP85,000. For joint accounts each account holder is treated as having a claim in respect of their share so, for a joint account held by two eligible depositors, the maximum amount that could be claimed would be GBP85,000 each making a total of GBP170,000. The GBP85,000 limit relates to the combined amount in all the eligible depositor's accounts with the bank, including their share of any joint account, and not to each separate account.

For further information about the compensation provided by the FSCS (including the amounts covered and eligibility to claim) please ask at your local branch, refer to the FSCS website www.fscs.org.co.uk or call the FSCS on 020 7741 4100. Please note only compensation related queries should be directed to the FSCS.

Citibank, Citi Private Bank, Citi International Personal Bank and Citi International plc Greece Branch are all trading names of Citibank International plc and eligible depositors who hold deposits under one or more trading names will only be eligible for one claim of GBP85,000.

## Savings Accounts

### FLEXIBLE SAVER ACCOUNT REDACTED GBP
### ANTHONY M.C BROWN
IBAN for payments from abroad: GB 78 CITI REDACTED

This account will earn interest at a different rate depending on your balance.  The rates applicable to each portion of your balance at the date of this statement are detailed below.  For more information, including whether the interest rate is fixed or variable, please refer to Citi Rates & Charges Information at www.citibank.co.uk

| Credit Interest Rates | Gross % p.a. |
| --- | --- |
| GBP 0 - 999,999.99 | 0.30 % |

Interest can be earned on balances up to GBP 999,999.99
The gross rate is the contractual rate of interest payable before the deduction of income tax at the rate specified by law.

### Transactions

| Date | Description | Withdrawals | Deposits | Balance |
| --- | --- | --- | --- | --- |
| | REDACTED | | | REDACTED |
| 11 Jun | OUTGOING SWIFT TRANSFER 10010597 MR S W L MOORE BUTTERFIELD BANK (GUERNSEY) LIMITED | 48,393.00 | | |

REDACTED

2014

**citi**

CitiPhone 0800 00 55 00
Outside the UK +44 2075 00 55 00
www.citibank.co.uk

## Savings Accounts

### FLEXIBLE SAVER ACCOUNT REDACTED GBP
### ANTHONY M.C BROWN

IBAN for payments from abroad: GB 78 CITI 185004 88061748

This account will earn interest at a different rate depending on your balance.  The rates applicable to each portion of your balance at the date of this statement are detailed below.  For more information, including whether the interest rate is fixed or variable, please refer to Citi Rates & Charges Information at www.citibank.co.uk

| Credit Interest Rates | Gross % p.a. |
|---|---|
| GBP 0 - 999,999.99 | 0.15 % |

Interest can be earned on balances up to GBP 999,999.99
The gross rate is the contractual rate of interest payable before the deduction of income tax at the rate specified by law.

**Transactions**

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| | | REDACTED | | REDACTED |
| 10 Feb | CBOL SAME DAY 1ST PARTY TRANSFER - DEBIT 0088099311 USD 125,000.00 RT: 1.5059235 | 83,005.54 | | |

REDACTED

2015

### FOREIGN CURRENCY DEPOSIT ACCOUNT REDACTED USD
### ANTHONY M.C BROWN

IBAN for payments from abroad: GB 12 CITI REDACTED

The interest rate(s) applicable to this account at the date of this statement are detailed below.  For more information, including whether the interest rate is fixed or variable, please refer to Citi Rates & Charges Information at www.citibank.co.uk

| Credit Interest Rates | Gross % p.a. |
|---|---|
| USD 0 - 49,999.99 | 0.05 % |
| USD 50,000.00 - 149,999.99 | 0.05 % |
| USD 150,000.00 - 249,999.99 | 0.05 % |
| USD 250,000.00 - 9,999,999,999,999.99 | 0.05 % |

Interest can be earned on all balances.
The gross rate is the contractual rate of interest payable before the deduction of income tax at the rate specified by law.

**Transactions**

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| | | REDACTED | | REDACTED |
| 10 Feb | INTERNAL TRANSFER-CREDIT 0088061748 USD 125,000.00 RT: 1.5059235 | | 125,000.00 | |



Citi Online                                                          11/15, 11:54 AM

citi

Welcome to Citi Online  **ANTHONY M.C BROWN** | Last Login: 10 Feb 2015 at 5:31 PM | 0  Messages

## PAYMENTS & TRANSFERS

Step 3 of 3: Confirmation

**MAKE A PAYMENT OR TRANSFER**

**ADD OR MANAGE PAYEES**

**MANAGE YOUR SCHEDULED TRANSFERS**

**DIRECT DEBITS**

**HELP**

### Add A Payee

**I have set up the following payee**

| | |
|---|---|
| Reference Number: | 0002000112XX01000031000001 |
| Payee Type: | Another Bank Outside of UK (SWIFT) |
| Payee Name: | STUART MOORE LTD |
| Payee Nickname: | SM LTD NYC |
| Account Number: | 031611303 |
| Country | UNITED STATES |
| Bank: | HSBC BANK USA |
| SWIFT Code | MRMDUS33 |
| Bank Address Line 1: | 411 WEST BROADWAY |
| Bank Address Line 2: | NEW YORK |
| Bank Address Line 3: | NY 10012-3702 |
| Reference or Memo Details: | BRIDGE LOAN |

Disclaimer: If you are saving payee details for the first time or making changes to an existing payee, we may ask you to confirm the transaction by sending a One Time Password to your mobile phone. Therefore, please ensure your mobile phone is with you when you confirm the details. You will need to enter the One Time Password within 5 minutes.

