Thomas H. Casey - Bar No. 138264
LAW OFFICE OF THOMAS H. CASEY, INC.
A PROFESSIONAL CORPORATION
22342 Avenida Empresa, Suite 245
Rancho Santa Margarita, CA  92688
Telephone:    (949) 766-8787
Facsimile:    (949) 766-9896
Email:    TomCasey@tomcaseylaw.com

Chapter 7 Bankruptcy Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA / SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>STUART MOORE (USA), LTD.,<br>STUART MOORE, LTD.,<br>STUART MOORE, (NEWPORT BEACH), LTD.,<br>STUART MOORE (SAN FRANCISCO), LTD.,<br><br>Debtors.<br><br>This pleading affects:<br>All Debtors                                 ■<br>Stuart Moore (USA), Ltd.              ☐<br>Stuart Moore, Ltd.                       ☐<br>Stuart Moore (Newport Beach), Ltd. ☐<br>Stuart Moore (San Francisco), Ltd.  ☐ | CASE NO.: 8:16-bk-12110-ES (Jointly Administered with Case Nos. 8:16-bk-12106-ES, 8:16-bk-12109-ES, 8:16-bk-12112-ES)<br><br>Chapter 7<br><br>**REPORT OF TRUSTEE UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 3011** |

**TO: CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

**Please find annexed hereto Check No. 5052 in the sum of $8.06 representing the total amount of unclaimed dividends in the above-entitled Debtor's estate which will create a zero balance in the bank account.  Said sum is paid over to you pursuant to Bankruptcy Rule 3011.  The name, address, and amount to be paid to each person entitled to said unclaimed dividend is as follows:  Goldstein Diamonds Inc., 6900 East Camelback Road, Suite 902, Scottsdale, AZ, 85251.**

Dated:  June 2, 2020                          /s/ Thomas H. Casey
                                                          Thomas H. Casey, Chapter 7 Trustee

1