View Existing Payee                              E-mail   Download or Print   ADD ANOTHER PAYEE

Disclaimer: Should you have any queries, or if you are facing any difficulty in performing this transfer, please call CitiPhone Banking on 0800 008500 or, if calling from outside the UK, dial +44 (0)207 500 8500. You can also send us a secure message from the Service Centre

citigroup.com      Important Information      Privacy and Cookies      Security      Accessibility

This website is not intended for distribution to, or use by, any person in any country where such distribution or use would be contrary to local law or regulation and none of the services or investments referred to in this website are available to persons resident in any country where the provision of such services or investments would be contrary to local law or regulation. You should consult your professional advisers as to whether you require any governmental or other consents or need to observe any formalities to enable you to utilise or purchase the products and services described on this website.

All products and services offered by Citi are subject to terms and conditions and you must agree to be bound by them before we can offer any product or service to you. Some products and services may not be available in certain jurisdictions.

By using this website you agree to our Terms and Conditions, regulatory information on our products and services our privacy policy, security and internet banking terms and conditions. Calls may be recorded or monitored for training and service quality purposes. Calls to 0800 numbers are free from a UK landline, mobile costs may vary.



Protecting
your
money

fSCS

Copyright © 2015 Citigroup Inc. Citi, Citi and Arc Design and Citigold are trademarks and service marks of Citigroup Inc or Citibank NA and are used and registered throughout the world. Citibank International Limited is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. Our firm reference number is 122342. Registered in England No. 1088249. Registered Office: Citigroup Centre, Canada Square, Canary Wharf, London E14 5LB. Citibank N.A., London Branch is authorised and regulated by

the Office of the Comptroller of the Currency (USA) and authorised by the Prudential Regulation Authority. Subject to regulation by the Financial Conduct Authority and limited regulation by the Prudential Regulation Authority. Details about the extent of our regulation by the Prudential Regulation Authority are available from us on request. Our firm reference number with our UK regulators is 124704. Registered number BR001018. Registered as a branch in the UK at Citigroup Centre, Canada Square, Canary Wharf, London E14 5LB. Citibank N.A., Jersey Branch is regulated by the Jersey Financial Services Commission under the Financial Services (Jersey) Law 1998 for the conduct of investment business and under the Banking Business (Jersey) Law 1991 for the conduct of deposit taking business. Citi International Personal Bank is registered in Jersey as a business name of Citibank N.A. The address of Citibank N.A., Jersey Branch is P.O. Box 104, 38 Esplanade, St Helier, Jersey JE4 8QB. Citibank N.A., Jersey Branch is a participant in the Jersey Bank Depositors Compensation Scheme. The Scheme offers protection for eligible deposits of up to £50,000. The maximum total amount of compensation is capped at £100,000,000 in any 5 year period. Full details of the Scheme and banking groups covered are available on the States of Jersey website www.gov.je/dcs, or on request.

Citibank N.A. is incorporated with limited liability in the USA. Head office: 399 Park Avenue, New York, NY 10043, USA.



CitiPhone 0800 00 55 00
Outside the UK +44 2075 00 55 00
www.citibank.co.uk

## Savings Accounts

**FOREIGN CURRENCY DEPOSIT ACCOUNT** REDACTED USD
**ANTHONY M.C BROWN    ... continued from previous page**

**Transactions**

| Date | Description | Withdrawals | Deposits | Balance |
|------|-------------|-------------|----------|---------|
| 12 Feb | OUTGOING SWIFT TRANSFER<br>031611303<br>STUART MOORE LTD<br>HSBC BANK USA, N.A. | 125,000.00 | | REDACTED |





# PROOF OF SERVICE OF DOCUMENT
## (*Includes service for the 4 related cases*)

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
8200 Wilshire Boulevard, Suite 400, Beverly Hills, CA 90211

A true and correct copy of the foregoing document entitled (*specify*): **MOTION FOR ORDER APPROVING SALE PROCEDURES; DECLARATION OF THOMAS H. CASEY IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 8/17/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
William M Burd     wmburd@burd-naylor.com, mcrouch@burd-naylor.com
Steve Burnell     kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
Thomas H Casey     kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
Thomas H Casey (TR)     msilva@tomcaseylaw.com, thc@trustesolutions.net
Caren J Castle     wdk@wolffirm.com, wdk@wolffirm.com
Daniel K Fujimoto     wdk@wolffirm.com
Beth Gaschen     bgaschen@wgllp.com,
kadele@wgllp.com;lfisk@wgllp.com;lgauthier@lwgfllp.com;nlockwood@lwgfllp.com
Jeffrey I Golden     jgolden@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com
Christopher J Green     cgreen@bohmwildish.com, chrisgreen@ucla.edu;christopher-green-2815@ecf.pacerpro.com;KWinterson@mintz.com
Todd C. Ringstad     becky@ringstadlaw.com
Mark Romeo     romeolaw@msn.com
Jeffrey S Shinbrot     jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
Kelly Sweeney     ksweeney@spiwakandiezza.com
United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 8/17/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.
Stuart Moore (USA) Ltd.
1209 Orange St.
Wilmington, DE 19801

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.
The Honorable Erithe A. Smith, 411 West Fourth Street, Suite 5040, Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 8/17/2017 | | |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.